# United States District Court
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

E-FILED
Monday, 20 June, 2005 02:42:58 PM
Clerk, U.S. District Court, ILCD

FILED
JUN 2 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Martel Miller
_____
Plaintiff(s)

vs.

City of Urbana
City of Champaign
Champaign County
Defendant(s)

Case Number: 05-2142

## MOTION FOR APPOINTMENT OF COUNSEL

I, Martel Miller, declare that I am the (circle one) **Plaintiff**  Defendant  In the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I have made several contacts and was quoted fee's of $3,000 or more.

In further support of my motion, I declare that (check appropriate box):

[X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

[ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

In further support of my motion, I declare that (Check appropriate box)

[ ] I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is true and correct representation of my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6-20-05

E. Martel Miller
Movant's Signature

114 E PARK
Street Address

Champaign IL 61820
City/State/Zip

moapptcn.wpd