# United States District Court
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

Patrick Thompson )
Plaintiff(s) )
)
)
vs. )
)  Case Number: 05-2142
City of Urbana )
City of Champaign )
Champaign County )
Defendant(s) )

## MOTION FOR APPOINTMENT OF COUNSEL

I, Patrick Thompson _____, declare that I am the (circle one) **Plaintiff** Defendant In the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I have made several contacts and was quoted fee's of $3000 or more.

In further support of my motion, I declare that (check appropriate box):

[X] I am not currently, nor previously have been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

[ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

In further support of my motion, I declare that (Check appropriate box)

[ ] I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is true and correct representation of my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/20/05

Patrick Thompson
Movant's Signature

2712 E Illinois
Street Address

Urbana, Il 61802
City/State/Zip

moapptcn.wpd