# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTEL MILLER and PATRICK THOMPSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 05-2142 |
| ) | |
| CITY OF CHAMPAIGN, CITY OF URBANA, ) | |
| and CHAMPAIGN COUNTY, ) | |
| ) | |
| Defendants. ) | |

### O R D E R

The *pro se* Plaintiffs, Martel Miller and Patrick Thompson, have submitted a complaint pursuant to 42 U.S.C. § 1983 and have additionally been granted leave to proceed without prepayment of fees and costs pursuant to 28 U.S.C. § 1915. Accordingly, the Court now enters the following order.

**IT IS ORDERED** that the United States Marshal serve a copy of the complaint, summons, and order granting leave to proceed *in forma pauperis* upon the Defendants as directed by the Plaintiffs. All costs of service shall be advanced by the United States.

**IT IS FURTHER ORDERED** that the Plaintiffs shall serve upon the Defendants (or upon defense counsel once they have entered an appearance), a copy of every further pleading or other document submitted for consideration by the Court. They shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date on which a true and correct copy of any document was mailed to the Defendants or his/her/their counsel. Any paper received by a district judge or magistrate judge that has not been filed with the Clerk or that fails to include a certificate of service will be stricken by the Court.

**IT IS FURTHER ORDERED** that the Plaintiffs immediately notify the Court of any change in their mailing addresses and telephone numbers. Failure to notify the court of any change in the mailing address will result in dismissal of this lawsuit, with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court is to notify the parties of their option to consent to disposition of this case before a U.S. Magistrate Judge by providing the Plaintiffs with a magistrate judge consent form and accompanying court explanation. Upon receipt of the signed consent from the Plaintiffs, the clerk is further directed to forward the consent to the Defendants for consideration.

ENTERED this  5th  day of July, 2005.

                                             **s/Harold A. Baker**
                                             HAROLD A. BAKER