RECEIVED

E-FILED
Tuesday, 05 July, 2005  03:43:21 PM
Clerk, U.S. District Court, ILCD

JUN 2 0 2005

JOHM M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Martel Miller and Patrick Thompson )
    **Plaintiff** )
 )
 )
    **vs.** )
 )       Case No. 05-2142
City of Champaign )
 )
 City of Urbana )
 )
Champaign County )
 )
 )
    **Defendant(s)** )

## COMPLAINT

☑  **42 U.S.C. §1983** (suit against state officials for constitutional violations)

☐  **28 U.S.C. § 1331** (suit against federal officials for constitutional violations)

☐  **Other** _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

**Now comes the plaintiff,** Martel Miller and Patrick Thompson **, and states as follows:**

**My current address is:** Martel Miller- 114 E. Park, Champaign, IL 61820

 Patrick Thompson- 2712 E. Illinois St., Urbana IL 61802

**The defendant** City of Champaign **, is employed as** _____

_____ **at** _____

**The defendant** City of Urbana **, is employed as** _____

_____ **at** _____

**The defendant** Champaign County **, is employed as** _____

_____ **at** _____

**The defendant** _____ **, is employed as** _____

_____ **at** _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a

separate page.

## LITIGATION HISTORY

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts

involved in this case?                     Yes    ☐                          No    ☒

If yes, please describe _____

_____

B.  Have you brought any other lawsuits in state or federal court while incarcerated?

                              Yes    ☐                          No    ☐

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there

is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same

outline.)

    1.  Parties to previous lawsuit:

        Plaintiff(s)    _____

        Defendant(s)    _____

                        _____

    2.  Court (if federal court, give name of district; if state court, give name of county)

    _____

3. Docket Number/Judge _____

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it

   still pending?) _____

6. Approximate date of filing of lawsuit_____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes  ☐    No  ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes  ☐    No  ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes  ☐    No  ☐

PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED

PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT

UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES.

PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

3

# STATEMENT OF CLAIM

**Place of the occurrence** ___Champaign-Urbana, Illinois___

September 2004, February 2005
**Date of the occurrence** ___August 2004, July 2004, December 2003, October 2003___

**Witnesses to the occurrence** ___Individuals in the confiscated video tape(s)___

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

## MARTEL MILLER- PLANTIFF

In the month of August 2004, I was filming a traffic stop. I was approached by officers of the Champaign Police department. I was informed by the Champaign Police to stop filming or I would be arrested. Officer Griffin went to his car to talk to Assistant States Attorney, Elizabeth Dobson, who had been doing a ride along. At the direction of Asst. States Attorney Elizabeth Dobson, the Champaign Police department confiscated and seized VEYA's camcorder and tape. Dobson indicated that Griffin could seize the camcorder without a warrant (see attached copy of supplemental police report). The video tape that was seized in the month of August 2004 with the camcorder was subsequently returned to VEYA, but footage of the events that took place that night, had been altered or destroyed (see exhibit B). Also Sgt. Griffin did not object to being filmed (see video exhibit C).

## PATRICK THOMPSON-PLANTIFF

In the month of July 2004, I was filiming a traffic stop in the area of Mack's gas station along with filming Sgt. Griffin and Mr. Allen. Who were in engaging in a conversation. Also in the area was Asst. States Attorney Elizabeth Dobson who was also filming in the area (see video exhibit D). We also believe that the documentary was seized from UPTV without our permission, consent or warrant.

In the month of October 2003, I was pulled over for an alledge seat belt violation (see video exhibit E, and see attached complaint F) In the month of December of 2003, I was pulled over again and given a ticket for no rear plate light.

In August of 2004, (see cassette tape G), I was charged with two counts of home invasion, one count of criminal sexual abuse, one count intimidation. I believe the officer violated the law .

On September 2004, I believe that Mrs. Dobson was prejudiced and biased (see exhibit H). Also in December 2004 and February 2005 there was misrepresentation along with other constitutional violations (see attachment J).

4

# RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

We believe that our first, fourth, fifth, sixth and fourteenth amendment has been violated and we are requesting that a hearing be held based on the complexity of this matter, we are requesting the amount of 15 million for damages.

_____

_____

_____

_____

_____

_____

_____

_____

**JURY DEMAND**          Yes ☒          No ☐

Signed this ___June___ day of ___20th___ , ~~19~~ 2005

_E. Marta Mille  Patrick Thompson_
( *Signature of Plaintiff* )

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Address: | Telephone Number: |

6