# ATTACHMENT SUPPLEMENTAL POLICE REPORT

# CHAMPAIGN POLICE DEPARTMENT
## SUPPLEMENTAL REPORT
Page 1 of 2

**SUPPLEMENTAL DETAIL**

| Case Number: CC0409247 | Officer Number: 7914 | Date Entered: 09/03/2004 | Date/Time of Orig. Rpt. 08/07/2004 23:26 |

Incident Address: 926 W BRADLEY AVENUE X STR (926 W BRADLEY/1200 CHAMPAIGN

Title of Report: Eavesdropping

**NARRATIVE**

Reporting Agent: Sergeant David Griffet

This is a supplemental report.

On August 7, 2004, just after 2330 hours I was asked to respond to the 900 block of West Bradley Avenue, Champaign, Champaign County, Illinois. Upon arrival I was told that officers suspected that Martel Miller had been recording their conversations with his video camera.

I spoke with Martel and explained what I had been told. I asked him if I could view the documented footage and he gave me the camera so I could review it. While reviewing a short section of the tape I could hear Officer Clinton's voice on the tape.

I then went to my squad car and I spoke briefly with Champaign County Assistant State's Attorney Elizabeth Dobson who had been riding along with me. I told Ms. Dobson what I had found. I told her that I wanted to seize the tape since it was potential evidence of a crime and the recorder since it was used to make the recording. Ms. Dobson told me that I had the authority to do this without a warrant.

I then met with Martel and I told him that I would be seizing the tape and the recorder. He then called Patrick Thompson on his cellular telephone and Patrick soon arrived and yelled at me.

I later reviewed the footage on the tape at CPD and I found a traffic stop involving a University of Illinois police officer. After this discovery I contacted Sgt. Frederick at the University of Illinois Police Department and Sgt. Frederick told me that he would have his officer complete a report.

Reporting Officer: GRIFFET, DAVID    officer's initials _____ approved __7914__    **NARRATIVE CONTD**

CC0409247
NARRATIVE CONTD.

See previous reports for further details.

| Copied By: | Entered/Filed By: |
|---|---|

Miscellaneous/Leads #'s

| Signature of Reporting Officer | date | APPROVED (Supervisor) | date |
|---|---|---|---|
| | | [signature] 9/4 | 9/3/04 |

No secondary dissemination without consent from Champaign Police Dept.

Reporting Officer: GRIFFET, DAVID    officer's initials _____ approved _____