E-FILED
Tuesday, 05 July, 2005  03:45:02 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT H

```
1        A.    Yes.
2              MS. DOBSON:  Does anyone have any questions?
3              JUROR 4:  Was Stacy Rahn bruised or injured
4    physically in any way?
5        A.    She told me the -- I believe it was her right
6    side, either her right or left, back side area by her ribs
7    was sore and hurting her, and they bothered her all day
8    through work.  She works at a hospital.  She spoke with
9    one of the nurses.  One of the nurses looked at it.  I
10   don't think she actually sought medical attention to it,
11   but said she was fine.  She was instructed to call back if
12   there was bruising or something that developed.  She never
13   did return my call -- or contact me later.
14             JUROR 4:  Most of the cases that we've heard, you
15   know there were witnesses or present to corroborate
16   accusations.  In this case, what should we expect in the
17   way of corroboration?  What is the Grand Jury supposed to
18   expect?
19             MS. DOBSON:  You're to determine probable cause.
20   And probable cause means that you are determining that the
21   evidence is sufficient, if true, to justify a reasonable
22   person in believing that a crime has been committed and
23   the Defendant is the one who did it.
24             In sexual assault cases, a trial jury is usually
```

1  instructed that the word of one person alone is sufficient
2  to sustain the charge if it is believed beyond a
3  reasonable doubt.
4       Your burden is significantly less than beyond a
5  reasonable doubt.  You are at probable cause.  So, if this
6  evidence is to be believed, did the Defendant, Patrick
7  Thompson, commit the offenses that are listed in the
8  indictment, that's your -- that's your concern.
9       (WHICH WERE ALL THE PROCEEDINGS HAD IN THIS SAID
10  CAUSE.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24

```
 1        IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
 2                    CHAMPAIGN COUNTY, ILLINOIS
 3
 4        I, Melissa Clagg, an Official Court Reporter for
 5   the Circuit Court of Champaign County, Sixth Judicial
 6   Circuit of Illinois, do hereby certify that I reported the
 7   proceedings had in the above-entitled cause; that I
 8   thereafter caused the foregoing to be transcribed into
 9   typewriting, which I hereby certify to be a true and
10   accurate Report of Proceedings had before the Grand Jury.
11
12
13
14
15
16
17
18
19                                    _____
20                                       Official Court Reporter
21
22
23   Dated this 25th
24   day of April, 2005
```