E-FILED
Tuesday, 05 July, 2005  03:45:35 PM
Clerk, U.S. District Court, ILCD

# ATTACHMENT J





04CF-1571

To the honorable court for the 6th Circuit

    I Patrick Thompson would like to go on record and request the court that in case 04CF-1571, be set for trial in the next jury term. This matter has been going on since August 24, 2004 without any hearing. These allegations are very serious in nature and my Sixth Amendment right to have a speedy trial by an impartial jury, and the right to confront and cross examine the witnesses. My Fourteenth Amendment that the State shall not deprive any person of life, liberty, or property, without due process of law, at no point have I had the opportunity to challenge the false statements or the reckless discard for the truth. There was a great deal of information and investigation by interest groups. At this point I am requesting that there be no more continuances and that the case be set for trial. There was a request from me that 04CF-1571 be set for December jury term and on the November 18th pre-trial docket call attorney representing the matter of 04CF-1571 either misrepresentation or error by setting 04CF-1609 for trial and continuing 04CF-1571, which is the case that attorney appearance was entered. The next pre-trial entry is December 29th at 1:30pm. I ask the court that this case be no longer continued.

                                                  Respectfully submitted

                                                  Patrick Thompson

December 10, 2004

OFFICE OF THE PUBLIC DEFENDER
CHAMPAIGN COUNTY, ILLINOIS
RANDALL ROSENBAUM
101 E. MAIN STREET
URBANA, IL. 61801
217-384-3714
FAX-384-3856

12/30/04

Mike Vujovich
Office of the Appellate Prosecutor
725 S. Second
Springfield, IL. 62704

Re: Patrick Thompson 04CF1571

Dear Mike:

We would like to try this case on the February term. Pretrial is set for Jan. 26, 2004 at 9:30 AM in Courtroom A. It is my client's express direction to me not to seek nor consent to any more continuances.

Thank you so much Mike.


John Taylor

Cc: Patrick Thompson