◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

MARTELL MILLER & PATRICK THOMPSON

V.

CHAMPAIGN COUNTY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant) CHAMPAIGN COUNTY

1776 E. WASHINGTON, URBANA IL 61802

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PATRICK THOMPSON
2712 E. Illinois St
Urbana IL 61802

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

s/K. Wynn
(BY) DEPUTY CLERK

DATE July 6, 2005

# United States District Court

_____ DISTRICT OF _____

MARTEL MILLER & PATRICK THOMPSON

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05-2142

CITY OF CHAMPAIGN

TO: (Name and address of defendant) CITY OF CHAMPAIGN
102 N. Neil, Champaign IL 61820

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
2712 E. Illinois St
Urbana IL 61802

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
**CLERK**

DATE July 6, 2005

s/K. Wynn
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

MARTEL MILLER + PATRICK THOMPSON

V.

CITY OF URBANA

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-2142

TO: (Name and address of Defendant)  CITY OF URBANA
400 S. VINE St. URBANA IL 61801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
2712 E. Illinois St
Urbana IL 61802

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

s/K. Wynn
(BY) DEPUTY CLERK

DATE  July 6, 2005