E-FILED
Monday, 11 July, 2005 04:20:12 PM
Clerk, U.S. District Court, ILCD

Martel Miller and Patrick Thompson

Plaintiffs,

v

City of Champaign, City of Urbana and Champaign County,

Defendants

**FILED**
JUL 11 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

No. 05-2142

Change of mailing addresses

723 S Mattis
Champaign, IL
61821

*Patrick Thompson*