E-FILED
Thursday, 21 July, 2005   02:41:25 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTEL MILLER and PATRICK THOMPSON,  ) | |
| Plaintiffs,                                                     ) | |
| vs.                                                                      ) | No.  05-2142 |
|                                                                                ) | |
| CITY OF CHAMPAIGN, CITY OF URBANA,  ) | |
| and CHAMPAIGN COUNTY,                             ) | |
| Defendants.                                                  ) | |

**MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**

Defendant, CITY OF URBANA, by its attorney, Howard W. Small of the Law Office of Ansel & Small, Ltd., hereby moves to dismiss the complaint stating in support as follows:

1. Defendant suggests to the court that there are no allegations against the City of Urbana to support a cognizable legal claim.

2. The court order dated July 5, 2005 allowing plaintiffs to proceed *in forma pauperis* states in part "THOMPSON alleges similar circumstances.  He claims he was filming a traffic stop at which Dobson was also present; she was also filming in the area.  Although the complaint is not clear on this point, it appears that he was filming footage for a local documentary, and employees at the City of Urbana's public television station seized the documentary without the plaintiff's permission, consent or a warrant."

3. In fact, the complaint makes no allegation against the CITY OF URBANA, but rather alleges only "we also believe that the documentary was seized <u>from</u> UPTV without our permission, consent or warrant." (*emphasis mine*).

4. Accordingly, there are no allegations that the City of Urbana did anything, but rather there is a suggestion that something was seized from the Urbana Public T.V. station.

WHEREFORE, defendant CITY OF URBANA prays that the court will dismiss the complaint.

CITY OF URBANA, Defendant
By: Law Office of Ansel & Small, Ltd.

**s/ Howard W. Small**
Howard W. Small, Illinois Bar No. 2636271
Attorney for Defendant
LAW OFFICE OF ANSEL & SMALL, LTD.
41 E. University Ave., Suite 3A, P.O. Box 468
Champaign, IL 61824-0468
Telephone: (217) 359-0200
Facsimile: (217) 359-0888
E-mail: hwslaw@shout.net

## CERTIFICATE OF SERVICE

I hereby certify that on <u>Thursday, July 21, 2005</u>, I electronically filed the foregoing *Motion to Dismiss Pursuant to Rule 12(B)(6)* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Martel Miller, 114 E. Park, Champaign, IL 61820

Patrick Thompson, 2712 E. Illinois Street, Urbana, IL 61802

**s/ Howard W. Small**
Howard W. Small, Illinois Bar No. 2636271
Attorney for Defendant
LAW OFFICE OF ANSEL & SMALL, LTD.
41 E. University Ave., Suite 3A, P.O. Box 468
Champaign, IL 61824-0468
Telephone: (217) 359-0200
Facsimile: (217) 359-0888
E-mail: hwslaw@shout.net

Prepared by:
LAW OFFICE OF ANSEL & SMALL, LTD.
41 E. University Ave., Suite 3A
P.O. Box 468
Champaign, IL 61824-0468
Telephone: 217-359-0200
Facsimile: 217-359-0888