UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTEL MILLER and PATRICK THOMPSON, )<br>Plaintiffs, )<br>vs. )<br>CITY OF CHAMPAIGN, CITY OF URBANA, )<br>and CHAMPAIGN COUNTY, )<br>Defendants. ) | No.  05-2142 |

## MEMORANDUM OF LAW IN SUPPORT OF CITY OF URBANA's 12(B)(6) MOTION TO DISMISS THE COMPLAINT

Defendant, CITY OF URBANA, by its attorney, Howard W. Small of the Law Office of Ansel & Small, Ltd., hereby offers this memorandum in support of the CITY OF URBANA's 12(B)(6) Motion to Dismiss as follows:

A claim may be dismissed either because it asserts a legal theory that is not cognizable as a matter of law or because it fails to allege sufficient facts to support a cognizable legal claim (*Smilecare Dental Group v. Delta Dental Plan of California, Inc.*, 88 F.3d 780, 783 (9th Circuit, 1996).  A litigant's pleading obligations in the federal courts, while minimal, are not "toothless"; the pleader must still allege facts, either directly or inferentially, that satisfy each element required for a recovery under some actionable legal theory (*Doyle v. Hasbro, Inc.*, 103 F.3d 186, 190 (1st Circuit, 1996).  The court should not accept as true the pleader's bald assertions and legal conclusions, nor should the court draw on warranted inferences to aid the pleader (*Aulson v. Blanchard*, 83 F.3d 1, 3 (1st Circuit, 1996).  Unwarranted factual deductions, inferences, and legal conclusions "masquerading as facts" should not defeat a Rule 12(B)(6) motion (*United States ex rel. Willard v. Humana Health Plan of Texas, Inc.*, 336 F.3d 375, 379 (5th Circuit, 2003).  The instant complaint insofar as the City of Urbana is concerned is totally inadequate, as it does not give the City even bare notice as to any specific wrongdoing.  At the very least, plaintiffs should be ordered to amend the complaint, as an alternative to dismissal, so as to give the CITY OF URBANA some minimal notice as to what it is being called upon to defend against.  None of the attachments to the complaint involve the CITY OF URBANA.  All seem to involve either the Champaign Police Department and/or personnel from the Champaign County State's Attorney's Office.  Exactly how the CITY OF URBANA is involved in this controversy is nowhere specified in the complaint.

Accordingly, for the foregoing reasons the complaint against the CITY OF URBANA should be dismissed or, alternatively, plaintiffs should be ordered to amend with sufficient specificity as to the CITY OF URBANA.

CITY OF URBANA, Defendant
By: Law Office of Ansel & Small, Ltd.

**s/ Howard W. Small**
Howard W. Small, Illinois Bar No. 2636271
Attorney for Defendant
LAW OFFICE OF ANSEL & SMALL, LTD.
41 E. University Ave., Suite 3A, P.O. Box 468
Champaign, IL 61824-0468
Telephone: (217) 359-0200
Facsimile: (217) 359-0888
E-mail: hwslaw@shout.net

CERTIFICATE OF SERVICE

I hereby certify that on Thursday, July 21, 2005, I electronically filed the foregoing *Memorandum of Law in Support of City of Urbana;s 12(B)(6) Motion to Dismiss the Complaint* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Martel Miller, 114 E. Park, Champaign, IL 61820

Patrick Thompson, 2712 E. Illinois Street, Urbana, IL 61802

**s/ Howard W. Small**
Howard W. Small, Illinois Bar No. 2636271
Attorney for Defendant
LAW OFFICE OF ANSEL & SMALL, LTD.
41 E. University Ave., Suite 3A, P.O. Box 468
Champaign, IL 61824-0468
Telephone: (217) 359-0200
Facsimile: (217) 359-0888
E-mail: hwslaw@shout.net

Pursuant to Local Rule 11.2, lead counsel in the case will be:
Howard W. Small of the Law Office of Ansel & Small, Ltd.
41 E. University Ave., P.O. Box 468, Champaign, IL 61824-0468
Telephone: (217) 359-0200   Facsimile: (217) 359-0888   E-mail: hwslaw@shout.net