E-FILED
Thursday, 21 July, 2005  03:11:48 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS
#### URBANA DIVISION

July 21, 2005

Patrick Thompson
723 S Mattis
Champaign, IL 61821

RE: MILLER ET AL V CITY OF CHAMPAIGN ET AL
CASE NO. 05-2142

Dear Mr. Thompson:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. <u>See</u> Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. <u>See</u>, <u>generally,</u> <u>Lewis v. Faulkner</u>, 689 F. 2d 100 (7th Cir. 1982); <u>Timms v. Frank</u>, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. <u>See</u> L.R. CDIL 7.1(B).

                                                                        s/John M. Waters
                                                                        JOHN M. WATERS, CLERK
                                                                        U.S. DISTRICT COURT

cc:  all counsel/plaintiff Patrick Thompson
notice revised 8/7/03