**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: Martel Miller + Patrick Thompson | COURT CASE NUMBER: 05-2142 |
| DEFENDANT: City of Champaign | TYPE OF PROCESS: Summons |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 102 N. Neil, Champaign IL 61820

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Patrick Thompson
2712 E. Illinois St
Urbana IL 61802

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                          Fold

**FILED**
JUL 27 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Signature of Attorney or other Originator requesting service on behalf of: E. Martel Miller / Patrick Thompson
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 6/20/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin No. 26
District to Serve No. 11
Signature of Authorized USMS Deputy or Clerk: Gregory
Date: 7/7/5

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Marilyn L. Banks - Champaign City Clerk
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:
Date of Service: 7/15/05
Time: 10:15 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: DUSM JCarroll

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $2.03 | — | $47.03 | — | $47.03 | — |

REMARKS:

**PRIOR EDITIONS MAY BE USED**                 **1. CLERK OF THE COURT**                 **FORM USM-285 (Rev. 12/15/80)**

# United States District Court

_____ DISTRICT OF _____

MARTEL MILLER & PATRICK THOMPSON

V.

CITY OF CHAMPAIGN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-2142

TO: (Name and address of defendant)  CITY OF CHAMPAIGN
102 N. Neil, Champaign IL 61820

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
2712 E. Illinois St
Urbana IL 61802

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

DATE July 6, 2005

s/K. Wynn
(BY) DEPUTY CLERK