E-FILED
Thursday, 28 July, 2005  12:35:16 PM
Clerk, U.S. District Court, ILCD

(Attachment)

OTHER CONTD.

## ARRESTEE/OFFENDER

| Name | Address | Telephone |
|---|---|---|
| MILLER, EDWARD MARTEL (offender) | CHAMPAIGN, IL 61820 | (217) |

| Emp Code | Employer/School Name | Emp. Address | Emp. Tel. |
|---|---|---|---|
| U | UNKNOWN | | Unknown |

| DOB | Age (when occurred) | Race | Sex | Ht. | Wt. | Hair | Eye | SSN | DL# |
|---|---|---|---|---|---|---|---|---|---|
| 07/04/1961 | 42 | B | M | 511 | 235 | BLK | BRO | 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 | |

| Injury Code | Victim Code | Hospitalized | Treated by |
|---|---|---|---|
| N | I | NO | |

| Name | Address | Telephone |
|---|---|---|
| THOMPSON, PATRICK L (offender) | CHAMPAIGN, IL 61821 | Unknown |

| Emp Code | Employer/School Name | Emp. Address | Emp. Tel. |
|---|---|---|---|
| U | UNKNOWN | | Unknown |

| DOB | Age (when occurred) | Race | Sex | Ht. | Wt. | Hair | Eye | SSN | DL# |
|---|---|---|---|---|---|---|---|---|---|
| 11/12/1968 | 35 | B | M | 506 | 155 | BLK | BRO | 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 | |

| Injury Code | Victim Code | Hospitalized | Treated by |
|---|---|---|---|
| N | I | NO | |

## RELATION MATRIX

| Offense | Victim | Relation Code | Offender |
|---|---|---|---|
| 5000 | GRIFFET IV, DAVID I | RU | MILLER, EDWARD MARTEL |
| 5000 | GRIFFET IV, DAVID I | RU | THOMPSON, PATRICK L |
| 5000 | | RU | THOMPSON, PATRICK L |

## NARRATIVE

Reporting Agent: Sergeant David Griffet

On Tuesday, August 31, 2004, after 2300 hours I met with Champaign County Assistant State's Attorney Elizabeth Dobson who gave me a VHS tape. Ms. Dobson told me that this tape is a copy of a tape that was submitted to the City of Urbana public television network for broadcasting on the local access channel. Ms. Dobson told me that she had obtained the copy with the issuance of a subpoena. Ms. Dobson asked me to review the tape and see what the tape shows.

Note: It should be noted that I was made aware of this tape by Urbana Police Lieutenant Mike Metzler about a week ago. I was at the Champaign County State's Attorney's Office when Lt. Metzler told me that he had reviewed this tape and had found that several officers had been illegally recorded.

Reporting Officer: GRIFFET, DAVID      officer's initials      approved      NARRATIVE CONTD.