

LEGAL DIVISION
400 S. Vine St., Urbana, IL 61801
P.O. Box 219, Urbana, IL 61803-0219
(217) 384-2464

FAX: (217) 384-2460

**STEVE HOLZ**
City Attorney
E-mail: sjholz@city.urbana.il.us

**JACK WAALER**
Special Counsel
E-mail: jwaaler@city.urbana.il.us

City of Urbana
400 South Vine Street
Urbana, IL 61801

September 3, 2004

Martell Miller
c/o Bruce Ratcliffe
Attorney at Law
202 South Broadway
Urbana, IL 61801

                RE:    Audio and Video of Police Stops
                         Submitted for UPTV Cable

Dear Mr. Miller:

      It's my understanding that you have submitted to the Urbana Public Television ("UPTV") Coordinator a video and audiotape of police stops and interactions with citizens, and that you have requested that the tape be cablecast on UPTV. In light of the recent criminal charges filed by the Champaign County State's Attorney regarding non-consensual audiotaping of police activities by individuals who are not party to the police activities, the UPTV Coordinator asked me to advise him about how to proceed with your request.

      Of particular concern are the media reports that the State's Attorney's Office may consider such audio taping to constitute unlawful eavesdropping by the third party who is doing the audio taping. It is my understanding that the State's Attorney's Office has filed felony criminal charges against you, and perhaps against others, in connection with the making of at least some of the video and audio recordings that appear on this tape. In fact, the State's Attorney's Office has also subpoenaed this tape, although the City has retained a copy of it.

      The criminal statute that the State's Attorney is apparently relying on is 720 ILCS 5/14-1, et seq., which makes certain types of eavesdropping a Class 1 felony punishable by penalties ranging from probation to 4-15 years in prison. That law prohibits audiotaping in certain situations. My concern is that that same law also prohibits anyone from using or divulging any information that a person knows, or reasonably should know, was obtained through the use of an eavesdropping device. (720 ILCS 5/14-2(k)(3).) Because the State's Attorney has filed the criminal charges for making the tape, I am concerned that a decision by the City's UPTV Coordinator to cablecast the tape would similarly result in criminal charges against the UPTV Coordinator for using or divulging the information. If I permit or direct the City's UPTV staff to cable cast this tape, then I am exposing the UPTV staff to significant possibility of being prosecuted for felony violations under this statute themselves. I cannot in good conscience allow that to happen. I simply cannot expose the City of Urbana staff to that kind of risk of felony charges.

C:\Documents and Settings\lnpeterson\Local Settings\Temporary Internet Files\OLK31\UPTV audio and video tape letter (eavesdropping)(Martell)(9-3-04)1.doc

Home of the University of Illinois

Martell Miller
September 3, 2004
Page Two

It is not the policy or practice of UPTV to preview or censor materials submitted by members for cable casting. However, the circumstances of this situation are unique, in that City staff were given advance information that the criminal prosecuting authorities consider at least some of the contents of this tape may have been made unlawfully. Accordingly, until such time as the State's Attorney's Office or a court of competent jurisdiction determines that the making of the tape did not constitute a felony, I am compelled to conclude that UPTV may not cable cast the tape.

I acknowledge that portions of the tape appear to me to be completely legal. For example, there are several clips of private individuals, as well as police officers, conversing voluntarily with the person who is running the video camera, apparently with full knowledge that they're being audio taped and with no apparent objection to being audio taped. If you choose to resubmit a tape that contains only consensually audio taped conversations and other material that is clearly not made in violation of the eavesdropping laws, then the City will give it a prompt and full cable casting in accordance with the City's routine UPTV policies. I suggest that you consult with private counsel of your choosing with respect to the criminal and civil liabilities that you could face for violating the eavesdropping statute and other laws relating to such activities.

Sincerely,

Steve Holz
City Attorney

cc:   Chris Foster, UPTV Coordinator
      Eddie Adair, Urbana Chief of Police
      Bruce Walden, Urbana Chief Administrative Officer
      Barbara Gladney, Chair, UPTV Commission
      John Piland, Champaign County State's Attorney
      Elizabeth Dobson, Lead Prosecutor, Office of Champaign County State's Attorney
      Fred Stavins, City Attorney for the City of Champaign