E-FILED
Thursday, 28 July, 2005 12:36:02 PM
Clerk, U.S. District Court, ILCD

IN THE CIRCUIT COURT OF CHAMPAIGN COUNTY, ILLINOIS
SIXTH JUDICIAL CIRCUIT

THE PEOPLE OF THE STATE OF ILLINOIS, )
        Plaintiff, )
         ) NO: 04-CF-1482
vs. )
         )
E. MARTELL MILLER, )
        Defendant. )

FILED
SIXTH JUDICIAL CIRCUIT
AUG 3 1 2004
Linda S. Frank
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS

## SUBPOENA DUCES TECUM

TO: Chris Foster

Urbana Public Television

YOU ARE COMMANDED to appear to testify before the Grand Jury of Champaign County C/O Joel Fletcher, in County Board Meeting Room #1, in the Brooken Administration Building at 1776 East Washington, Urbana, Illinois on: September 2, 2004, at 9:00 o'clock AM.

YOU ARE COMMANDED ALSO to bring the following:

Please furnish any and all copies of videotapes concerning contacts by a citizen watch group ("COPWATCH") and police officers, including Sgt. David Griffet, Champaign Police Department and Sgt. Anthony Cobb, Urbana Police Department.

**SAID RECORDS SHOULD BE RETURNED TO: The Grand Jury of Champaign County, c/o Joel Fletcher in County Board Meeting Room #1 in the Brookens Administration Building at 1776 E. Washington, Urbana Illinois. FURTHER PLEASE MAKE NO DISCLOSURE OF THIS SUBPOENA OR ANY FURTHER RELATED SUBPOENAS. ANY SUCH DISCLOSURE COULD IMPEDE THE INVESTIGATION BEING CONDUCTED AND INTERFERE WITH THE ENFORCEMENT OF THE LAW**

In your possession or control.

YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

(SEAL OF COURT)        WITNESS, August 31, 2004

Linda S. Frank
Clerk of Court

Name  JOHN C. PILAND/James E. Davis
Attorney for  Champaign County
Address  101 E. Main Street, Courthouse
City  Urbana, IL 61801
Telephone  217-384-3733