UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

```
MARTEL MILLER and PATRICK    )
THOMPSON,                    )
                             )
          Plaintiffs,        )
                             )
    vs.                      )    No. 05-2142
                             )
CITY OF CHAMPAIGN, CITY OF   )
URBANA and CHAMPAIGN COUNTY, )
                             )
          Defendants.        )
```

**MOTION TO DISMISS**

    Defendant, Champaign County, by its attorneys, Flynn, Palmer & Tague, for its Motion to Dismiss, pursuant to Rule(b)(6) of the Federal Rules of Civil Procedure, states as follows:

    1.    Plaintiffs, Martel Miller and Patrick Thompson, have filed a Section 1983 Complaint against Defendants, City of Champaign, City of Urbana and Champaign County.

    2.    Plaintiff Miller alleges that in August, 2004, while he was filming a traffic stop, the Champaign Police Department seized the camcorder and tape without a warrant at the direction of Champaign County Assistant State's Attorney Elizabeth Dobson, who was doing a ride along.

    3.    Plaintiff Thompson also alleges that in July, 2004, documentary footage of a traffic stop he was filming was wrongfully seized. He alleges that Assistant State's Attorney Dobson also was filming in the area.

    4.    Plaintiff Thompson further alleges that in August, 2004, Assistant State's Attorney Dobson was prejudiced and biased

against him in prosecuting him for alleged crimes.

    5.    Plaintiff Thompson also alleges that in December, 2004, and February, 2005, there was misrepresentation along with other constitutional violations, as shown in Exhibit "J" to the Complaint.  Exhibit "J" is a letter from Defendant Thompson to "the honorable Court for the Sixth Circuit" complaining that his attorney had Case No. 04-CF-1571 continued and requesting that the case be set for trial.  Exhibit "J" does not allege wrong-doing by Defendant, Champaign County, or any of its employees or agents.

    6.    Plaintiff Miller fails to state a claim upon which relief can be granted against Champaign County under Section 1983 because:

        A.    The alleged seizure of the camcorder and tape was proper; and

        B.    Assistant State's Attorney Dobson is not accountable for an alleged seizure by a City of Champaign police officer.

    7.    Plaintiff Thompson fails to state a claim upon which relief can be granted against Champaign County under Section 1983 because:

        A.    He does not explain how the alleged filming by Assistant State's Attorney Dobson violated his constitutional rights;

        B.    He does not allege that Assistant State's Attorney Dobson was recording audio as well as video; and

        C.    Assistant State's Attorney Dobson is entitled to absolute immunity in the prosecution of Plaintiff Thompson.

    8.    In addition to the above-stated reasons, the Section 1983 Complaint of Plaintiffs Miller and Thompson fails to state a

claim upon which relief can be granted because Plaintiffs fail to allege that any alleged wrongdoing occurred as a result of an official custom, policy or practice of Champaign County.

 WHEREFORE, Defendant, Champaign County, prays that Plaintiffs' Complaint be dismissed with prejudice as to Champaign County.

        CHAMPAIGN COUNTY, Defendant

        BY: FLYNN, PALMER & TAGUE


        By:  /s/  Jerome P. Lyke
           Jerome P. Lyke
           Illinois Bar No. 6182867
           Flynn, Palmer & Tague
           Attorney for Champaign County
           402 W. Church Street
           P.O. Box 1517
           Champaign, IL  61824-1517
           Telephone:  (217) 352-5181
           Fax: (217) 352-7964
           jeromelyke@yahoo.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he did on the 4th day of August, 2005, electronically file the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Martel Miller
114 E. Park
Champaign, IL  61820

Patrick Thompson
723 S. Mattis
Champaign, IL  61821

Howard W. Small
Ansel & Small, Ltd.
41 E. University, Suite 3A
P.O. Box 468
Champaign, IL  61824-0468
hwslaw@shout.net

David E. Krchak
Thomas, Mamer & Haughey
30 E. Main Street
P.O. Box 560
Champaign, IL  61824-0560
krchak@tmh-law.com

By:   /s/  Jerome P. Lyke
Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Champaign County
402 W. Church Street
P.O. Box 1517
Champaign, IL  61824-1517
Telephone:  (217) 352-5181
Fax: (217) 352-7964
jeromelyke@yahoo.com