UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARTEL MILLER and PATRICK THOMPSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 05-2142 |
| CITY OF CHAMPAIGN, CITY OF URBANA and CHAMPAIGN COUNTY, | ) ) ) ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

David E. Krchak of the Thomas, Mamer & Haughey, LLP, hereby enters his appearance as counsel for defendant, CITY OF CHAMPAIGN. I certify that I am admitted to practice in this Court.

CITY OF CHAMPAIGN, Defendant

BY: THOMAS, MAMER & HAUGHEY, LLP

---

David E. Krchak

s/**DAVID E. KRCHAK**
Attorney David E. Krchak
Attorneys for City of Champaign
Thomas, Mamer & Haughey, LLP
30 E. Main, PO Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax: (217) 355-0087
Attorney's e-mail address: krchak@tmh-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I mailed the foregoing to the following individuals:

Martell Miller  
114 E. Park  
Champaign, IL 61820

Patrick Thompson  
2712 E. Illinois Street  
Urbana, IL 61802

Howard W. Small  
Ansel & Small, Ltd.  
PO Box 468  
Champaign, IL 61824-0468

Jerome P. Lyke  
Flynn, Palmer & Tague  
PO Box 1517  
Champaign, IL 61824-1517

by U.S. Mail, postage fully prepaid.

_____  
s/**DAVID E. KRCHAK**  
Attorney David E. Krchak  
Attorneys for City of Champaign  
Thomas, Mamer & Haughey, LLP  
30 E. Main, PO Box 560  
Champaign, IL 61824-0560  
(217) 351-1500  
Fax: (217) 355-0087  
Attorney's e-mail address: krchak@tmh-law.com