E-FILED
Thursday, 04 August, 2005  03:07:12 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTEL MILLER and PATRICK THOMPSON, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No. 05-2142 |
| CITY OF CHAMPAIGN, CITY OF URBANA and CHAMPAIGN COUNTY, ) ) ) ) | |
| Defendant. ) | |

**MOTION TO DISMISS**

NOW COMES the defendant, CITY OF CHAMPAIGN, by its attorneys, Thomas, Mamer & Haughey, LLP, and moves to dismiss the Complaint against it pursuant to Federal Rule of Civil Procedure 12(b)(6) and states:

1. The pro se Complaint in this matter is directed toward the City of Champaign. There is no allegation in the Complaint that employees of the City completed the acts complained of consistent with City customs or policies.

2. The allegations regarding City of Champaign police officers describe a situation where it was appropriate for those police officers to enforce the criminal laws of the state, specifically, 720 ILCS 5/14-1, eavesdropping.

3. Under the circumstances alleged in the Complaint, it was appropriate to seize evidence of the commission of a crime and that evidence was in plain view. No warrant was necessary.

WHEREFORE, defendant, CITY OF CHAMPAIGN, by its attorneys, Thomas, Mamer & Haughey, LLP, prays that the Court dismiss this cause of action with prejudice, enter judgment in its behalf and against plaintiff and award it costs.

CITY OF CHAMPAIGN, Defendant

BY:  THOMAS, MAMER & HAUGHEY, LLP

_____
David E. Krchak

s/**DAVID E. KRCHAK**
Attorney David E. Krchak
Attorneys for City of Champaign
Thomas, Mamer & Haughey, LLP
30 E. Main, PO Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax:  (217) 355-0087
Attorney's e-mail address:  krchak@tmh-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I mailed the foregoing to the following individuals:

| | |
|---|---|
| Martell Miller<br>114 E. Park<br>Champaign, IL 61820 | Patrick Thompson<br>2712 E. Illinois Street<br>Urbana, IL 61802 |
| Howard W. Small<br>Ansel & Small, Ltd.<br>PO Box 468<br>Champaign, IL 61824-0468 | Jerome P. Lyke<br>Flynn, Palmer & Tague<br>PO Box 1517<br>Champaign, IL 61824-1517 |

by U.S. Mail, postage fully prepaid.

                                              _____
                                              s/**DAVID E. KRCHAK**
                                              Attorney David E. Krchak
                                              Attorneys for City of Champaign
                                              Thomas, Mamer & Haughey, LLP
                                              30 E. Main, PO Box 560
                                              Champaign, IL 61824-0560
                                              (217) 351-1500
                                              Fax:  (217) 355-0087
                                              Attorney's e-mail address:  krchak@tmh-law.com