E-FILED
Tuesday, 16 August, 2005 02:47:31 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTEL MILLER and PATRICK THOMPSON,<br>　　　　Plaintiffs, | )<br>)<br>) |
| vs. | )　　No. 05-2142<br>) |
| CITY OF CHAMPAIGN, CITY OF URBANA,<br>and CHAMPAIGN COUNTY,<br>　　　　Defendants. | )<br>)<br>)<br>) |

## MOTION TO DISMISS ORIGINAL COMPLAINT
## and AMENDMENT TO COMPLAINT PURSUANT TO RULE 12(B)(6)

　　Defendant, CITY OF URBANA, by its attorney, Howard W. Small of the Law Office of Ansel & Small, Ltd., hereby moves to dismiss the original complaint and the amendment thereto, stating in support as follows:

　　1.　Defendant hereby realleges, adopts and incorporates by reference the City of Urbana's earlier Motion to Dismiss and Memorandum of Law in Support. Further, City of Urbana adopts and incorporates by reference those portions of the Motion to Dismiss of Champaign County and Motion to Dismiss of City of Champaign, and any supporting memoranda, insofar as those pleadings might also apply to the City of Urbana.

　　2.　Plaintiffs' amendment to 42 USC 1983, filed on July 28, fails to state a cause of action and fails to set forth sufficient facts upon which a claim may be based. The amendment and attachments thereto show only that the City of Urbana public television station had a videotape submitted by plaintiffs, and that said videotape was subpoenaed on August 31, 2004 by the Champaign County State's Attorney, and that pursuant thereto, the tape was turned over to the State's Attorney.

　　3.　The allegations against the Urbana Police Department during investigation in case number 04-CF-1571 are totally unrelated to the other allegations in the complaint, and in any event fail to set forth a cause of action or to allege sufficient facts upon which a claim may be based.

WHEREFORE, defendant CITY OF URBANA prays that the court will dismiss the complaint.

CITY OF URBANA, Defendant
By: Law Office of Ansel & Small, Ltd.

**s/ Howard W. Small**
Howard W. Small, Illinois Bar No. 2636271
Attorney for Defendant
LAW OFFICE OF ANSEL & SMALL, LTD.
41 E. University Ave., Suite 3A, P.O. Box 468
Champaign, IL 61824-0468
Telephone: (217) 359-0200
Facsimile: (217) 359-0888
E-mail: hwslaw@shout.net

## CERTIFICATE OF SERVICE

I hereby certify that on <u>Tuesday, August 16, 2005</u>, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Martel Miller, 114 E. Park, Champaign, IL 61820

~~Patrick Thompson, 2712 E. Illinois Street, Urbana, IL 61802~~
Patrick Thompson, 723 S. Mattis, Champaign, IL 61821

David E. Krchak, Esq., Thomas, Mamer & Haughey, P.O. Box 560
Champaign, IL 61824-0560 (City of Champaign)
*krchak@tmh-law.com, carol@tmh-law.com*

Jerome Lyke, Esq., Flynn, Palmer & Tague, P.O. Box 1517
Champaign, IL 61824-1517 (Champaign County)
jeromelyke@yahoo.com, fpt5law@aol.com

**s/ Howard W. Small**
Howard W. Small, Illinois Bar No. 2636271
Attorney for Defendant
LAW OFFICE OF ANSEL & SMALL, LTD.
41 E. University Ave., Suite 3A, P.O. Box 468
Champaign, IL 61824-0468
Telephone: (217) 359-0200
Facsimile: (217) 359-0888
E-mail: hwslaw@shout.net

Pursuant to Local Rule 11.2, lead counsel in the case will be:
Howard W. Small of the Law Office of Ansel & Small, Ltd.
41 E. University Ave., P.O. Box 468, Champaign, IL 61824-0468
Telephone: (217) 359-0200   Facsimile: (217) 359-0888   E-mail: hwslaw@shout.net

2
