E-FILED
Tuesday, 16 August, 2005  02:53:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARTEL MILLER and PATRICK THOMPSON, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 05-2142 |
| | ) | |
| CITY OF CHAMPAIGN, CITY OF URBANA, | ) | |
| and CHAMPAIGN COUNTY, | ) | |
| Defendants. | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF CITY OF URBANA's
12(B)(6) MOTION TO DISMISS ORIGINAL COMPLAINT
and AMENDMENT TO COMPLAINT PURSUANT TO RULE 12(B)(6)**

CITY OF URBANA, by its attorney, Howard W. Small of the Law Office of Ansel & Small, Ltd., hereby adopts and realleges its prior memorandum of law in support of 12(b)(6) motion to dismiss the complaint as a portion of its motion to dismiss the amendment to the complaint as well.

Further, CITY OF URBANA suggests to the court that the purported amendment to the complaint filed on July 28 does not state a cause of action or set forth sufficient facts to support a claim.  The amendment and attachments show only that during the month of August, 2004 that allegedly the Urbana public television station had possession of a videotape allegedly submitted by plaintiffs, or either of them, and that shortly thereafter, the Champaign County State's Attorney issued a subpoena in criminal case number 04-CF-1482 on August 31, 2004 requiring that the videotape be turned over to Champaign County.  The attachments further establish that indeed that was accomplished.   Accordingly, the CITY OF URBANA did not "seize" any of the plaintiff's property, but rather the Urbana public television station was required, by legal process, to turn over the material.  There is nothing in the complaint or amendment thereto which suggests that this legal process was invalid.  Defendant requests that the court take judicial notice of the court record in criminal case 04-CF-1482 including the subject subpoena duces tecum.

Further, there are allegations in the amendment filed July 28 that the Urbana Police Department failed to do certain things with respect to criminal case number 04-CF-1571.

Attached to this memorandum is a copy of the case docket sheet in 04-CF-1571. Defendant requests that the court take judicial notice of this court record. Clearly, the matters concerned in 04-CF-1571 are totally unrelated to any other matters alleged in the original or amendment to the complaint. For that reason alone, these allegations should be stricken. Further, the allegations themselves fail to state a cause of action and are so devoid of specificity as to make it virtually impossible to answer.

    WHEREFORE, defendant prays that the court will dismiss the original and amendment to the complaint as it pertains to the CITY OF URBANA.

CITY OF URBANA, Defendant
By: Law Office of Ansel & Small, Ltd.

**s/ Howard W. Small**
Howard W. Small, Illinois Bar No. 2636271
Attorney for Defendant
LAW OFFICE OF ANSEL & SMALL, LTD.
41 E. University Ave., Suite 3A, P.O. Box 468
Champaign, IL 61824-0468
Telephone: (217) 359-0200
Facsimile: (217) 359-0888
E-mail: hwslaw@shout.net

CERTIFICATE OF SERVICE

      I hereby certify that on <u>Tuesday, August 16, 2005</u>, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Martel Miller, 114 E. Park, Champaign, IL 61820

~~Patrick Thompson, 2712 E. Illinois Street, Urbana, IL 61802~~
Patrick Thompson, 723 S. Mattis, Champaign, IL 61821

David E. Krchak, Esq., Thomas, Mamer & Haughey, P.O. Box 560
Champaign, IL 61824-0560 (City of Champaign)
krchak@tmh-law.com, carol@tmh-law.com

Jerome Lyke, Esq., Flynn, Palmer & Tague, P.O. Box 1517
Champaign, IL 61824-1517 (Champaign County)
jeromelyke@yahoo.com, fpt5law@aol.com

                                              **s/ Howard W. Small**
                                              Howard W. Small, Illinois Bar No. 2636271
                                              Attorney for Defendant
                                              LAW OFFICE OF ANSEL & SMALL, LTD.
                                              41 E. University Ave., Suite 3A, P.O. Box 468
                                              Champaign, IL 61824-0468
                                              Telephone: (217) 359-0200
                                              Facsimile: (217) 359-0888
                                              E-mail: hwslaw@shout.net

Pursuant to Local Rule 11.2, lead counsel in the case will be:
Howard W. Small of the Law Office of Ansel & Small, Ltd.
41 E. University Ave., P.O. Box 468, Champaign, IL 61824-0468
Telephone: (217) 359-0200   Facsimile: (217) 359-0888   E-mail: hwslaw@shout.net