Page 1 of 6
E-FILED
Tuesday, 16 August, 2005  02:55:16 PM
Clerk, U.S. District Court, ILCD

# Linda S. Frank
## Clerk of the Circuit Court

| Case LookUp | | LOGOFF |

## CRIMINAL CASE LOOKUP FOR CASE #04CF01571

**Defendant**
THOMPSON   PATRICK D

**Plaintiff**
PEOPLE OF ILLINOIS

**Information:**

```
         File Date: 08/25/04
        Court Room: A
   Next Appearance: 07/27/05   09:30
        Birth Date: 11/12/68
      Offense Date: 08/24/04

   DEFENDANT: THOMPSON   PATRICK D
```

## FEES & FINES INFORMATION         as of 07/26/2005 10:01:04 PM

| ORDERED | DESCRIPTION | PAID | BALANCE |
|---|---|---|---|
| 100.00 | CLERK | .00 | 100.00 |
| 16.00 | MISCELLANEOUS | 16.00 | .00 |
| 5.00 | AUTOMATION FEE | .00 | 5.00 |
| 5.00 | DOCUMENT STORAGE FEE | .00 | 5.00 |
| 50.00 | COURT FINANCE FEE | .00 | 50.00 |
| 30.00 | STS ATTY | .00 | 30.00 |
| 10.00 | PREL HRG | .00 | 10.00 |
| 37.00 | SHERIFF | .00 | 37.00 |
| 37.00 | SHERIFF | .00 | 37.00 |
| 37.00 | SHERIFF | .00 | 37.00 |
| 37.00 | SHERIFF | .00 | 37.00 |
| 10.00 | ARRESTEE'S MEDICAL | .00 | 10.00 |
| .00 | VIOLENT CRIME VICTIM | .00 | .00 |
| 4.00 | TR/CR CONVICT SURCRG | .00 | 4.00 |
| 25.00 | COURT SECURITY FEE | .00 | 25.00 |

## RECEIPT HISTORY INFORMATION         as of 07/26/2005 10:01:04 PM

| RECEIPT # | DESCRIPTION | AMOUNT | DATE PAID |
|---|---|---|---|
| 162986 | MISCELLANEOUS | 10.00 | 9/16/04 |
| 163302 | MISCELLANEOUS | 6.00 | 9/23/04 |

## CHARGES INFORMATION         as of 07/26/2005 10:01:08 PM

```
Count Description
   01 HOME INVASION/VIO AGAINST PERS
   02 HOME INVASION/CAUSE INJURY
   03 INTIMIDATION/PHYSICAL HARM
   04 UNLAWFUL RESTRAINT
   05 CRIMINAL SEXUAL ABUSE FORCE
```

## DOCKET INFORMATION                             as of 07/26/2005 10:01:08 PM

```
08-25-04    JRK/DLE
            JRK/DLE     RE: THOMPSON PATRICK D
            JRK/DLE     People appear by KEN SWAILS.  Defendant appears
            JRK/DLE     in custody and is arraigned.  Public Defender
            JRK/DLE     is appointed and R. Sullivan appears instanter.
            JRK/DLE     Cause set for Preliminary Hearing on 9/08/2004
            JRK/DLE     at 3:15 Pm in Courtroom F.
            JRK/DLE     See Expanded Record.
            JRK/DLE     Defendant's Bond fixed in the amount of
            JRK/DLE     $250,000.
            JRK/DLE     ROR denied.
            JRK/DLE     As a condition of Defendant's bond, Deft. is
            JRK/DLE     ordered to HAVE NO CONTACT whatsoever, directly or
            JRK/DLE     indirectly with Stacy Rahn or the residence of
            JRK/DLE     1702 E. Colorado apt #203, Urbana, IL.
            JRK/DLE     Defendant admonished as to the possibility of
            JRK/DLE     EXTENDED TERM SENTENCING.
09-02-04    HNL/LSO/MC
            HNL/LSO/MC  RE: THOMPSON PATRICK D
            HNL/LSO/MC  Indictment returned in open Court in 05 Counts.
09-08-04    JRK/DLE/DR
            JRK/DLE/DR  RE: THOMPSON PATRICK D
            JRK/DLE/DR  People appear by LARRY SOLAVA.  Defendant appears
            JRK/DLE/DR  in custody together with private counsel,
            JRK/DLE/DR  B. Ratcliffe.  Entry of Appearance on file.
            JRK/DLE/DR  Appointment of the Public Defender is VACATED.
            JRK/DLE/DR  Deft. waives reading of the
            JRK/DLE/DR  Indictment, enters a plea of not guilty and re-
            JRK/DLE/DR  quests a trial by jury.  Cause set for pre-trial
            JRK/DLE/DR  10/27/2004 at 01:30 PM in Courtroom A.
            JRK/DLE/DR  Pre-trial orders entered.
            JRK/DLE/DR  See ORDERS.  See Expanded Record.
            JRK/DLE/DR  Defendant's Bond to continue.
            JRK/DLE/DR  Defendant admonished as to the possibility of
            JRK/DLE/DR  EXTENDED TERM SENTENCING.
09-21-04    CRIMINL/JP  Discovery on File
10-19-04    CRIMINL/EV  Answer to state's motion for discovery on file.
10-20-04    CRIMINL/EV  Motion for appointment of special prosecutor on
            CRIMINL/EV  file.
10-21-04    CRIMINL/EV  Supplemental Discovery on file.
10-22-04    TJD/CAM/TC
            TJD/CAM/TC  RE: THOMPSON PATRICK D
            TJD/CAM/TC  Appearance of the People by MICK MCAVOY         .
            TJD/CAM/TC  Appearance of the Defendant personally and by
            TJD/CAM/TC  counsel RATCLIFFE, BRUCE G. Written motion by the
            TJD/CAM/TC  State for continuance.  Motion allowed over
            TJD/CAM/TC  objection by the Defendant.
            TJD/CAM/TC  Cause set over for hearing on the motion for
            TJD/CAM/TC  special prosecutor in this matter to
            TJD/CAM/TC  11/12/2004 at 11:00 AM in Courtroom B.
            CRIMINL/EV  Supplemental Discovery on file.
10-27-04    HEC/CAM/DR  RE: PATRICK THOMPSON
            HEC/CAM/DR  People appear by SA.  Defendant appears
            HEC/CAM/DR  by counsel.  Cause allotted for hearing on
            HEC/CAM/DR  Motions to 11/12/2004  at 11:00 AM in courtroom B.
11-05-04    TJD/CAM
            TJD/CAM
            TJD/CAM     RE: THOMPSON PATRICK D
            TJD/CAM     Appearance of the People by Mick McAvoy.
            TJD/CAM     Appearance of the Defendant by counsel, Bruce
            TJD/CAM     Ratcliffe.  By agreement of the parties, hearing
            TJD/CAM     allotment of November 12, 2004 is vacated.  Cause
            TJD/CAM     is continued for pre-trial of November 17, 2004
            TJD/CAM     at 1:30 p.m. in Courtroom A.
```

```
11-17-04      TJD/SEC/DR    RE: PATRICK THOMPSON
              TJD/SEC/DR    Appearance of the States Attorney.  Suggestion
              TJD/SEC/DR    that the Defendant is in custody.  Motion by Def-
              TJD/SEC/DR    endant for continuance.  Motion allotted for
              TJD/SEC/DR    hearing  11/18/2004 at   9:30  AM in Courtroom F.
11-18-04      TJD/CAM/DR    RE: PATRICK THOMPSON
              TJD/CAM/DR    Appearance of the States Attorney.  Deft appears
              TJD/CAM/DR    personally and by Counsel.  Motion by the Deft for
              TJD/CAM/DR    Continuance.
              TJD/CAM/DR    Motion allowed.  Trial setting for   DECEMBER/2004
              TJD/CAM/DR    is vacated.  Cause reallotted for trial during the
              TJD/CAM/DR       JANUARY/2005 trial term.  Cause allotted for the
              TJD/CAM/DR    pre-trial conference  12/29/2004  at   9:30   AM
              TJD/CAM/DR    in Courtroom A.
12-01-04      TJD/CAM/NS
              TJD/CAM/NS    RE: THOMPSON PATRICK D
              TJD/CAM/NS    Appearance of the People by STEVEN ZIEGLER         .
              TJD/CAM/NS    Appearance of the Defendant personally and by
              TJD/CAM/NS    counsel RATCLIFFE, BRUCE G. On motion of the
              TJD/CAM/NS    Defendant, bond reduced to the amount of $5,000.
              TJD/CAM/NS    ROR ALLOWED.  As a condition of Defendant's bond,
              TJD/CAM/NS    DEFT. IS ORDERED TO HAVE NO CONTACT WHATSOEVER
              TJD/CAM/NS    WITH THE NAMED VICTIM.
              TJD/CAM/NS
              TJD/CAM/NS    The People place on file this date their Motion
              TJD/CAM/NS    for the Appointment of a Special Prosecutor.
              TJD/CAM/NS    Motion is allowed.  Written Order for Appointment
              TJD/CAM/NS    of a Special Prosecutor entered.  The State's
              TJD/CAM/NS    Attorney's Appellate Prosecutor is appointed in
              TJD/CAM/NS    this matter for the purpose of representing the
              TJD/CAM/NS    People in any and all matters involving this
              TJD/CAM/NS    Defendant.  By agreement of parties, cause contin-
              TJD/CAM/NS    ued to 12/29/2004 at 01:30 PM in Courtroom A.
              TJD/CAM/NS    CIRCUIT CLERK TO NOTIFY THE APPELLATE PROSECUTOR
              TJD/CAM/NS    OF APPOINTMENT THIS DATE.
12-03-04      CRIMINL/SR    Circuit Clerk mails Appointment of Special
              CRIMINL/SR    Prosecutor this date.  See Affidavit of mailing.
12-09-04      CRIMINL/MC    OATH ON FILE.
12-10-04      CRIMINL/LJ    LETTER FROM DEFENDANT ON FILE.
              CRIMINL/LJ    MOTION TO WITHDRAW AS COUNSEL ON FILE.
12-14-04      TJD/CAM
              TJD/CAM       RE: THOMPSON PATRICK D
              TJD/CAM       Defendant's pro se request placed on file this
              TJD/CAM       date and copied to counsel, Michael Vujovich and
              TJD/CAM       Bruce Ratcliffe, this date.
12-22-04      TJD/CAM/AR
              TJD/CAM/AR    RE: THOMPSON PATRICK D
              TJD/CAM/AR    No appearance by the Special Prosecutor.
              TJD/CAM/AR    Appearance of the Defendant personally and by
              TJD/CAM/AR    counsel RATCLIFFE, BRUCE G. .  Motion by Mr.
              TJD/CAM/AR    Ratcliffe to withdraw as counsel is allowed.
              TJD/CAM/AR    The Public Defender is appointed to represent the
              TJD/CAM/AR    Deft. in this matter.  Cause set over for trial
              TJD/CAM/AR    during the   JANUARY/2005 trial term and for
              TJD/CAM/AR    pre-trial 12/29/2004 at 09:30 AM in Courtroom A.
              TJD/CAM/AR    John Taylor appears from the Public Defender's
              TJD/CAM/AR    Office.  Deft. is admonished to appear personally
              TJD/CAM/AR    on the 29th due to the special circumstances of
              TJD/CAM/AR    his case.
              CRIMINL/SP    Correspondence on file this date.
12-29-04      TJD/CAM/DR    RE: PATRICK THOMPSON
              TJD/CAM/DR    Appearance of the States Attorney.  Deft appears
              TJD/CAM/DR    by Counsel.  Motion by the Deft for
              TJD/CAM/DR    Continuance.
              TJD/CAM/DR    Motion allowed.  Trial setting for   FEBRUARY/2005
              TJD/CAM/DR    is vacated.  Cause reallotted for trial during the
```

```
                TJD/CAM/DR   FEBRUARY/2005 trial term.  Cause allotted for the
                TJD/CAM/DR   pre-trial conference   1/26/2005  at   9:30  AM
                TJD/CAM/DR   in Courtroom A.
01-24-05        TJD/CAM
                TJD/CAM      RE: THOMPSON PATRICK D
                TJD/CAM      Report/Request of counsel on file.  Trial
                TJD/CAM      allotment for the  FEBRUARY/2005 trial term is
                TJD/CAM      vacated.  Cause reallotted for trial during the
                TJD/CAM          MARCH/2005 trial term and for pre-trial on
                TJD/CAM      02/23/2005 at 09:30 AM in Courtroom A.
                TJD/CAM      See ORDER.
01-26-05        CRIMINL/SP   MOTION TO VACATE COUNSEL ON FILE.
                CRIMINL/SP   MOTION TO DISMISS ON FILE.
                CRIMINL/SP   ADMISSION OF PAST ALLEGATIONS ON FILE.
02-23-05        TJD/CAM/DR   RE: PATRICK THOMPSON
                TJD/CAM/DR   People appear by SA.  Defendant appears personally
                TJD/CAM/DR   and by counsel.  Cause allotted for hearing on
                TJD/CAM/DR   Motions to  3/18/2005  at 11:00 AM in courtroom B.
03-18-05        TJD/CAM/AR
                TJD/CAM/AR   RE: THOMPSON PATRICK D
                TJD/CAM/AR   Appearance of the People by MICHAEL VUJOVICH    .
                TJD/CAM/AR   Appearance of the Defendant personally and by
                TJD/CAM/AR   counsel, ANTHONY ORTEGA.  Cause called for hearing
                TJD/CAM/AR   on the Defendant's motion to represent himself in
                TJD/CAM/AR   this matter.  Motion is allowed.  Appointment of
                TJD/CAM/AR   the Public Defender is vacated.  Cause set over
                TJD/CAM/AR   for hearing on Defendant's motions regarding
                TJD/CAM/AR   admissions of past allegations and motion to
                TJD/CAM/AR   dismiss on April 21, 2005 at 3:00 p.m. in
                TJD/CAM/AR   Courtroom B.
04-21-05        TJD/CAM/TC
                TJD/CAM/TC   RE: THOMPSON PATRICK D
                TJD/CAM/TC   Appearance of the People by MICHAEL VUJOVICH    .
                TJD/CAM/TC   Appearance of the Defendant personally and pro se.
                TJD/CAM/TC   Cause called for hearing on the Defendant's motion
                TJD/CAM/TC   to dismiss filed 1/25/05. Arguments heard. Motion
                TJD/CAM/TC   to dismiss is DENIED at this time.  The Court
                TJD/CAM/TC   will re-visit the motion after reading the Grand
                TJD/CAM/TC   Jury transcript.
                TJD/CAM/TC   Mr. Vujovich tenders to the Court this date the
                TJD/CAM/TC   People's Response to Defendant's Motion to Dismiss
                TJD/CAM/TC   and tenders a copy to the Defendant in open court.
                TJD/CAM/TC   Mr. Vujovich also tenders to the Court and the
                TJD/CAM/TC   Defendant the People's Objection to Defendant's
                TJD/CAM/TC   Motion for Admission of Past Allegations this date
                TJD/CAM/TC   Defendant states in open court his address as:
                TJD/CAM/TC   2712 East Illinois Street, Urbana, IL.
                TJD/CAM/TC
                TJD/CAM/TC   Cause is allotted for pre-trial 5/25/05 at 1:30
                TJD/CAM/TC   p.m. in Courtroom A.
05-25-05        TJD/SEC/DR
                TJD/SEC/DR   RE: THOMPSON PATRICK D
                TJD/SEC/DR   Appearance of the People by STATE'S ATTORNEY.
                TJD/SEC/DR   Defendant appears personally and pro se.
                TJD/SEC/DR   Representation that the Defendant has filed
                TJD/SEC/DR   numerous motions. Cause allotted for motion
                TJD/SEC/DR   hearing on 6/2/05 at 4:00 p.m .in courtroom B.
06-02-05        TJD/CAM/NS
                TJD/CAM/NS   RE: THOMPSON PATRICK D
                TJD/CAM/NS   Appearance of the People by Michael Vujovich.
                TJD/CAM/NS   Appearance of the Defendant personally and pro se.
                TJD/CAM/NS   Defendant places his written Entry of Appearance,
                TJD/CAM/NS   Plea of Not Guilty, and Demand for Speedy Trial
                TJD/CAM/NS   By Jury on file this date.
                TJD/CAM/NS
                TJD/CAM/NS   Cause called for hearing on the Defendant's motion
```

```
               TJD/CAM/NS  filed January 26, 2005, regarding Admission of
               TJD/CAM/NS  Past Allegations.  Motion is denied.
               TJD/CAM/NS  Cause called for hearing on the Defendant's Motion
               TJD/CAM/NS  to Dismiss filed January 25, 2005.  Motion is
               TJD/CAM/NS  denied.
               TJD/CAM/NS
               TJD/CAM/NS  Defendant announces ready for trial.  Cause
               TJD/CAM/NS  allotted for TRIAL CALL on Monday, June 6, 2005
               TJD/CAM/NS  at 1:00 p.m. in Courtroom A.
               TJD/CAM/NS
   06-06-05    HEC/SEC/NS
               HEC/SEC/NS  RE: THOMPSON PATRICK D
               HEC/SEC/NS  Appearance of the People by STATE'S ATTORNEY     .
               HEC/SEC/NS  Appearance of the Defendant personally and
               HEC/SEC/NS  PRO SE.  Motion by the People for continuance.
               HEC/SEC/NS  Motion allowed over objection by Deft.  Trial
               HEC/SEC/NS  allotment for trial during the      JULY/2005
               HEC/SEC/NS  trial term is vacated.  Cause set over for trial
               HEC/SEC/NS  during the      JULY/2005 trial term and for
               HEC/SEC/NS  pre-trial 06/22/2005 at 01:30 PM in Courtroom A.
   06-09-05    CRIMINL/TV  MOTION TO COMPEL DISCOVERY BY MICHAEL VUJOVICH
               CRIMINL/TV  RECEIVED AND FORWARDED TO JUDGE DIFANIS THIS DATE.
   06-10-05    CRIMINL/TV  MOTION FOR DISCOVERY ON FILE BY MICHAEL VUJOVICH,
               CRIMINL/TV  SPECIAL PROSECUTOR STATE'S ATTORNEYS APPELLATE
               CRIMINL/TV  PROSECUTOR.
   06-15-05    CRIMINL/TV  PEOPLE'S RESPONSE TO DEFENDANT'S MOTION FOR
               CRIMINL/TV  DISCOVERY FROM MICHAEL VUJOVICH, SPECIAL
               CRIMINL/TV  PROSECUTOR RECEIVED AND FORWARDED TO JUDGE DIFANIS
               CRIMINL/TV  JUNE 16, 2005.
   06-22-05    TJD/SEC/DR
               TJD/SEC/DR  RE: THOMPSON PATRICK D
               TJD/SEC/DR  Appearance of the People by STATES ATTORNEY.
               TJD/SEC/DR  Defendant appears personally and pro se.
               TJD/SEC/DR  Cause allotted for TRIAL during the July/2005
               TJD/SEC/DR  trial term.
               CRIMINL/MH  Motion for Reconsideration on file.
   07-08-05    CRIMINL/MH  Amendment to Answer to State Motion for Discovery
               CRIMINL/MH  filed and forwarded to Courtroom A.
   07-11-05    TJD/CAM/JM  RE: PATRICK THOMPSON
               TJD/CAM/JM  Appearance of the People by  STATE'S ATTORNEY.
               TJD/CAM/JM  Appearance of the Defendant personally and by
               TJD/CAM/JM  counsel.  Cause allotted for trial to commence
               TJD/CAM/JM   7/18/2005 at    9:00 AM  in Courtroom E  before
               TJD/CAM/JM  the Honorable H. E. Clem           .
   07-18-05    HEC/JW/NS
               HEC/JW/NS   RE: THOMPSON PATRICK D
               HEC/JW/NS   Special Prosecutor Michael Vujobich appears for
               HEC/JW/NS   the People.  Defendant appears pro se.  Special
               HEC/JW/NS   Vujobich tenders to the Court People's Motion in
               HEC/JW/NS   Limine.  Motion will be allowed in part and denied
               HEC/JW/NS   in part, Motion to exclude witnesses.  Motion
               HEC/JW/NS   allowed.  Jury voir dire conducted by the Court.
               HEC/JW/NS   12 jurors and 2 alternates selected by the parties
               HEC/JW/NS   Cause called for jury trial.  Hearing recessed
               HEC/JW/NS   to be reconvened 9:00 a.m., 7/19/2005,
               HEC/JW/NS   Courtroom E.
   07-19-05    HEC/JW/NS
               HEC/JW/NS   RE: THOMPSON PATRICK D
               HEC/JW/NS   Special Prosecutor Michael Vujobich appears for
               HEC/JW/NS   the People.  Defendant appears pro se.  Jury
               HEC/JW/NS   trial in progress resumed.  Opening statements
               HEC/JW/NS   presented to the Court and the jury.  Evidence
               HEC/JW/NS   presented on behalf of the People.  People
               HEC/JW/NS   rests.  Evidence heard on behalf of the Defendant.
               HEC/JW/NS   Trial recessed to be reconvened 9:30 a.m.,
               HEC/JW/NS   7/20/2005 Courtroom E.
```

```
07-20-05        HEC/JW/NS
                HEC/JW/NS    RE: THOMPSON PATRICK D
                HEC/JW/NS    People appear by Special Prosecutor Michael
                HEC/JW/NS    Vujoich.  Defendant appears pro se.  Jury trial
                HEC/JW/NS    in progress resumed.  Defendant rest.
                HEC/JW/NS    Supplemental evidence presented by the People.
                HEC/JW/NS    Motion by the Defendant at the conclusion of the
                HEC/JW/NS    evidence for directed verdict.  Motion denied,
                HEC/JW/NS
                HEC/JW/NS    Jury instructions conference conducted by the
                HEC/JW/NS    court.  Closing statements presented to the Court
                HEC/JW/NS    and jury.  Jury retires to deliberate.  The
                HEC/JW/NS    jury returns into open court indicating they are
                HEC/JW/NS    unable to reach a verdict.  Mistrial is declared.
                HEC/JW/NS
                HEC/JW/NS    Cause continued to pretrial hearing 7/27/2005,
                HEC/JW/NS    9:30 a.m., Courtroom E.  Defendant's bond is to
                HEC/JW/NS    continue.
```

[Case LookUp]                                                              [LOGOFF]