# United States District Court
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

August 17, 2005

Patrick Thompson
723 S Mattis
Champaign, IL 61821

RE: MILLER ET AL V. CHAMPAIGN ET AL
CASE NO. 05-2142

Dear Mr. Thompson:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

                                         JOHN M. WATERS, CLERK
                                         U.S. DISTRICT COURT

cc:  all counsel
notice revised 8/7/03

052142 R56 Ntc to Pla Thompson 81705.wpd