UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MARTEL MILLER and PATRICK THOMPSON, )
    Plaintiffs, )
)
Vs. )  Case No. 05-2142
)
CITY OF CHAMPAIGN, CITY OF URBANA, )
And CHAMPAIGN COUNTY, )
    Defendants. )

FILED
NOV 1 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Change of Mailing Address

I Patrick Thompson new mailing address is: 1809 Winchester Champaign IL 61821

I Martel Miller new mailing address is: 1401 Mittendorf Dr Champaign IL 61821

Plaintiffs

Martel Miller and Patrick Thompson

*[signatures]*

Martel Miller, 1401 Mittendorf Dr Champaign IL 61821

Patrick Thompson, 1809 Winchester, Champaign IL, 61821

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on Tuesday, November 15, 2005, service of the foregoing was made by submitting a true copy to the United States District Court for the Central District of Illinois and defendants.

Howard W. Small, Ansel & Small, Ltd. P.O. Box 468, Champaign IL 61824-0468

Jerome P. Lyke, Flynn, Palmer & Tague, P.O. Box 1517, Champaign IL 61824-1517

David E. Krchak, 30 E. Main PO Box 560, Champaign IL 61824-0560

Plaintiffs

Martel Miller and Patrick Thompson

*/s/ Martel Miller /s/ Patrick Thompson*