UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER and PATRICK THOMPSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 05-2142 |
| CITY OF CHAMPAIGN, CITY OF URBANA and CHAMPAIGN COUNTY, | ) ) ) |
| Defendants. | ) ) |

## ENTRY OF APPEARANCE

James D. Green of Thomas, Mamer & Haughey, LLP, hereby enters his appearance as co-counsel for Defendant, CITY OF CHAMPAIGN.  I certify that I am admitted to practice in this Court.

CITY OF CHAMPAIGN, Defendant

THOMAS, MAMER & HAUGHEY, LLP

**s/ James D. Green**

James D. Green, No. 6203059
Attorney for Defendant
Thomas, Mamer & Haughey, LLP
30 E. Main, PO Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax:  (217) 351-2017
E-mail address:  jim@tmh-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I mailed the foregoing to the following individuals:

Martell Miller
1401 Mittendorf Drive
Champaign, IL  61821

Patrick Thompson
1809 Winchester
Champaign, IL  61821

Howard W. Small
Ansel & Small, Ltd.
P.O. Box 468
Champaign, IL  61824-0468

Jerome P. Lyke
Flynn, Palmer & Tague
P.O. Box 1517
Champaign, IL  61824-1517

by U.S. Mail, postage fully prepaid.

**s/ James D. Green**
_____
James D. Green, No. 6203059
Attorneys for Defendant
Thomas, Mamer & Haughey, LLP
30 E. Main, PO Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax:  (217) 351-2017
E-mail address:  jim@tmh-law.com