UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTEL MILLER and PATRICK THOMPSON,<br>    Plaintiffs,<br><br>Vs.<br><br>CITY OF CHAMPAIGN, CITY OF URBANA,<br>And CHAMPAIGN COUNTY,<br>    Defendants. | )<br>)<br>)<br>) Case No. 05-2142<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
FEB 2 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

MOTION FOR EXTENSION OF TIME PURSUENT TO LOCAL RULE 6.1

Now comes Plaintiff Martel Miller and Patrick Thompson ask this honorable court to grant plaintiff motion for an extension of time in responding to the 14 day order from court in the amount of 45 days to obtain counsel. Plaintiffs also request if unsuccessful in obtaining counsel that this honorable court reconsiders plaintiffs request for appointment of counsel under rule 28 U.S.C.1915(d). Plaintiffs put forth two arguments, one with out counsel. The threshold of establishing civil rights violations through legal proceedings is a difficult task and in some instances impossible. Second in Maclin v. Freake, 650 F.2d 885(7th Cir. 1981) the court recognizes that the first test, whether the case has merit or if counsel is warranted, the indigents chances of success are extremely slim. The second test would be the ability to investigate facts in regards to the cities and public officials. Plaintiffs will fail in the process of questioning these officials in their position. Third, the conflicting testimony between the states attorney office, the city of Champaign and police department to interview and cross examine on the facts of the case. The fourth test, the ability to present the case through discovery, depositions and filing legal procedures. Fifth, the complexity of the legal issues in regards to the first, fourth, sixth and fourteenth amendments and the fact that this plaintiffs have asserted that individuals within municipal government and state government have engaged in constitutional civil rights violations.

WHERFORE, the plaintiffs request this Court for an order granting the extension of time of plaintiff's complaint.

                                                          Plaintiffs

                                                          Martel Miller and Patrick Thompson

Martel Miller, 1401 Mittendorf Drive, Champaign IL 61821

Patrick Thompson, 1809 Winchester, Champaign IL 61821

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 23, 2006 service of the foregoing was made by submitting a true copy to the United States District Court for the Central District of Illinois and defendants.

Howard W.Small, Ansel & Small, Ltd. P.O. Box 468, Champaign IL 61824-0468

Jerome P.Lyke, Flynn, Palmer & Tague, P.O. Box 1517, Champaign IL 61824-1517

David E.Krchak, 30 E. Main PO Box 560, Champaign IL 61824-0560

Plaintiffs

Martel Miller and Patrick Thompson

*[signatures]*