**E-FILED**
Monday, 17 April, 2006  01:13:55 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, Inc. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 05-2142 |
| | ) | |
| CITY OF CHAMPAIGN, CITY MANAGER STEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R. T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT. DAVID GRIFFET, OFFICER JUSTUS CLINTON, OFFICER MICHAEL PYBURN, and unknown Officer, all in their individual and official capacity. | ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| CHAMPAIGN COUNTY, STATE'S ATTORNEY JOHN PILAND, ASSISTANT STATES ATTORNEY ELIZABETH DOBSON, All in their individual and official capacity. | ) ) ) ) ) ) ) | |
| | ) | |
| CITY OF URBANA, ASSISTANT CHIEF OF POLICE MIKE BILY, All in their individual and official capacity. | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD

NOW COMES Defendant, CITY OF CHAMPAIGN, by its attorneys, David E. Krchak and James D. Green of Thomas, Mamer & Haughey, LLP, and for its Motion for Extension of Time Within Which to Plead pursuant to Local Rule 6.1 states as follows:

1.      Plaintiffs, MARTEL MILLER, PATRICK THOMPSON and VEYA, INC. filed an Amended Civil Complaint on April 10, 2006, once again naming the CITY OF CHAMPAIGN as a Defendant.

2.    In addition, the Amended Complaint also names following CITY OF CHAMPAIGN officials as Defendants: CITY MANAGER STEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R. T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT. DAVID GRIFFET, OFFICER JUSTUS CLINTON and OFFICER MICHAEL PYBURN, and "unknown" Champaign Police Officers.

3.    On information and belief, none of the above referenced City of Champaign officials have been served with Summons at this time.

4.    In the event that the above referenced City of Champaign officials are served with Summons, there is a high likelihood that the undersigned counsel will be retained to represent those City of Champaign officials in addition to the CITY OF CHAMPAIGN.

5.    The undersigned attorneys are unaware of any conflict of interest in the event that they are retained to represent the CITY OF CHAMPAIGN and all of the City of Champaign officials named in the Amended Civil Complaint.

6.    Assuming that Plaintiffs request the City of Champaign City Officials to waive service of Summons, then these individual Defendants will have at least 60 days from April 10, 2006 to file a responsive pleading pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.

7.    For all practical purposes, it would be most efficient for the CITY OF CHAMPAIGN to be allowed an extension of time up to June 9, 2006, within which to file a responsive pleading in connection with Plaintiffs' Amended Civil Complaint.

8.    At this time, however, this Court's order of February 13, 2006 requires the CITY OF CHAMPAIGN to file its answer to the Amended Civil Complaint within 21 days of April 10, 2006.

WHEREFORE, Defendant, CITY OF CHAMPAIGN, prays that this Court grants its Motion for Extension of Time Within Which to Plead up and allow Defendant up to **June 9, 2006** within which to file a responsive pleading to Plaintiffs' Amended Civil Complaint or for such other relief as this Court deems just and proper.

CITY OF CHAMPAIGN, Defendant

THOMAS, MAMER & HAUGHEY, LLP

**s/ James D. Green**

_____
David E. Krchak, No. 3127316
James D. Green, No. 6203059
Attorney for Defendant
Thomas, Mamer & Haughey, LLP
30 E. Main, PO Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax:  (217) 351-2017
E-mail address:  jim@tmh-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I mailed the foregoing to the following individuals:

Martell Miller
1401 Mittendorf Drive
Champaign, IL  61821

Patrick Thompson
1809 Winchester
Champaign, IL  61821

Howard W. Small
Ansel & Small, Ltd.
P.O. Box 468
Champaign, IL  61824-0468

Jerome P. Lyke
Flynn, Palmer & Tague
P.O. Box 1517
Champaign, IL  61824-1517

by U.S. Mail, postage fully prepaid.

**s/ James D. Green**

_____
David E. Krchak, No. 3127316
James D. Green, No. 6203059
Attorneys for Defendant
Thomas, Mamer & Haughey, LLP
30 E. Main, PO Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax:  (217) 351-2017
E-mail address:  jim@tmh-law.com