AO 440 (Rev. 10/93) Summons in a Civil Action

E-FILED
Wednesday, 26 April, 2006   03:09:18 PM
Clerk, U.S. District Court, ILCD

# United States District Court

Central _____ DISTRICT OF Illinois

Martel Miller, Patrick Thompson and VEYA, Inc

V.

City Manager Steve Carter

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-2142

TO: (Name and address of defendant)

City Manager Steve Carter
102 N. Neil St
Champaign IL 61820

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61821

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

**CLERK**

s/ M. Talbott

**(BY) DEPUTY CLERK**

4-26-06

**DATE**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Central_ District of _Illinois_

Martel Miller, Patrick Thompson and VEYA, Inc.

v.

City Attorney Fred Stavins

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant)

City Attorney Fred Stavins
102 N. Neil St
Champaign, IL 61820

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61821

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                          4-26-06

CLERK                                       DATE

s/ M. Talbott

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

Martel Miller, Patrick Thompson and VEYA Inc.

v.

Chief of Police, R.T. Finney

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant)

Chief of Police R.T. Finney
82 E. University Ave
Champaign IL 61820

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61821

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                  4-26-06
CLERK                                              DATE

s/ M. Talbott
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

Martel Miller, Patrick Thompson and VEYA, Inc.

V.

Deputy Chief John Murphy

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant)

Deputy Chief John Murphy
82 E University Ave
Champaign IL 61820

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61821

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters         4-26-06
CLERK                     DATE

s/ M. Talbott
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_Central_ District of _Illinois_

Martel Miller, Patrick Thompson and VEYA, Inc

v.

Deputy Chief Troy Daniels

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant)

Deputy Chief Troy Daniels
82 E. University Ave
Champaign IL 61820

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61821

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                             4-26-06

CLERK                                                         DATE

s/ M. Talbott

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_Central_ District of _Illinois_

Martel Miller, Patrick Thompson and VEYA, Inc.

v.

Lt. John Swenson

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant)

LT. John Swenson
82 E. University Ave
Champaign IL 61820

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61821

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_s/ John M. Waters_                          4-26-06
CLERK                                          DATE

_s/ M. Talbott_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

Martel Miller, Patrick Thompson and VEYA, Inc

v.

SGT. David Griffet

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant)

SGT. David Griffet
82 E. University Ave
Champaign IL 61820

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61821

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                    4-26-06
CLERK                                                  DATE

s/ M. Talbott
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

Martel Miller, Patrick Thompson and VEYA, Inc

V.

Officer Michael Pyburn

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant)

Officer Michael Pyburn
82 E. University
Champaign IL 61821

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61821

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                     4-26-06

CLERK                                                 DATE

s/ M. Talbott

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

Martel Miller, Patrick Thompson and VEYA, Inc

v.

Former States Attorney John Piland

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant) John Piland Mahomet, IL 61853

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61821

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                              4-26-06

CLERK                                          DATE

s/ M. Talbott
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

Martel Miller, Patrick Thompson
VEYA, INC
v.
Assistant Chief of Police
Mike Bily

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-2142

TO: (Name and address of Defendant) Assistant Chief Mike Bily
400 S Vine Urbana, IL 61801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign, IL 61821

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                                 4-26-06

CLERK                                                             DATE

s/ M. Talbott

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_Central_ District of _Illinois_

Martel Miller, Patrick Thompson and VEYA Inc.

V.

Officer Justus Clinton

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant) Justus Clinton, 82 E. University Ave, Champaign IL 61820

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61820

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters
**CLERK**

4-26-06
**DATE**

s/ M. Talbott
(By) DEPUTY CLERK

≜AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Central_ District of _Illinois_

Martel Miller, Patrick Thompson, VcYA, INC

v.

Elizabeth Dobson

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant)  Elizabeth Dobson
253 E Wood St Decatur, Il 62523

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61821

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| s/ John M. Waters | 4-26-06 |
|---|---|
| CLERK | DATE |
| s/ M. Talbott | |
| (By) DEPUTY CLERK | |