**E-FILED**
Monday, 01 May, 2006  01:11:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARTEL MILLER and PATRICK THOMPSON, VEYA, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 05-2142 |
| | ) | |
| CITY OF CHAMPAIGN, CITY MANAGER STEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R.T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT. DAVID GRIFFET, OFFICER JUSTUS CLINTON, OFFICER MICHAEL PYBURN, and UNKNOWN OFFICER, All in Their Individual and Official Capacity, CHAMPAIGN COUNTY, STATES ATTORNEY JOHN PILAND, ASST. STATES ATTORNEY ELIZABETH DOBSON, All in Their Individual and Official Capacity, CITY OF URBANA, ASSISTANT CHIEF OF POLICE MIKE BILY, All in Their Individual and Official Capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

_____Defendant, Champaign County, by its attorneys, Flynn, Palmer

& Tague, for its Motion to Dismiss, pursuant to Rule 12(b)(6) of

the Federal Rules of Civil Procedure, states as follows:

1.    Plaintiffs' Amended Civil Complaint, under 42 U.S.C.

Section 1983, fails to state a claim upon which relief can be

granted against Champaign County because:

    A.    It does not allege wrongdoing by Champaign County or state any basis for liability on the part of Champaign County; and

    B.    It does not allege that any wrongdoing occurred as a result of an official custom, policy or practice of Champaign County.

WHEREFORE, Defendant, Champaign County, prays that Plaintiffs' Amended Civil Complaint be dismissed with prejudice as to Champaign County.

CHAMPAIGN COUNTY, Defendant

BY:  FLYNN, PALMER & TAGUE

By:  /s/  Jerome P. Lyke
     Jerome P. Lyke
     Illinois Bar No. 6182867
     Flynn, Palmer & Tague
     402 W. Church Street
     P.O. Box 1517
     Champaign, IL 61824-1517
     Phone:    (217) 352-5181
     Fax:      (217) 352-7964
     jeromelyke@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he did on the 1st day of May, 2006, electronically file the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Martel Miller
1401 Mittendorf Dr.
Champaign, IL  61821

Patrick Thompson
1809 Winchester
Champaign, IL  61821

Howard W. Small
Ansel & Small, Ltd.
41 E. University, Suite 3A
P.O. Box 468
Champaign, IL  61824-0468
hwslaw@shout.net

David E. Krchak
James D. Green
Thomas, Mamer & Haughey
30 E. Main Street
P.O. Box 560
Champaign, IL  61824-0560
krchak@tmh-law.com
jim@tmh-law.com

By:    /s/  Jerome P. Lyke
Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Champaign County
402 W. Church Street
P.O. Box 1517
Champaign, IL  61824-1517
Telephone:  (217) 352-5181
Fax: (217) 352-7964
jeromelyke@yahoo.com