**E-FILED**
Monday, 01 May, 2006  01:16:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS


MARTEL MILLER and PATRICK      )
THOMPSON, VEYA, INC.,          )
                               )
              Plaintiffs,      )
                               )
     vs.                       )      No. 05-2142
                               )
CITY OF CHAMPAIGN, CITY        )
MANAGER STEVE CARTER, CITY     )
ATTORNEY FRED STAVINS, CHIEF   )
OF POLICE R.T. FINNEY, DEPUTY  )
CHIEF JOHN MURPHY, DEPUTY      )
CHIEF TROY DANIELS, LT. JOHN   )
SWENSON, SGT. DAVID GRIFFET,   )
OFFICER JUSTUS CLINTON,        )
OFFICER MICHAEL PYBURN, and    )
UNKNOWN OFFICER, All in Their  )
Individual and Official        )
Capacity, CHAMPAIGN COUNTY,    )
STATES ATTORNEY JOHN PILAND,   )
ASST. STATES ATTORNEY          )
ELIZABETH DOBSON, All in       )
Their Individual and Official  )
Capacity, CITY OF URBANA,      )
ASSISTANT CHIEF OF POLICE      )
MIKE BILY, All in Their        )
Individual and Official        )
Capacity,                      )
                               )
              Defendants.      )


**MEMORANDUM OF LAW IN
SUPPORT OF MOTION TO DISMISS**


        Defendant, Champaign County, by its attorneys, Flynn, Palmer

& Tague, for its Memorandum of Law in Support of Motion to

Dismiss, pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure, states as follows:

        In its Order of February 13, 2006, the Court granted

Plaintiffs leave to file an amended complaint.  In footnote 3 to

the said Order, the Court stated:

"In the amended complaint, the plaintiffs must include a short and plain statement of the factual basis supporting all claims they intend to pursue.  (Simply adding new defendants and claims is insufficient because the amended complaint supplants the earlier filed complaints.)

In their Amended Civil Complaint, under 42 U.S.C. Section 1983, Plaintiffs added as Defendants former Champaign County State's Attorney John Piland and former Champaign County Assistant State's Attorney Elizabeth Dobson and alleged wrongdoing on their part.

However, the Amended Civil Complaint does not allege wrongdoing by Champaign County or state any basis for liability on the part of Champaign County.

Further, the Amended Civil Complaint does not allege that any wrongdoing occurred as a result of an official custom, policy or practice of Champaign County.  A local governmental body can be held liable in a Section 1983 case only if the alleged constitutional violation occurred as a result of an official custom, policy or practice as respondeat superior does not apply. Holmes v. Sheahan, 930 F.2d 1196, 1199 (7th Cir.), certiorari denied, 502 U.S. 960, 112 S.Ct. 423, 116 L.Ed.2d 443 (1991).

In its February 13, 2006, Order, the Court, liberally construing Plaintiffs' original Complaint, found that the Complaint impliedly alleged municipal custom or policy because only municipalities, and not individuals, were named as defendants.  With the adding of John Piland and Elizabeth Dobson as Defendants in the Amended Civil Complaint, there is no basis for finding municipal custom or policy to be impliedly alleged.

For the foregoing reasons, the Amended Civil Complaint fails to state a claim upon which relief can be granted against Champaign County.

WHEREFORE, Defendant, Champaign County, prays that Plaintiffs' Amended Civil Complaint be dismissed with prejudice as to Champaign County.

CHAMPAIGN COUNTY, Defendant

BY:  FLYNN, PALMER & TAGUE


By:  /s/  Jerome P. Lyke
     Jerome P. Lyke
     Illinois Bar No. 6182867
     Flynn, Palmer & Tague
     402 W. Church Street
     P.O. Box 1517
     Champaign, IL  61824-1517
     Phone:    217-352-5181
     Fax:      217-352-7964
     jeromelyke@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he did on the 1st day
of May, 2006, electronically file the foregoing Memorandum of Law
in Support of Motion to Dismiss with the Clerk of the Court using
the CM/ECF system which will send notification of such filing to
the following:

Martel Miller                         Patrick Thompson
1401 Mittendorf Dr.                   1809 Winchester
Champaign, IL  61821                  Champaign, IL  61821

Howard W. Small
Ansel & Small, Ltd.
41 E. University, Suite 3A
P.O. Box 468
Champaign, IL  61824-0468
hwslaw@shout.net

David E. Krchak
James D. Green
Thomas, Mamer & Haughey
30 E. Main Street
P.O. Box 560
Champaign, IL  61824-0560
krchak@tmh-law.com
jim@tmh-law.com


                                  By:    /s/  Jerome P. Lyke
                                  Jerome P. Lyke
                                  Illinois Bar No. 6182867
                                  Flynn, Palmer & Tague
                                  Attorney for Champaign County
                                  402 W. Church Street
                                  P.O. Box 1517
                                  Champaign, IL  61824-1517
                                  Telephone:  (217) 352-5181
                                  Fax: (217) 352-7964
                                  jeromelyke@yahoo.com