E-FILED
Monday, 01 May, 2006 01:55:54 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

May 1, 2006

Martel Miller  
1401 Mittendorf Dr  
Champaign, IL 61821

Patrick Thompson  
1809 Winchester  
Champaign, IL 61821

RE: Miller, et al. v. Veya, Inc, et al  
CASE NO. 05-2142

Dear Sirs:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed on May 1, 2006. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

JOHN M. WATERS, CLERK  
U.S. DISTRICT COURT

cc: all counsel  
notice revised 8/7/03