UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MARTEL MILLER, PATRICK )
THOMPSON, and VEYA Inc. )
         Plaintiffs )  Case No. 05-2142
Vs. )
 )
CITY OF CHAMPAIGN, CITY MANAGER )
STEVE CARTER, CITY ATTORNEY )
FRED STAVINS, CHIEF OF POLICE )
R.T. FINNEY, DEPUTY CHIEF JOHN )
MURPHY, DEPUTY CHIEF TROY )
DANIELS, LT. JOHN SWENSON, )
SGT.DAVID GRIFFET OFFICER JUSTUS )
CLINTON, OFFICER MICHAEL PYBURN, )
and unknown Officer, all in their individual )
and official capacity.CHAMPAIGN COUNTY, )
STATES ATTORNEY JOHN PILAND )
ASSISTANT STATES ATTORNEY )
ELIZABEH DOBSON, )
All in their individual and official capacity. )
CITY OF URBANA, ASSISTANT CHIEF )
OF POLICE MIKE BILY, All in their )
individual and official capacity. )

         Defendants.

FILED
MAY 12 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### IN RESPONSE TO MOTION TO DISMISS

Now comes Plaintiffs Martel Miller, Patrick Thompson and VEYA Inc in response to motion to dismiss Plaintiff are asserting that Champaign County as a local government body can be held liable pursuant to Ovadal v. City of Madison, 416 F.3d 531, 535 (7th Cir. 2005). "(1) Plaintiffs suffered a deprivation of a federal right; (2) as a result of either an express municipal policy, widespread custom, or deliberate act of a decision-maker with final policy-making authority for the municipality; which (3) was the proximate cause of the injury.

Statement of Fact

1.) There was a custom, policy and/or practice for the Champaign County States Attorney office and its employees to engage in police ride along's. During these ride alongs as Champaign County employees they would be participating during the ride-alongs instead of being observers.

2.) It appears that Champaign County does not have a written policy on the States Attorney functions during civilian ride-alongs with the Police Department. At which once the custom and practice became aware to the public, defendants no longer engaged in police ride-alongs.

3.) Champaign County has the municipal authority to create and implement policy to govern its employees in their official duties. Plaintiff's assert that due to the Champaign County custom, policy or practice the Champaign County States Attorney's office and its employees were allowed to participate in their official and individual capacity during civilian police ride-alongs and at the same time prosecute plaintiffs and violate their first, fourth and fourteenth amendments to the United States Constitution.

WHERFORE, ask this honorable court to grant in favor of the Plaintiffs and against Defendants.

Plaintiffs

Martel Miller and Patrick Thompson

*/s/ Martel Miller, Patrick Thompson*

Martel Miller, 1401 Mittendorf Drive, Champaign IL 61821

Patrick Thompson, 1809 Winchester, Champaign IL 61821

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 12, 2006 service of the foregoing was made by submitting a true copy to the United States District Court for the Central District of Illinois and defendants.

Howard W.Small, Ansel & Small, Ltd. P.O. Box 468, Champaign IL 61824-0468

Jerome P.Lyke, Flynn, Palmer & Tague, P.O. Box 1517, Champaign IL 61824-1517

David E.Krchak, 30 E. Main PO Box 560, Champaign IL 61824-0560

Plaintiffs

Martel Miller and Patrick Thompson

*/s/ Martel Miller, Patrick Thompson*