# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

U.S. Department of Justice
United States Marshals Service

| Field | Value |
|---|---|
| PLAINTIFF | Martel Miller, Patrick Thompson, VEYA, INC |
| COURT CASE NUMBER | 05-2142 |
| DEFENDANT | David Griffet |
| TYPE OF PROCESS | Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

David Griffet

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

82 E University Ave Champaign, IL 61820

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Patrick Thompson
1809 Winchester
Champaign, IL 61821

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
MAY 1 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Martel Miller Patrick Thompson*
TELEPHONE NUMBER: 217-352-9271
DATE: 4-25-06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 24
District to Serve No. 4
Signature of Authorized USMS Deputy or Clerk: Gregory
Date: 5/1/6

☒ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Troy Daniels - Deputy Chief

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 5/3/06
Time: 1410 pm
Signature of U.S. Marshal or Deputy: Dawn J. Nowick

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45- | 2.03 | — | $47.03 | | | |

**REMARKS:** Served - 1 Usm 1 hr ($45.00); 5 miles R.T. ($2.03) -

**PRIOR EDITIONS MAY BE USED** — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

Martel Miller, Patrick Thompson and VEYA, Inc

v.

SGT. David Griffet

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant)

SGT. David Griffet
82 E. University Ave
Champaign IL 61820

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61821

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_[signature]_                              4-26-06

**CLERK**                                   **DATE**

_M. Talbott_

(By) DEPUTY CLERK

# PROCESS RECEIPT AND RETURN
**U.S. Department of Justice**
**United States Marshals Service**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Martel Miller, Patrick Thompson VEYB, Inc | 05-2142 |
| **DEFENDANT** Fred Stavins | **TYPE OF PROCESS** |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Fred Stavins

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 102 N. Neil St Champaign IL 61820

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Patrick Thompson
1809 Winchester Dr
Champaign, IL 61821

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
MAY 16 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Signature of Attorney or other Originator requesting service on behalf of:
Martel Miller Patrick Thompson
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 217-352-9271
DATE: 4-25-06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 26
District to Serve No. 26
Signature of Authorized USMS Deputy or Clerk: Gregory
Date: 5/1/6

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
MICHELE LUECKE - SECRETARY

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/3/06
Time: 1420 pm
Signature of U.S. Marshal or Deputy: Dura I Nowick

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45- | 1.22 | — | $46.22 | | | |

**REMARKS:**
SERVED 1 Dsn /hr ($45-); 3 miles R.T. ($1.22) tn

**PRIOR EDITIONS MAY BE USED**   1. **CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Central_ District of _Illinois_

Martel Miller, Patrick Thompson and VEYA, Inc.

V.

City Attorney Fred Stavins

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant)

City Attorney Fred Stavins
102 N. Neil St
Champaign, IL 61820

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61821

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _[signature]_     DATE 4-26-06

(By) DEPUTY CLERK _M. Talbott_

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**U.S. Department of Justice**
**United States Marshals Service**

| | |
|---|---|
| PLAINTIFF: Martell Miller + Patrick Thompson, VEYA, INC | COURT CASE NUMBER: 05-2142 |
| DEFENDANT: Deputy Chief John Murphy | TYPE OF PROCESS: Summons |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ John Murphy
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
82 E University Ave 61820

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Patrick Thompson
1804 Winchester DR
Champaign, IL 61821

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED MAY 16 2006**
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Signature of Attorney or other Originator requesting service on behalf of:
Martell Miller / Patrick Thompson
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 217-352-9271
DATE: 4-25-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 26
District to Serve No. 4
Signature of Authorized USMS Deputy or Clerk
Date: 5/1/6

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Troy Daniels - Deputy Chief
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 5/3/06
Time: 1410 pm
Signature of U.S. Marshal or Deputy: USM J. Nowick

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45- | 2.03 | — | $47.03 | | | |

REMARKS: SERVED - 1 USM / HR ($45.00); 5 miles R.T. ($2.03)

**PRIOR EDITIONS MAY BE USED** — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Central___ District of ___Illinois___

Martel Miller, Patrick Thompson and VEYA, Inc.

v.

Deputy Chief John Murphy

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-2142

TO: (Name and address of Defendant)  Deputy Chief John Murphy
82 E University Ave
Champaign IL 61820

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61821

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_M. Talbott_          4-26-06

CLERK          DATE

_M. Talbott_

(By) DEPUTY CLERK

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Martell Miller, Patrick Thompson, VEYA Inc | COURT CASE NUMBER: 05-2142 |
| DEFENDANT: John Swenson | TYPE OF PROCESS: |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: John Swenson

**AT** ADDRESS: 82 E University Ave 61820

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Patrick Thompson
1809 Winchester DR
Champaign, IL 61821

- Number of process to be served with this Form - 285:
- Number of parties to be served in this case:
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED MAY 16 2006**
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Signed: Martell Miller, Patrick Thompson
TELEPHONE NUMBER: 217-352-9271
Date: 4-25-06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 26 | District to Serve No. U | Signature of Authorized USMS Deputy or Clerk: Gregory | Date: 5/1/6 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Troy Daniels - Deputy Chief

Date of Service: 5/3/06  Time: 1410 pm

Signature of U.S. Marshal or Deputy: Dusm J Novich

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45- | 2.03 | — | $47.03 | | |

**REMARKS:** Served - 1 DUSM 1 hr ($45.00); 5 miles R.T. ($2.03) —TD

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Central_ District of _Illinois_

Martel Miller, Patrick Thompson
and VEYA, Inc.
v.

Lt. John Swenson

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant)

LT. John Swenson
82 E. University Ave
Champaign IL 61820

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61821

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_[signature]_                                              4-26-06

CLERK                                                       DATE

_M. Talbott_

(By) DEPUTY CLERK

# PROCESS RECEIPT AND RETURN
U.S. Department of Justice
United States Marshals Service

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mortell Miller, Patrick Thompson, VEYO, Inc | 05-2142 |
| **DEFENDANT** Justus Clinton | **TYPE OF PROCESS** Summons |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Justus Clinton

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
82 E University Ave Champaign, IL 61821

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Patrick Thompson
1809 Winchester
Champaign, IL 61821

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
MAY 16 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Signature of Attorney or other Originator requesting service on behalf of:
Mortell Miller / Patrick Thompson
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 217-352-9271
DATE: 4-25-06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 26 | District to Serve No. 4 | Signature of Authorized USMS Deputy or Clerk | Date 5/1/6 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Troy Daniels - Deputy Chief

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/3/06   Time: 1410 pm

Signature of U.S. Marshal or Deputy: USM S. Nowak

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45- | 2.03 | - | $47.03 | | |

**REMARKS:**
SERVED - 1 DUSM 1Hr ($45.00); 5 miles R.T. ($2.03) JN

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

Martel Miller, Patrick Thompson and VEYA Inc.

v.

Officer Justus Clinton

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant)  Justus Clinton
82 E. University Ave
Champaign IL 61820

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61820

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____M. Watson_____                        _____4-26-06_____
CLERK                                           DATE

_____M. Talbott_____
(By) DEPUTY CLERK

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Martel Miller, Patrick Thompson, Veya, Inc | 05-2142 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Mike Bily | Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mike Bily

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
400 S Vine Urbana, IL 61801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Patrick Thompson
1809 Winchester
Champaign, IL 61821

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
MAY 16 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Signature of Attorney or other Originator requesting service on behalf of:
Martel Miller, Patrick Thompson
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (217) 352-9271
DATE: 6/25/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 26 | District to Serve No. 4 | Signature of Authorized USMS Deputy or Clerk | Date 5/1/6 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5/3/6
Time: am/pm

Signature of U.S. Marshal or Deputy
J Norwick

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45- | — | — | 45- | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Central_ District of _Illinois_

Martel Miller, Patrick Thompson
VEYA, INC

v.

Assistant Chief of
Police
   Mike Bily

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant)   Assistant Chief Mike Bily
400 S Vine Urbana, IL 61801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign, IL 61821

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_[signature]_   4-26-06

CLERK                                           DATE

_M. Talbott_
(By) DEPUTY CLERK

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Martell Miller + Patrick Thompson, VEYA, INC | 05-2142 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| R.T. Finney | Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

R.T. Finney

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

82 E University Ave 61820

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Patrick Thompson
1809 Winchester DR
Champaign, IL 61821

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
MAY 16 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Signature of Attorney or other Originator requesting service on behalf of:
Martell Miller Patrick Thompson
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (217) 352-4271
DATE: 6/25/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk: Gregory | Date 5/1/6 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Troy Daniels - Deputy Chief

Address (complete only if different than shown above):

Date of Service: 5/3/06
Time: 1410 pm
Signature of U.S. Marshal or Deputy: DUSM J. Novick

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45- | 2.03 | — | $47.03 | | | |

REMARKS:
Served - 1 DUSM / Hr ($45.00); 5 miles R.T. ($2.03)

**PRIOR EDITIONS MAY BE USED**     1. **CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

Martel Miller, Patrick Thompson and VEYA Inc.

v.

Chief of Police, R.T. Finney

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant)

Chief of Police R.T. Finney
82 E. University Ave
Champaign IL 61820

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61821

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____    4-26-06
CLERK                              DATE

M. Talbott
(By) DEPUTY CLERK

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

U.S. Department of Justice
United States Marshals Service

| | |
|---|---|
| PLAINTIFF: Martell Miller, Patrick Thompson, VEYA INC | COURT CASE NUMBER: 05-2142 |
| DEFENDANT: Troy Daniels | TYPE OF PROCESS: Summons |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Troy Daniels

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
82 E University Ave Champaign, IL 61820

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Patrick Thompson
1804 Winchester
Champaign, IL 61821

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
MAY 16 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Signature of Attorney or other Originator requesting service on behalf of:
Martell Miller / Patrick Thompson
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (217) 352-9271
DATE: 6/25/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 26
District to Serve No. 4
Signature of Authorized USMS Deputy or Clerk: Gregory
Date: 5/1/6

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 5/3/06
Time: 1410 pm
Signature of U.S. Marshal or Deputy: DUSM J Nowak

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45- | 2.03 | - | 47.03 | | | |

REMARKS:
Served - 1 DUSM / hr ($45.00), 5 miles R.T. ($2.03) = ⓪

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

Martel Miller, Patrick Thompson and VEYA, Inc

v.

Deputy Chief Troy Daniels

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant)

Deputy Chief Troy Daniels
82 E. University Ave
Champaign IL 61820

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61821

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

4-26-06

DATE

M. Talbott

(By) DEPUTY CLERK

# PROCESS RECEIPT AND RETURN
**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Martell Miller + Patrick Thompson, VEYA, Inc | 05-2142 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| City Manager Steve Carter | Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Steve Carter

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

102 N. Neil Champaign, IL 61820

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Patrick Thompson
1804 Winchester DR
Champaign, IL 61821

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
**MAY 16 2006**
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF  ☐ DEFENDANT

Martell Miller Patrick Thompson

TELEPHONE NUMBER: 217-352-9271
DATE: 4-25-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 26 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 5/1/6 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
PEGGY WADE - SECRETARY

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 5/3/06
Time: 1420 pm

Signature of U.S. Marshal or Deputy
DUSM S. Nnwick

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 - | 1.22 | — | $46.22 | | | |

**REMARKS:** SERVED - 1 DUSM / hr ($45.00); 3 miles R-T ($1.22) JN

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

# United States District Court

Central _____ DISTRICT OF Illinois

Martel Miller, Patrick Thompson and VEYA, Inc

**SUMMONS IN A CIVIL CASE**

V.

City Manager Steve Carter

CASE NUMBER: 05-2142

TO: (Name and address of defendant)

City Manager Steve Carter
102 N. Neil St
Champaign IL 61820

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61821

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_[signature]_      4-26-06

**CLERK**      **DATE**

_M. Talbott_

**(BY) DEPUTY CLERK**