**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Martell Miller, Patrick Thompson, VEYA INC | 05-2142 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Elizabeth Dobson | Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Elizabeth Dobson

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 253 E Wood St Decatur Il 62523

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Patrick Thompson
1809 Winchester
Champaign, IL 61821

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
MAY 16 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Martell Miller, Patrick Thompson
TELEPHONE NUMBER: (217) 352-9271
DATE: 6/25/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin No. 26
District to Serve No. 4
Signature of Authorized USMS Deputy or Clerk
Date: 5/1/6

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 5/4/06
Time: 9:30 am
Signature of U.S. Marshal or Deputy: Susan J Carroll

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $90.00 | $48.06 | — | $138.06 | — | $138.06 | — |

REMARKS:
1 DUSM - 108 mi RT

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

Martel Miller, Patrick Thompson, Veya, Inc

v.

Elizabeth Dobson

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant) Elizabeth Dobson
253 E Wood St Decatur, Il 62523

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Thompson
1809 Winchester
Champaign IL 61821

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. M. Waters                             4-26-06
CLERK                                    DATE

M. Talbott
(By) DEPUTY CLERK

&AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 5/4/06 |
| NAME OF SERVER (PRINT) Tracy Carroll | TITLE DUSM |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
253 E. Wood St. Decatur, IL 62523

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL $48.06 | SERVICES $90.00 | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/4/06
            Date

Signature of Server: DUSM T Carroll

Address of Server: 201 S. Vine St. Urbana, IL 61802

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.