```
                   UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF ILLINOIS


MARTEL MILLER and PATRICK      )
THOMPSON, VEYA, INC.,          )
                               )
          Plaintiffs,          )
                               )
     vs.                       )     No. 05-2142
                               )
CITY OF CHAMPAIGN, CITY        )
MANAGER STEVE CARTER, CITY     )
ATTORNEY FRED STAVINS, CHIEF   )
OF POLICE R.T. FINNEY, DEPUTY  )
CHIEF JOHN MURPHY, DEPUTY      )
CHIEF TROY DANIELS, LT. JOHN   )
SWENSON, SGT. DAVID GRIFFET,   )
OFFICER JUSTUS CLINTON,        )
OFFICER MICHAEL PYBURN, and    )
UNKNOWN OFFICER, All in Their  )
Individual and Official        )
Capacity, CHAMPAIGN COUNTY,    )
STATES ATTORNEY JOHN PILAND,   )
ASST. STATES ATTORNEY          )
ELIZABETH DOBSON, All in       )
Their Individual and Official  )
Capacity, CITY OF URBANA,      )
ASSISTANT CHIEF OF POLICE      )
MIKE BILY, All in Their        )
Individual and Official        )
Capacity,                      )
                               )
          Defendants.          )
```

**MOTION TO STRIKE PURPORTED
RESPONSE TO MOTION TO DISMISS**

Defendant, Champaign County, by its attorneys, Flynn, Palmer & Tague, for its Motion to Strike Purported Response to Motion to Dismiss, states as follows:

1. On May 1, 2006, Plaintiffs were given 14 days to respond to Champaign County's Motion to Dismiss and were advised that the Motion to Dismiss would be deemed to be uncontested if no opposing brief is filed.

    2.   Plaintiffs have filed a documents titled "In Response to Motion to Dismiss" which is not really a response or a brief but instead is yet another amended complaint alleging for the first time a municipal policy or custom.

    3.   Plaintiffs had an opportunity to file an Amended Complaint alleging a municipal policy or custom after the requirement of an allegation of a municipal policy or custom already had been pointed out and failed to do so.

    4.   Plaintiffs should not be allowed to meet the requirement of an allegation of a municipal policy or custom by way of a response to the Motion to Dismiss the Amended Complaint.

    WHEREFORE, Defendant, Champaign County, moves that the document titled "In Response to Motion to Dismiss" be stricken and the Motion to Dismiss be deemed uncontested.

    CHAMPAIGN COUNTY, Defendant

    BY:  FLYNN, PALMER & TAGUE

By:   /s/  Jerome P. Lyke
Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Champaign County
402 W. Church Street
P.O. Box 1517
Champaign, IL  61824-1517
Telephone:  (217) 352-5181
Fax: (217) 352-7964
jeromelyke@yahoo.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he did on the 18th day of May, 2006, electronically file the foregoing Motion to Strike Purported Response to Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Martel Miller
114 E. Park
Champaign, IL   61820

Patrick Thompson
723 S. Mattis
Champaign, IL   61821

Howard W. Small
Ansel & Small, Ltd.
41 E. University, Suite 3A
P.O. Box 468
Champaign, IL   61824-0468
hwslaw@shout.net

David E. Krchak
James D. Green
Thomas, Mamer & Haughey
30 E. Main Street
P.O. Box 560
Champaign, IL   61824-0560
krchak@tmh-law.com
jim@tmh-law.com

By:   /s/   Jerome P. Lyke
Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Champaign County
402 W. Church Street
P.O. Box 1517
Champaign, IL   61824-1517
Telephone:  (217) 352-5181
Fax: (217) 352-7964
jeromelyke@yahoo.com