```
                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF ILLINOIS


MARTEL MILLER and PATRICK    )
THOMPSON, VEYA, INC.,        )
                             )
          Plaintiffs,        )
                             )
     vs.                     )    No. 05-2142
                             )
CITY OF CHAMPAIGN, CITY      )
MANAGER STEVE CARTER, CITY   )
ATTORNEY FRED STAVINS, CHIEF )
OF POLICE R.T. FINNEY, DEPUTY)
CHIEF JOHN MURPHY, DEPUTY    )
CHIEF TROY DANIELS, LT. JOHN )
SWENSON, SGT. DAVID GRIFFET, )
OFFICER JUSTUS CLINTON,      )
OFFICER MICHAEL PYBURN, and  )
UNKNOWN OFFICER, All in Their)
Individual and Official      )
Capacity, CHAMPAIGN COUNTY,  )
STATES ATTORNEY JOHN PILAND, )
ASST. STATES ATTORNEY        )
ELIZABETH DOBSON, All in     )
Their Individual and Official)
Capacity, CITY OF URBANA,    )
ASSISTANT CHIEF OF POLICE    )
MIKE BILY, All in Their      )
Individual and Official      )
Capacity,                    )
                             )
          Defendants.        )
```

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he did on the 18th day of May, 2006, electronically file the foregoing Motion to Strike Purported Response to Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Howard W. Small
Ansel & Small, Ltd.
41 E. University, Suite 3A
P.O. Box 468
Champaign, IL  61824-0468
hwslaw@shout.net

David E. Krchak
James D. Green
Thomas, Mamer & Haughey
30 E. Main Street
P.O. Box 560
Champaign, IL  61824-0560
krchak@tmh-law.com
jim@tmh-law.com

and I hereby certify that I have mailed by U.S. Postal Service the document to the following non-CM/ECF participants:

Martel Miller                    Patrick Thompson
1401 Mittendorf Dr.              1809 Winchester
Champaign, IL  61821             Champaign, IL  61821


By:   /s/  Jerome P. Lyke
Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Champaign County
402 W. Church Street
P.O. Box 1517
Champaign, IL  61824-1517
Telephone:  (217) 352-5181
Fax: (217) 352-7964
jeromelyke@yahoo.com