UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTEL MILLER and PATRICK THOMPSON, ) <br> VEYA, Inc. ) <br>       Plaintiffs, ) <br> vs. ) <br> ) <br> CITY OF CHAMPAIGN, CITY MANAGER ) <br> STEVE CARTER, CITY ATTORNEY FRED ) <br> STAVINS, CHIEF OF POLICE R.T. FINNEY, ) <br> DEPUTY CHIEF JOHN MURPHY, DEPUTY ) <br> CHIEF TROY DANIELS, LT. JOHN SWENSON, ) <br> SGT. DAVID GRIFFET, OFFICER JUSTUS ) <br> CLINTON, OFFICER MICHAEL PYBURN, ) <br> and unknown Officer, all in their individual and ) <br> official capacity. ) <br> ) <br> CHAMPAIGN COUNTY STATES ATTORNEY ) <br> JOHN PILAND, ASSISTANT STATES ) <br> ATTORNEY ELIZABETH DOBSON, ) <br> All in their individual and official capacity. ) <br> ) <br> CITY OF URBANA, ASSISTANT CHIEF OF ) <br> POLICE MIKE BILY, ) <br> All in their individual and official capacity. ) <br> ) <br>       Defendants. ) | No.   05-2142 |

**MOTION TO DISMISS AMENDED CIVIL COMPLAINT
FILED APRIL 10, 2006**

     Defendants, CITY OF URBANA and MIKE BILY, by their attorney, Howard W. Small of the Law Office of Ansel & Small, Ltd., pursuant to Rule 12(B)(6) hereby move to dismiss the amended civil complaint filed on April 10, 2006 stating in support as follows:

     1.     Although it is ambiguous, the Amended Civil Complaint purports to name both the City of Urbana and Urbana Assistant Chief of Police, Mike Bily. Listed parties on Page 2 seem to include both the City and Bily, and on Page 3 they are listed as parties as well, and then on Pages 17-18 they are named as part of a portion of the Complaint entitled "Statement of Facts", although this portion of the Complaint is not contained within any numbered count thereof. It is, accordingly, ambiguous as to whether any specific relief is being sought as to

Urbana and Bily. For this reason alone, the Amended Civil Complaint fails to adequately set forth a cause of action and fails to set forth sufficient facts upon which a claim may be based as to these purported parties.

2.  In any event, however, the Court Order dated February 13, 2006, Pages 2-3, dismissed all claims against the City of Urbana. There was no leave of court granted at that time for plaintiffs to amend the complaint. Accordingly, any attempt at this time to rejoin the City of Urbana lacks authorization of the Court and the claims against the City of Urbana, if indeed any are existing, should be dismissed.

3.  As to purported defendant, Mike Bily, the claims, if any exist, as to him should be dismissed on the same basis as the claims have been dismissed as against Urbana. As the Court noted in its Order dated 2/13/06, to succeed on this sort of Fourth Amendment claim, the parties must assert a possessory interest and an expectation of privacy in the item. The Court found it to be undisputed from the pleadings and attachments submitted that the plaintiffs had given the videotape to the Urbana Public Television station intending that it be broadcast to the public. Accordingly, it was admitted by the plaintiffs that they had neither possession of, nor an expectation of privacy in, the video. Accordingly, any claim on this basis as against Bily must also fail. As to any purported First Amendment claim, it is also clear from pleadings and attachments submitted that the alleged video contained audio as well. This, on its face, violates the Illinois Eavesdropping Act which was mentioned by the Court on Page 2 of its Order dated 2/13/06. Clearly, there cannot be any right to have broadcasted material which violates state law.

In support of this motion these parties also adopt and re-allege Urbana's Motion to Dismiss Original Complaint, Motion to Dismiss Original Complaint and Amendment to Complaint Pursuant to Rule 12(B)(6), and any memoranda in support thereof.

WHEREFORE, these defendants pray that the Court will dismiss the Amended Civil Complaint filed April 10, 2006.

CITY OF URBANA, and ASSISTANT CHIEF

-2-

OF POLICE MIKE BILY, Defendants

By:    Law Office of Ansel & Small, Ltd.

**s/ Howard W. Small**
Howard W. Small, Illinois Bar No. 2636271
Attorney for Defendant
LAW OFFICE OF ANSEL & SMALL, LTD.
41 E. University Ave., Suite 3A, P.O. Box 468
Champaign, IL 61824-0468
Telephone: (217) 359-0200
Facsimile: (217) 359-0888
E-mail: hwslaw@shout.net

CERTIFICATE OF SERVICE

I hereby certify that on **Monday, May 22, 2006**, I electronically filed the foregoing *Motion to Dismiss Amended Civil Complaint Filed April 10, 2006* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Martel Miller, 1401 Mittendorf Drive, Champaign, IL 61821 (VIA US MAIL)

Patrick Thompson, 1809 Winchester, Champaign, IL 61821 (VIA US MAIL)

Jerome Lyke, Esq., Flynn, Palmer & Tague, P.O. Box 1517, Champaign, IL 61824-1517
    jeromelyke@yahoo.com    (Champaign County)

David E. Krchak, Esq., Thomas, Mamer & Haughey, 30 East Main Street, P.O. Box 560,
    Champaign, IL 61824-0560   krchak@tmh-law.com    (City of Champaign)

James D. Green, Thomas, Mamer & Haughey, 30 East Main Street, P.O. Box 560,
    Champaign, IL 61824-0560   jim@tmh-law.com    (City of Champaign)

**s/ Howard W. Small**
Howard W. Small, Illinois Bar No. 2636271
Attorney for Defendant
LAW OFFICE OF ANSEL & SMALL, LTD.
41 E. University Ave., Suite 3A, P.O. Box 468
Champaign, IL 61824-0468

Telephone: (217) 359-0200
Facsimile: (217) 359-0888
E-mail: hwslaw@shout.net


Pursuant to Local Rule 11.2, lead counsel in the case will be:
Howard W. Small of the Law Office of Ansel & Small, Ltd.
41 E. University Ave., P.O. Box 468, Champaign, IL 61824-0468
Telephone: (217) 359-0200   Facsimile: (217) 359-0888   E-mail: hwslaw@shout.net