E-FILED
Monday, 22 May, 2006  03:42:43 PM
 Clerk, U.S. District Court, ILCD

# United States District Court
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

May 22, 2006

Martel Miller  
1401 Mittendorf Dr  
Champaign, IL 61821

Patrick Thompson  
1809 Winchester  
Champaign, IL 61821

RE: Miller et al v. City of Champaign et al  
CASE NO. 05-2142

Gentlemen:

  NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

                     JOHN M. WATERS, CLERK  
                     U.S. DISTRICT COURT

cc:  all counsel  
notice revised 8/7/03