E-FILED
Tuesday, 23 May, 2006 04:10:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC.,<br><br>    Plaintiffs,<br><br>-v-<br><br>CITY OF CHAMPAIGN, CITY MANAGER STEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R. T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT. DAVID GRIFFET, OFFICER JUSTUS CLINTON, OFFICER MICHAEL PYBURN, and unknown Officer, all in their individual and official capacity.<br><br>CHAMPAIGN COUNTY, STATE'S ATTORNEY JOHN PILAND, ASSISTANT STATES ATTORNEY ELIZABETH DOBSON, All in their individual and official capacity.<br><br>CITY OF URBANA, ASSISTANT CHIEF OF POLICE MIKE BILY, All in their individual and official capacity.<br><br>    Defendants. | Case No. 05-2142 |

### DEFENDANT, SGT. DAVID GRIFFET'S MOTION FOR SUMMARY JUDGMENT UNDER COUNT III OF PLAINTIFFS' AMENDED CIVIL COMPLAINT

NOW COMES Defendant, SGT. DAVID GRIFFET, by its attorney, James D. Green of Thomas, Mamer & Haughey, LLP, and for his Motion for Summary Judgment Under Count III of Plaintiffs' Amended Civil Complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure, states as follows:

## INTRODUCTION

1. Plaintiffs' Amended Civil Complaint consists of five counts, but the instant Motion merely concerns the allegations made by Plaintiff, PATRICK THOMPSON, against Defendant, DAVID GRIFFET, under Count III.

2. Under Count III, Plaintiff, PATRICK THOMPSON, alleges that his constitutional rights were violated in July or August of 2004 because he was unlawfully and maliciously prosecuted for his violation of the Illinois Eavesdropping Act (720 ILCS 5/14-2(a)(1)(A)) after "filming a traffic stop in the area of Mac's Gas Station and filming Defendant, SGT. DAVID GRIFFET, and citizen Mr. Allen who were engaging in a conversation." (¶ 29 Amended Civil Complaint)  In fact, Plaintiff, PATRICK THOMPSON, was not filming a traffic stop and, thus, he violated the Eavesdropping Act for which he was properly prosecuted.

## UNDISPUTED MATERIAL FACTS

3. Attached hereto and marked as Exhibit "1" is the Affidavit of Defendant, DAVID GRIFFET, wherein he states:

> a. He was videotaped by Thompson at Mac's, 601 North Neil Street, Champaign, Illinois on June 29, 2004 at which time he was having a conversation with Allen Wilson, a person who he had prior police contacts with;  (¶s 3, 5 & 9, Exhibit 1)
>
> b. David Griffet's conversation with Allen Wilson was not the result of a traffic stop; (¶8, Exhibit 1)
>
> c. David Griffet was at Mac's that night because Champaign Police Department officers had been called to that business due to large groups of people gathering in the parking lot after bar closing hours; (¶4, Exhibit 1)
>
> d. David Griffet approached Allen Wilson in connection with Wilson having been a witness to a domestic situation involving a third party with whom David Griffet needed to serve with a Subpoena and Allen Wilson was able to provide him with the phone number where Griffet could contact that third party; (¶6 & 7, Exhibit 1)
>
> e. During the course of David Griffet's conversation with Allen Wilson, their conversation was videotaped by Plaintiff, Patrick Thompson and this was the only time Plaintiff, Patrick Thompson, videotaped David Griffet and Allen Wilson; (¶ 9, Exhibit 1)
>
> f. David Griffet did not consent to being filmed by Plaintiff, Patrick Thompson at any time; (¶10, Exhibit 1)

# ARGUMENT

Plaintiff, PATRICK THOMPSON, was properly charged with violating the Illinois Eavesdropping Act which provides, in relevant part, as follows:

(a) A person commits eavesdropping when he:

(1) Knowingly and intentionally uses an eavesdropping device for the purpose of hearing or recording all or any part of any conversation or intercepts, retains, or transcribes electronic communication unless he does so

(A) With the consent of all the parties to such conversation or electronic communication.

720 ILCS 5/14-2(a)(1)(A).

This Court, in its Order entered February 13, 2006, at page 4, noted that not all eavesdropping is unlawful. The Eavesdropping Act lists exemptions to the general prohibition against eavesdropping, one of which exists for "[r]ecordings made simultaneously with a video recording of an oral conversation between a peace officer, who has identified his or her office, and a person stopped for an investigation of an offense under the Illinois Vehicle Code." 720 ILCS 5/14-3(h). In this case, that exception does not apply. DAVID GRIFFET and Allen Wilson were not involved in a conversation dealing with a traffic stop. Therefore, it is undisputed that Plaintiff PATRICK THOMPSON was not unlawfully or maliciously charged and prosecuted with a violation of the Eavesdropping Act and there was no violation of his constitutional rights in connection with this prosecution.

WHEREFORE, Defendant, SGT. DAVID GRIFFET, prays that summary judgment be entered in his favor and against Plaintiff, PATRICK THOMPSON, under Count III of the Amended Civil Complaint and for such other and further relief as this Court deems just and proper.

SGT. DAVID GRIFFET, Defendant

THOMAS, MAMER & HAUGHEY, LLP

/s/ James D. Green, No. 6203059
Attorney for Defendant
Thomas, Mamer & Haughey, LLP
30 E. Main, PO Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax: (217) 351-2017
E-mail address: jim@tmh-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Howard W. Small and Jerome P. Lyke, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

| | |
|---|---|
| Mr. Martell Miller<br>1401 Mittendorf Drive<br>Champaign, IL  61821 | Mr. Patrick Thompson<br>1809 Winchester<br>Champaign, IL  61821 |

                                                /s/ James D. Green, No. 6203059  
                                                Attorneys for Defendant  
                                                Thomas, Mamer & Haughey, LLP  
                                                30 E. Main, PO Box 560  
                                                Champaign, IL 61824-0560  
                                                (217) 351-1500  
                                                Fax:  (217) 351-2017  
                                                E-mail address:  jim@tmh-law.com