UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MARTEL MILLER, PATRICK )
THOMPSON and VEYA, INC. )
)
)
Plaintiffs, )
)
-v- ) Case No. 05-2142
)
CITY OF CHAMPAIGN, CITY )
MANAGER STEVE CARTER, CITY )
ATTORNEY FRED STAVINS, CHIEF OF )
POLICE R. T. FINNEY, DEPUTY )
CHIEF JOHN MURPHY, DEPUTY )
CHIEF TROY DANIELS, LT. JOHN )
SWENSON, SGT. DAVID GRIFFET, )
OFFICER JUSTUS CLINTON, OFFICER )
MICHAEL PYBURN, and unknown )
Officer, all in their individual and )
official capacity. )
)
CHAMPAIGN COUNTY, STATE'S )
ATTORNEY JOHN PILAND, )
ASSISTANT STATES ATTORNEY )
ELIZABETH DOBSON, )
All in their individual and official )
capacity. )
)
CITY OF URBANA, ASSISTANT )
CHIEF OF POLICE MIKE BILY, )
All in their individual and official )
capacity. )
)
Defendants. )

**AFFIDAVIT OF SGT. DAVID GRIFFET**

I, DAVID GRIFFET, being of lawful age and first duly sworn state as follows:

1.   I am named as a Defendant in the above-captioned lawsuit.

2.   At all times relevant hereto, I have been employed as a Sergeant with the City of Champaign Police Department.

EXHIBIT "1"

3.  In my capacity as a Sergeant with the City of Champaign Police Department I had occasion to have a conversation with Allen Wilson on June 29, 2004, at Mac's, 601 N. Neil Street, Champaign, Illinois.

4.  I was at Mac's on June 29, 2004, because a large crowd had gathered outside of that establishment in the parking lot after bar closing hours.

5.  Prior to June 29, 2004 I had many police contacts with Allen Wilson and was very familiar with him.

6.  On June 29, 2004, I had a conversation with Allen Wilson at Mac's in connection with Allen Wilson having been a witness to a domestic situation involving a third party with whom I needed to serve a subpoena for a violation of an Order of Protection.

7.  At that time, I enlisted Allen Wilson's assistance so as to learn the telephone number of the third party involved with the domestic situation.

8.  My conversation with Allen Wilson on June 29, 2004, did not involve a traffic stop or any violation of the Illinois Vehicle Code.

9.  To my knowledge, the only time that PATRICK THOMPSON videotaped my conversation and interaction with Allen Wilson at Mac's occurred on June 29, 2004.

10. At no time did PATRICK THOMPSON have my consent or authority to videotape me in my conversation with Allen Wilson or any other person.

11. The information contained in this Affidavit is based on my personal knowledge and I am competent to testify to this information.

_____
DAVID GRIFFET

Subscribed and Sworn to before me this 22nd day of May, 2006.

_____
NOTARY PUBLIC

OFFICIAL SEAL
JAMES D GREEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/08/08

2