```
            UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF ILLINOIS


MARTEL MILLER and PATRICK      )
THOMPSON, VEYA, INC.,          )
                               )
          Plaintiffs,          )
                               )
     vs.                       )   No. 05-2142
                               )
CITY OF CHAMPAIGN, CITY        )
MANAGER STEVE CARTER, CITY     )
ATTORNEY FRED STAVINS, CHIEF   )
OF POLICE R.T. FINNEY, DEPUTY  )
CHIEF JOHN MURPHY, DEPUTY      )
CHIEF TROY DANIELS, LT. JOHN   )
SWENSON, SGT. DAVID GRIFFET,   )
OFFICER JUSTUS CLINTON,        )
OFFICER MICHAEL PYBURN, and    )
UNKNOWN OFFICER, All in Their  )
Individual and Official        )
Capacity, CHAMPAIGN COUNTY,    )
STATES ATTORNEY JOHN PILAND,   )
ASST. STATES ATTORNEY          )
ELIZABETH DOBSON, All in       )
Their Individual and Official  )
Capacity, CITY OF URBANA,      )
ASSISTANT CHIEF OF POLICE      )
MIKE BILY, All in Their        )
Individual and Official        )
Capacity,                      )
                               )
          Defendants.          )
```

**MOTION TO DISMISS**

Defendants, John Piland and Elizabeth Dobson, by their attorneys, Flynn, Palmer & Tague, for their Motion to Dismiss, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, state as follows:

    1.   Included herewith as Exhibit "A" is a copy of Senate Bill 1352.

    2.   Included herewith as Exhibit "B" is a copy of the

transcript of the April 21, 1994 Senate Debates.

3. Included herewith as Exhibit "C" is a copy of the transcript of the May 18, 1994 Senate Debates.

4. Included herewith as Exhibit "D" is a copy of the transcript of the May 20, 1994 Senate Debates.

5. Count I of the Amended Complaint should be dismissed because Veya, Inc. is not represented by counsel.

6. Count I of the Amended Complaint fails to state a claim upon which relief can be granted as to Defendants, John Piland and Elizabeth Dobson, as Defendants Piland and Dobson are entitled to absolute immunity.

7. Count I of the Amended Complaint fails to state a claim upon which relief can be granted as to Defendant Dobson as she is entitled to qualified immunity.

8. Count I of the Amended Complaint fails to state a claim upon which relief can be granted as to Defendant Dobson because the allegation that Defendant Dobson directed the police officer to seize the videotape and camcorder fails to state a Section 1983 violation against Defendant Dobson.

9. Count II of the Amended Complaint fails to state a claim upon which relief can be granted as to Defendant Dobson as she is entitled to absolute immunity.

10. Count II of the Amended Complaint fails to state a claim upon which relief can be granted as to Defendant Dobson as she is entitled to qualified immunity.

11. Count II of the Amended Complaint fails to state a claim upon which relief can be granted as to Defendant Dobson

because the allegation that Defendant Dobson directed the police officer to seize the videotape and camcorder fails to state a Section 1983 violation against Defendant Dobson.

    12. Count III of the Amended Complaint fails to state a claim upon which relief can be granted as to Defendant Dobson as she is entitled to absolute immunity.

    13. Count III of the Amended Complaint fails to state a claim upon which relief can be granted as to Defendant Dobson as she is entitled to qualified immunity.

    14. Count III of the Amended Complaint fails to state a claim upon which relief can be granted as to Defendant Dobson as the alleged filming of Plaintiff, Patrick Thompson, did not violate his rights.

    WHEREFORE, Defendant, John Piland, prays that Count I of the Amended Complaint be dismissed with prejudice as to him, and Defendant, Elizabeth Dobson, prays that Counts I, II and III of the Amended Complaint be dismissed with prejudice as to her.

    JOHN PILAND and ELIZABETH DOBSON, Defendants

BY: FLYNN, PALMER & TAGUE

By:   /s/ Jerome P. Lyke
Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Champaign County
402 W. Church Street
P.O. Box 1517
Champaign, IL 61824-1517
Telephone: (217) 352-5181
Fax: (217) 352-7964
jeromelyke@yahoo.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he did on the 24th day of May, 2006, electronically file the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

```
Howard W. Small
Ansel & Small, Ltd.
41 E. University, Suite 3A
P.O. Box 468
Champaign, IL  61824-0468
hwslaw@shout.net


David E. Krchak
James D. Green
Thomas, Mamer & Haughey
30 E. Main Street
P.O. Box 560
Champaign, IL  61824-0560
krchak@tmh-law.com
jim@tmh-law.com
```

and I hereby certify that I have mailed by U.S. Postal Service the document to the following non-CM/ECF participants:

```
Martel Miller                Patrick Thompson
1401 Mittendorf Dr.          1809 Winchester
Champaign, IL  61821         Champaign, IL  61821
```

By:  /s/  Jerome P. Lyke  
Jerome P. Lyke  
Illinois Bar No. 6182867  
Flynn, Palmer & Tague  
Attorney for Champaign County  
402 W. Church Street  
P.O. Box 1517  
Champaign, IL  61824-1517  
Telephone:  (217) 352-5181  
Fax: (217) 352-7964

jeromelyke@yahoo.com