E-FILED
 Wednesday, 24 May, 2006  02:04:46 PM
 Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS
### DANVILLE/URBANA DIVISION

May 24, 2006

Martel Miller
1401 Mittendorf Dr.
Champaign, IL.  61821

Patrick Thompson
1809 Winchester
Champaign, IL.  61821

RE: MARTEL MILLER, ET AL v CITY OF CHAMPAIGN, ET AL
CASE NO. 05-2142


Dear Gentlemen:

   NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed by defendants John Piland and Elizabeth Dobson. . See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).



                                            s/JOHN M. WATERS, CLERK
                                            JOHN M. WATERS, CLERK
                                            U.S. DISTRICT COURT



cc:  all counsel
notice revised 8/7/03