E-FILED
Friday, 02 June, 2006  10:58:34 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
JUN 0 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | |
|---|---|
| MARTEL MILLER and PATRICK THOMPSON, VEYA Inc.    Plaintiffs, | ) ) ) ) |
| Vs. | ) Case No. 05-2142 ) ) |
| CITY OF CHAMPAIGN, CITY MANAGERSTEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R.T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF, TROY DANIELS, LT. JOHN SWENSON, SGT.DAVID GRIFFET OFFICER JUSTUS CLINT0N, OFFICER MICHAEL PYBURN, and unknown Officer, all in their individual and Official capacity. | ) ) ) ) ) ) ) ) ) ) ) |
| CHAMPAIGN COUNTY, STATES ATTORNEY JOHN PILAND ASSISTANT STATES ATTORNEY ELIZABEH DOBSON, All in their individual and official capacity. | ) ) ) ) ) |
| CITY OF URBANA, ASSISTANT CHIEF OF POLICE MIKE BILY, All in their individual and official capacity. | ) ) ) ) |
|    Defendants. | ) ) |

**Plaintiffs Motion for Extensions of time to respond to Motions to Dismiss filed by** CITY OF CHAMPAIGN, CITY MANAGER, STEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R.T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT.DAVID GRIFFET, OFFICER JUSTUS CLINTON, CHAMPAIGN COUNTY STATES ATTORNEY JOHN PILAND, ASSISTANT STATES ATTORNEY ELIZABEH DOBSON, CITY OF URBANA, ASSISTANT CHIEF OF POLICE MIKE BILY

NOW COME Plaintiffs Martel Miller, Patrick Thompson and VEYA, INC and ask this Honorable court under local rule 6.1 to grant plaintiffs motion for an extension of time to respond to:

Motion to Dismiss filed on May 22, 2006, by the CITY OF URBANA and ASSISTANT CHIEF OF POLICE MIKE BILY.

Motion to Dismiss filed on May 23, 2006, by CITY OF CHAMPAIGN, CITY MANAGER, STEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R.T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT.DAVID GRIFFET , and OFFICER JUSTUS CLINTON,

Motion to Dismiss filed on May 24, 2006, by CHAMPAIGN COUNTY JOHN PILAND ELIZABEH DOBSON,

Plaintiffs require an extension of for the follow reason:

1. Plaintiffs Patrick Thompson is a defendant in a criminal matter and has a mandatory court appearance on June 13 and will likely go to trial in July the matter is complicated and does require Plaintiffs attention.

2. Plaintiffs has multiple motions to respond to and because of plaintiffs inexperience each issue will need a lot of time.

3. Plaintiffs are proceeding as Pro Forma Pauperis and are Pro'se litigates and at a disadvantage.

WHEREFORE, Plaintiff request an extension of time until August 1, 2006

Plaintiffs

Martel Miller and Patrick Thompson

Martel Miller, 1401 Mittendorf Drive, Champaign IL 61821

Patrick Thompson, 1809 Winchester, Champaign IL 61821

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 2, 2006 service of the foregoing was made by submitting a true copy to the United States District Court for the Central District of Illinois and defendants.

Howard W.Small, Ansel & Small, Ltd. P.O. Box 468, Champaign IL 61824-0468

Jerome P.Lyke, Flynn, Palmer & Tague, P.O. Box 1517, Champaign IL 61824-1517

David E.Krchak, 30 E. Main PO Box 560, Champaign IL 61824-0560

Plaintiffs

Martel Miller and Patrick Thompson

*/s/ Martel Miller   /s/ Patrick Thompson*