UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
JUN 0 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

MARTEL MILLER and PATRICK )
THOMPSON, VEYA Inc. )
    Plaintiffs, )
 ) Case No. 05-2142
Vs. )
 )
CITY OF CHAMPAIGN, CITY )
MANAGERSTEVE CARTER, )
CITY ATTORNEY FRED STAVINS, )
CHIEF OF POLICE R.T. FINNEY, )
DEPUTY CHIEF JOHN MURPHY, )
DEPUTY CHIEF, TROY DANIELS, LT. JOHN )
SWENSON, SGT.DAVID GRIFFET )
OFFICER JUSTUS CLINT0N, OFFICER )
MICHAEL PYBURN, )
and unknown Officer, all in their individual and )
Official capacity. )
 )
CHAMPAIGN COUNTY, )
STATES ATTORNEY JOHN PILAND )
ASSISTANT STATES ATTORNEY )
ELIZABEH DOBSON, )
All in their individual and official capacity. )
 )
CITY OF URBANA, )
ASSISTANT CHIEF OF POLICE MIKE BILY, )
All in their individual and official capacity. )
 )
    Defendants. )

**Plaintiffs Motion for Extensions of time to respond to Motion for Summary Judgment.**

NOW COME Plaintiff Patrick Thompson and ask this Honorable court under local rule 6.1 to grant plaintiff motion for an extension of time to respond to:

Motion for summary judgment filed on May 23, 2006, by Attorney representing defendant Sgt. David Griffet

Plaintiff requires an extension of time for the following reason:

1. Plaintiff Patrick Thompson is a defendant in a criminal matter and has a mandatory court appearance on June 13 and will likely go to trial in July the matter is complicated and does require Plaintiffs attention.

2. Plaintiff has multiple motions to respond to and because of plaintiff inexperience each issue will need a lot of time.

3. Plaintiff is proceeding as Pro Forma Pauperis and are Pro'se litigate and at a disadvantage.

WHEREFORE, Plaintiff request an extension of time until August 1, 2006

Plaintiff

Patrick Thompson

Martel Miller, 1401 Mittendorf Drive, Champaign IL 61821

Patrick Thompson, 1809 Winchester, Champaign IL 61821

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 2, 2006 service of the foregoing was made by submitting a true copy to the United States District Court for the Central District of Illinois and defendants.

Howard W. Small, Ansel & Small, Ltd. P.O. Box 468, Champaign IL 61824-0468

Jerome P. Lyke, Flynn, Palmer & Tague, P.O. Box 1517, Champaign IL 61824-1517

David E. Krchak, 30 E. Main PO Box 560, Champaign IL 61824-0560

Plaintiff

Patrick Thompson