UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTEL MILLER and PATRICK THOMPSON, VEYA Inc.<br>    Plaintiffs,<br><br>Vs.<br><br>CITY OF CHAMPAIGN, CITY MANAGERSTEVE CARTER,<br>CITY ATTORNEY FRED STAVINS,<br>CHIEF OF POLICE R.T. FINNEY,<br>DEPUTY CHIEF JOHN MURPHY,<br>DEPUTY CHIEF, TROY DANIELS, LT. JOHN SWENSON, SGT.DAVID GRIFFET<br>OFFICER JUSTUS CLINT0N, OFFICER MICHAEL PYBURN,<br>and unknown Officer, all in their individual and Official capacity.<br><br>CHAMPAIGN COUNTY,<br>STATES ATTORNEY JOHN PILAND<br>ASSISTANT STATES ATTORNEY ELIZABEH DOBSON,<br>All in their individual and official capacity.<br><br>CITY OF URBANA,<br>ASSISTANT CHIEF OF POLICE MIKE BILY,<br>All in their individual and official capacity.<br><br>    Defendants. | Case No. 05-2142<br><br>FILED<br>AUG 0 1 2006<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br>URBANA, IL |

**Plaintiffs Motion for Extensions of time to respond to Motions to Dismiss filed by** CITY OF CHAMPAIGN, CITY MANAGER, STEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R.T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT.DAVID GRIFFET, OFFICER JUSTUS CLINTON, CHAMPAIGN COUNTY STATES ATTORNEY JOHN PILAND, ASSISTANT STATES ATTORNEY ELIZABEH DOBSON, CITY OF URBANA, ASSISTANT CHIEF OF POLICE MIKE BILY

NOW COME Plaintiffs Martel Miller, Patrick Thompson and VEYA, INC and ask this Honorable court under local rule 6.1 to grant plaintiffs motion for an extension of time to respond to:

1

Motion to Dismiss filed on May 22, 2006, by the CITY OF URBANA and ASSISTANT CHIEF OF POLICE MIKE BILY.

Motion to Dismiss filed on May 23, 2006, by CITY OF CHAMPAIGN, CITY MANAGER, STEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R.T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT.DAVID GRIFFET , and OFFICER JUSTUS CLINTON,

Motion to Dismiss filed on May 24, 2006, by CHAMPAIGN COUNTY JOHN PILAND ELIZABEH DOBSON,

Plaintiffs require an extension of for the follow reason:

1. Plaintiff Patrick Thompson was defendant in a criminal matter and therefore has not the opportunity to respond to defendants' motion for dismiss. Plaintiff was conviction on July 7, 2006 and because of the likelihood that plaintiff will be sentenced on August 7, 2006 to the Illinois Department of Corrections. Plaintiffs believes based on these extraneous mitigating circumstances that the court gives Plaintiffs permission for an additional extension of time. If granted plaintiffs will notify the courts of his status.

2. Plaintiff will be going through the IDOC intake process and therefore additional time will be needed.

WHEREFORE, Plaintiffs requests an additional extension of time to notify courts of Plaintiffs status.

Plaintiffs

Martel Miller and Patrick Thompson

*/s/ Martel Miller /s/ Patrick Thompson*

2

Martel Miller, 1401 Mittendorf Drive, Champaign IL 61821

Patrick Thompson, 1809 Winchester, Champaign IL 61821

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 1, 2006 service of the foregoing was made by submitting a true copy to the United States District Court for the Central District of Illinois and defendants.

Howard W.Small, Ansel & Small, Ltd. P.O. Box 468, Champaign IL 61824-0468

Jerome P.Lyke, Flynn, Palmer & Tague, P.O. Box 1517, Champaign IL 61824-1517

David E.Krchak, 30 E. Main PO Box 560, Champaign IL 61824-0560

Plaintiffs

Martel Miller and Patrick Thompson

*E Matlmill*