UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MARTEl Miller and PATRICK
THOMPSON, UEYA, INC.

   Plaintiffs,

VS.

CITY of Champaign, City
Manager STEVE CARTER
THem it al (And other)

NO. 05-2142

**FILED**

AUG 2 3 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

E-FILED
Wednesday, 23 August, 2006 03:29:35 PM
Clerk, U.S. District Court, ILCD

Motion to EXTEND Response Date and APPOINT Counsel

Plaintiff: MARTEl miller request a EXTENSIN of Time To file a response To Defendants Motoin To Dismiss.

Plaintiff MR. THOMPSON Likly Be RERESENT By Counsel.

1. Plaintiff MARTEl Miller atach Steet as Exhibit A LEHeR Showing He Reads at sixth grade leval. Miller Proceeds Pro se and ask The court for Aother 60 days To Resend To The Defendant Motion To Dismiss and Summary Judment.

2. Miller Request appoint counsel or To find connel

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on Aug 22 2006, service of the foregoing was made by submitting a true copy to the United States District Court for the Central District of Illinois and defendants.

Howard W.Small, Ansel & Small, Ltd. P.O. Box 468, Champaign IL 61824-0468

Jerome P.Lyke, Flynn, Palmer & Tague, P.O. Box 1517, Champaign IL 61824-1517

David E.Krchak, 30 E. Main PO Box 560, Champaign IL 61824-0560

                                          Plaintiffs

                                          Martel Miller a

*/s/ E Martel Miller*

**Urbana Adult Education**
David Adcock, Ph.D., Director

"Learning is a Lifelong Process"

**Urbana School District 116**
Gene Amberg, Ph.D., Superintendent

August 21, 2006

To Whom It May Concern:

RE:   **Enoch Martel Miller**                    D.O.B.: July 4, 1961

This letter is to verify that Martel Miller has been a student at Urbana Adult Education since January 2004. *He initially enrolled in 1987 when he was 26 years old but he stopped attending after his first year.* Martell has been working on increasing his reading score to an acceptable entry level for our Adult Performance Level (APL)* class.

On January 29, 2004 Martel took the Test of Adult Basic Education *(TABE)* Reading test and scored a 3.8 level *(8th month of 3rd grade)* on the Medium (M) test. At the end of last school year he scored a 6th grade level on the same test. There are two test levels higher than the *M*. To register in a program to work on his high school diploma **or** GED requirements, Martel must score a *minimum* of 8th grade on the Reading test. It would be ideal for him to take one of the higher level tests, the Difficult (D) or the Advanced (A), to give us a better idea of his comprehension level; however, it is not "required" at this time.

Martel also took the Introduction to Computers class to learn basic computer skills. His instructor for that class won't return to school until August 28th. I am unable to verify his progress in that class at this time.

Please let me know if you need additional information or clarification regarding Martel's student information at Urbana Adult Education.

Sincerely,

STUDENT SERVICES

*[signature]*

Arlene Anderson
Counselor

*Brochure Attached

John M. Garth Adult Education Center
211 North Race Street, Urbana, Illinois 61801
217-384-3530   •   www.usd116.org/adult   •   Fax 217-337-4987



**Arlene Anderson, M.Ed.**
Counselor
e-mail: aanderson@usd116.org

**Urbana Adult Education**
**211 N. Race St., Urbana, IL 61801**
Phone 217-384-3530   Fax 217-337-4987

## *The Adult Performance Level Program (APL)*

Welcome to Urbana Adult Education and to the Adult Performance Level (APL) Program. This is the program in which you can earn your high school diploma from Urbana High School. You will work at your own pace. There is no assigned daily work, no classroom lectures. APL is an adult program, and the completion of the required tasks is your responsibility. Many other adults have done it, so can you!

Should you ever decide to drop out of the class before completing the requirements, please talk to your instructor, a counselor, or Adult Education's Director before you do this. You took an important step in returning to school. We want to see you graduate, so give us a chance to help you.

### *Eligibility and Registration Requirements:*

1. Must be at least eighteen years of age and be officially withdrawn from school prior to registration in this program.

2. Must take and score at least an 8th grade level on the reading portion of the Tests of Adult Basic Education (TABE); and take and score at least a 7th grade level on the mathematics portion of the Wide Range Achievement Test (WRAT).

### *Graduation requirements:*

1. Complete the unit work including all community activities for each of forty units of study (see list) and successfully pass the unit exam with a score of 70% or above.

2. Pass an assessment test in each of the four areas with a score of at least 70%. Each of the assessment tests covers all the material presented within each area of study: Consumer Education, Occupational Knowledge, Health, and Government and Law.

3. Write ten one-page papers, each on a current event. The current event may be something read in a newspaper or magazine, seen on television, or heard on the radio. It must be at least one page in length.

4. Select one of the following three competency areas: Advanced Academic, Occupational/Vocational, Home Management. Complete the required work for the selected area.

5. Complete a beginning computer class. Must have a minimum or twelve classroom hours.

6. Record at least ninety hours of classroom attendance if attending day classes.

7. Record at least sixty hours of classroom attendance if attending night classes.

8. Present evidence of successfully passing the U.S. and State of Illinois Constitution Test. This test may be taken while enrolled.

9. Furnish a copy of high school transcripts from all high schools previously attended.

10. Retake the reading and the mathematics tests to determine changes in grade level from time of original testing.

11. Meet with the Director of Adult Education to discuss your experiences in APL and your future plans.

### *Minimum Time for Completion of Program:*

1. If students attend day classes three or more hours per day, five days a week, complete up to five units of study each week, they can complete the program in ten weeks. *This schedule makes possible the completion of one unit of study per day in the classroom (eight weeks), and allows two weeks for the completion and evaluation of the work in the selected competency area.*

2. If students attend night classes two hours per night, two nights a week, complete up to two units of study each week, they can complete the program in twenty-three weeks. *This schedule makes possible the completion of two units of study per week in the classroom (twenty weeks), and allows three weeks for the completion and evaluation of the work in the selected competency area.*

3. While the above guidelines show the shortest recommended amount of time in which a diploma can be earned, it should be noted that <u>day class students usually take up to six months or more to complete the program</u>, and <u>night class students up to one school year or longer</u>. Completion times reflect students' individual schedules, efforts, and abilities.

### *Maximum Time for Completion of the Program:*

1. We encourage students to work diligently toward their educational goals. If a student is not able to complete the program by the end of the school year, because of individual circumstances, they may resume their work in the following school year.

### *Graduation Exercises/Diplomas:*

1. <u>Students whose high school class has not graduated, or who will graduate in the current year, may not participate in the high school graduation exercises.</u>

2. Eligible students who wish to participate in graduation exercises (march in graduation exercises, wear cap and gown, and receive a completed diploma) are invited to join the Urbana High School Commencement.

3.  Upon completion of graduation requirements, a picture will be taken of the student in a cap and gown. The student may also bring in a camera if more pictures are desired.

4.  Students who do not participate in graduation exercises must pick up their diploma at the Urbana High School, Registrar's Office, 1002 S. Race Street, Urbana, 384-3511. Diplomas will be available on the Tuesday following Urbana High School's graduation exercise. You must show a picture ID when picking up your diploma.

5.  Diplomas are held at Urbana High School for one year. After that, they will be at the Urbana School District Central Office, 205 North Race Street, Urbana.

## *APL Units of Study*

### Consumer Economics

I. Consumer Spending
II. Income Tax
III. Money Management
IV. Comparison Shopping and Catalog Shopping
V. Credit
VI. Advertising
VII. Home Furnishing
VIII. Housing
IX. Banking
X. Energy
XI. Consumer Math
XII. Transportation
XIII. Map Reading

### Health

I. Preventive Health Care
II. Consumer Health Issues
III. Community Services
IV. Human Relationships & Sexuality
V. Pregnancy
VI. Parent and Child
VII. Adolescence
VIII. Preventing Addictive Behaviors
IX. Mental Health
X. First Aid and Safety
XI. Nutrition

### Occupational Knowledge

I. Choosing a Career
II. Sources for Job Leads
III. Job Applications and Interviews
IV. Effective Job Behavior
V. Financial and Legal Aspects of Employment

### Government and Law

I. Introduction to Law
II. Introduction to Government
III. Federal Government
IV. State Government
V. Local Government
VI. Individual Government
VII. Criminal Law
VIII. Family Law
IX. Housing Law
X. Politics in America
XI. Voting and Elections