**E-FILED**
Thursday, 24 August, 2006 01:40:05 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MARTEL MILLER and PATRICK )
THOMPSON, VEYA Inc. )
    Plaintiffs, )
        )    Case No. 05-2142
Vs. )
        )
CITY OF CHAMPAIGN, CITY )
MANAGERSTEVE CARTER, )
CITY ATTORNEY FRED STAVINS, )
CHIEF OF POLICE R.T. FINNEY, )
DEPUTY CHIEF JOHN MURPHY, )
DEPUTY CHIEF, TROY DANIELS, LT. JOHN )
SWENSON, SGT.DAVID GRIFFET )
OFFICER JUSTUS CLINT0N, OFFICER )
MICHAEL PYBURN, )
and unknown Officer, all in their individual and )
Official capacity. )
        )
CHAMPAIGN COUNTY, )
STATES ATTORNEY JOHN PILAND )
ASSISTANT STATES ATTORNEY )
ELIZABEH DOBSON, )
All in their individual and official capacity. )
        )
CITY OF URBANA, )
ASSISTANT CHIEF OF POLICE MIKE BILY, )
All in their individual and official capacity. )
        )
       Defendants. )

**FILED**

AUG 2 4 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**<u>Plaintiff Motion for Extensions of time to respond to Motions to Dismiss filed by</u>**
CITY OF CHAMPAIGN, CITY MANAGER, STEVE CARTER, CITY ATTORNEY
FRED STAVINS, CHIEF OF POLICE R.T. FINNEY, DEPUTY CHIEF JOHN
MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT.DAVID
GRIFFET, OFFICER JUSTUS CLINTON, CHAMPAIGN COUNTY STATES
ATTORNEY JOHN PILAND, ASSISTANT STATES ATTORNEY ELIZABEH
DOBSON, CITY OF URBANA, ASSISTANT CHIEF OF POLICE MIKE BILY

NOW COME Plaintiff VEYA, INC and ask this Honorable court under local rule 6.1 to
grant plaintiff motion for an extension of time to respond to:

1

Motion to Dismiss filed on May 22, 2006, by the CITY OF URBANA and ASSISTANT CHIEF OF POLICE MIKE BILY.

Motion to Dismiss filed on May 23, 2006, by CITY OF CHAMPAIGN, CITY MANAGER, STEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R.T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT.DAVID GRIFFET , and OFFICER JUSTUS CLINTON,

Motion to Dismiss filed on May 24, 2006, by CHAMPAIGN COUNTY JOHN PILAND ELIZABEH DOBSON,

Plaintiff VEYA request an extension of time for possible counsel representation asked the court for an extension of time of 60 days.

WHEREFORE, Plaintiffs requests an additional extension of time.

Plaintiff
VEYA

*Patrick Thompson*

Patrick Thompson, 1809 Winchester, Champaign IL 61821

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 24, 2006 service of the foregoing was made by submitting a true copy to the United States District Court for the Central District of Illinois and defendants.

Howard W.Small, Ansel & Small, Ltd. P.O. Box 468, Champaign IL 61824-0468

Jerome P.Lyke, Flynn, Palmer & Tague, P.O. Box 1517, Champaign IL 61824-1517

David E.Krchak, 30 E. Main PO Box 560, Champaign IL 61824-0560

Plaintiffs
VEYA