UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC. ) ) ) Plaintiffs, ) ) -v- ) ) CITY OF CHAMPAIGN, CITY ) MANAGER STEVE CARTER, CITY ) ATTORNEY FRED STAVINS, CHIEF OF ) POLICE R. T. FINNEY, DEPUTY ) CHIEF JOHN MURPHY, DEPUTY ) CHIEF TROY DANIELS, LT. JOHN ) SWENSON, SGT. DAVID GRIFFET, ) OFFICER JUSTUS CLINTON, OFFICER ) MICHAEL PYBURN, and unknown ) Officer, all in their individual and ) official capacity. ) ) CHAMPAIGN COUNTY, STATE'S ) ATTORNEY JOHN PILAND, ) ASSISTANT STATES ATTORNEY ) ELIZABETH DOBSON, ) All in their individual and official ) capacity. ) ) CITY OF URBANA, ASSISTANT ) CHIEF OF POLICE MIKE BILY, ) All in their individual and official ) capacity. ) ) Defendants. ) | Case No. 05-2142 |

**RESPONSE TO PLAINTIFF MILLER'S MOTION TO EXTEND
RESPONSE DATE AND APPOINT COUNSEL**

NOW COME Defendants, City of Champaign, City Manager Steve Carter, City Attorney

Fred Stavins, Chief of Police R. T. Finney, Deputy Chief John Murphy, Deputy Chief Troy Daniels,

Lt. John Swenson, Sgt. David Griffet and Officer Justus Clinton by their attorney, James D. Green

of Thomas, Mamer & Haughey, LLP, and for their Response to Plaintiff Miller's Motion to Extend Response Date and Appoint Counsel state as follows:

1. Defendants filed a Motion to Dismiss Counts I, II, IV and V of the amended civil complaint on May 23, 2006. Count II relates to Plaintiff Martel Miller.

2. On August 3, 2006, this Court ordered that Plaintiff Miller shall file his response to Defendants' pending motions on or before August 24, 2006.

3. On August 23, 2006, Plaintiff Miller filed a "Motion to Extend Response Date and Appoint Counsel."

4. In his Motion filed on August 23, 2006, Plaintiff Miller purports that he reads at the 6th Grade level and he asked the Court for: a) another 60 days to respond to Defendants' motion to dismiss and b) appointment of counsel.

5. The pleadings filed by Plaintiff Miller prior to August 23, 2006, demonstrate that he has knowledge of the law applicable to this case and applicable court procedure. Hence, counsel should not be appointed for Plaintiff Miller.

6. Because Plaintiff Miller has previously been granted extensions of time to respond to the pending motions, Defendants object to a further extension or, in the alternative, request that any extension be brief so that Plaintiff Miller is required to respond to all pending motions within 30 days.

WHEREFORE, Defendants, City of Champaign, City Manager Steve Carter, City Attorney Fred Stavins, Chief of Police R. T. Finney, Deputy Chief John Murphy, Deputy Chief Troy Daniels, Lt. John Swenson, Sgt. David Griffet and Officer Justus Clinton pray that Plaintiff Martel Miller's Motion to Extend Response Date and Appoint Counsel be denied, or for such other relief as this Court deems just and proper.

CITY OF CHAMPAIGN, CITY MANAGER, STEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R. T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT. DAVID GRIFFET and OFFICER JUSTUS CLINTON, Defendants

THOMAS, MAMER & HAUGHEY, LLP

**/s/ James D. Green**
_____
James D. Green, No. 6203059
Attorney for Defendant
Thomas, Mamer & Haughey, LLP
30 E. Main, PO Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax:  (217) 351-2017
E-mail address:  jim@tmh-law.com

3

## CERTIFICATE OF SERVICE

      I hereby certify that on September 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I mailed the foregoing to the following individuals:

Mr. Martell Miller  
1401 Mittendorf Drive  
Champaign, IL  61821  

Mr. Howard W. Small  
Ansel & Small, Ltd.  
P.O. Box 468  
Champaign, IL  61824-0468  

Mr. Patrick Thompson  
1809 Winchester  
Champaign, IL  61821  

Mr. Jerome P. Lyke  
Flynn, Palmer & Tague  
P.O. Box 1517  
Champaign, IL  61824-1517  

      **/s/ James D. Green**  
      _____  
      James D. Green, No. 6203059  
      Attorneys for Defendant  
      Thomas, Mamer & Haughey, LLP  
      30 E. Main, PO Box 560  
      Champaign, IL 61824-0560  
      (217) 351-1500  
      Fax:  (217) 351-2017  
      E-mail address:  jim@tmh-law.com