UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC. ) ) ) Plaintiffs, ) ) -v- ) ) CITY OF CHAMPAIGN, CITY ) MANAGER STEVE CARTER, CITY ) ATTORNEY FRED STAVINS, CHIEF OF ) POLICE R. T. FINNEY, DEPUTY ) CHIEF JOHN MURPHY, DEPUTY ) CHIEF TROY DANIELS, LT. JOHN ) SWENSON, SGT. DAVID GRIFFET, ) OFFICER JUSTUS CLINTON, OFFICER ) MICHAEL PYBURN, and unknown ) Officer, all in their individual and ) official capacity. ) ) CHAMPAIGN COUNTY, STATE'S ) ATTORNEY JOHN PILAND, ) ASSISTANT STATES ATTORNEY ) ELIZABETH DOBSON, ) All in their individual and official ) capacity. ) ) CITY OF URBANA, ASSISTANT ) CHIEF OF POLICE MIKE BILY, ) All in their individual and official ) capacity. ) ) Defendants. ) | Case No. 05-2142 |

**RESPONSE TO VEYA'S INC. MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO DISMISS**

NOW COME Defendants, City of Champaign, City Manager Steve Carter, City Attorney

Fred Stavins, Chief of Police R. T. Finney, Deputy Chief John Murphy, Deputy Chief Troy Daniels,

Lt. John Swenson, Sgt. David Griffet and Officer Justus Clinton by their attorney, James D. Green

of Thomas, Mamer & Haughey, LLP, and for their Response to Plaintiff VEYA's Motion for Extension of Time to Respond to Motion to Dismiss state as follows:

1.  Defendants filed a Motion to Dismiss the amended civil complaint on May 23, 2006, including Count I which relates to Plaintiff VEYA, Inc.

2.  On August 3, 2006, this Court ordered that Plaintiff VEYA, Inc. must file its response to pending motions on or before August 24, 2006.

3.  On August 24, 2006, VEYA, Inc. filed a Motion for Extension of Time of 60 days to respond to the pending motions to dismiss.

4.  Defendants object to Plaintiff VEYA, Inc. being given an extension of time to respond because Plaintiff VEYA, Inc. has previously been granted extensions of time within which to respond.

5.  In the alternative, Defendants request that Plaintiff VEYA, Inc. be required to respond to the pending motions to dismiss within 30 days.

WHEREFORE, Defendants, City of Champaign, City Manager Steve Carter, City Attorney Fred Stavins, Chief of Police R. T. Finney, Deputy Chief John Murphy, Deputy Chief Troy Daniels, Lt. John Swenson, Sgt. David Griffet and Officer Justus Clinton pray that this Court deny Plaintiff VEYA, Inc.'s Motion for an extension of time to respond to Defendant's Motion to Dismiss or for such other relief as this Court deems just and proper.

> CITY OF CHAMPAIGN, CITY MANAGER, STEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R. T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT. DAVID GRIFFET and OFFICER JUSTUS CLINTON, Defendants

        THOMAS, MAMER & HAUGHEY, LLP

        **/s/ James D. Green**
        _____
        James D. Green, No. 6203059
        Attorney for Defendant
        Thomas, Mamer & Haughey, LLP
        30 E. Main, PO Box 560
        Champaign, IL 61824-0560
        (217) 351-1500
        Fax: (217) 351-2017
        E-mail address: jim@tmh-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I mailed the foregoing to the following individuals:

| | |
|---|---|
| Mr. Martell Miller<br>1401 Mittendorf Drive<br>Champaign, IL  61821 | Mr. Patrick Thompson<br>1809 Winchester<br>Champaign, IL  61821 |
| Mr. Howard W. Small<br>Ansel & Small, Ltd.<br>P.O. Box 468<br>Champaign, IL  61824-0468 | Mr. Jerome P. Lyke<br>Flynn, Palmer & Tague<br>P.O. Box 1517<br>Champaign, IL  61824-1517 |

                                        **/s/ James D. Green**
                                        _____
                                        James D. Green, No. 6203059
                                        Attorneys for Defendant
                                        Thomas, Mamer & Haughey, LLP
                                        30 E. Main, PO Box 560
                                        Champaign, IL 61824-0560
                                        (217) 351-1500
                                        Fax:  (217) 351-2017
                                        E-mail address:  jim@tmh-law.com