E-FILED
Wednesday, 06 September, 2006  03:43:34 PM
Clerk, U.S. District Court, ILCD

```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF ILLINOIS


MARTEL MILLER and PATRICK       )
THOMPSON, VEYA, INC.,           )
                                )
            Plaintiffs,         )
                                )
     vs.                        )     No. 05-2142
                                )
CITY OF CHAMPAIGN, CITY         )
MANAGER STEVE CARTER, CITY      )
ATTORNEY FRED STAVINS, CHIEF    )
OF POLICE R.T. FINNEY, DEPUTY   )
CHIEF JOHN MURPHY, DEPUTY       )
CHIEF TROY DANIELS, LT. JOHN    )
SWENSON, SGT. DAVID GRIFFET,    )
OFFICER JUSTUS CLINTON,         )
OFFICER MICHAEL PYBURN, and     )
UNKNOWN OFFICER, All in Their   )
Individual and Official         )
Capacity, CHAMPAIGN COUNTY,     )
STATES ATTORNEY JOHN PILAND,    )
ASST. STATES ATTORNEY           )
ELIZABETH DOBSON, All in        )
Their Individual and Official   )
Capacity, CITY OF URBANA,       )
ASSISTANT CHIEF OF POLICE       )
MIKE BILY, All in Their         )
Individual and Official         )
Capacity,                       )
                                )
            Defendants.         )
```

**OBJECTION TO PLAINTIFF MILLER'S MOTION TO
EXTEND RESPONSE DATE AND APPOINT COUNSEL**

Defendants, John Piland and Elizabeth Dobson, by their attorneys, Flynn, Palmer & Tague, hereby object to Plaintiff, Martel Miller's, Motion to Extend Response Date and Appoint Counsel, and in support thereof, state that Plaintiff Miller previously has been granted extensions of time to respond to the pending motions, and that previous pleadings filed by Plaintiff

Miller demonstrate his knowledge of the law applicable to this case and applicable Court procedure.

          JOHN PILAND and ELIZABETH DOBSON
          BY:  FLYNN, PALMER & TAGUE

          By:   /s/  Jerome P. Lyke
               Jerome P. Lyke
               Illinois Bar No. 6182867
               Flynn, Palmer & Tague
               Attorneys for John Piland and Elizabeth Dobson
               402 W. Church Street
               P.O. Box 1517
               Champaign, IL  61824-1517
               Telephone:  (217) 352-5181
               Fax: (217) 352-7964
               jeromelyke@yahoo.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he did on the 6th day of September, 2006, electronically file the foregoing Objection to Plaintiff Miller's Motion to Extend Response Date and Appoint Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Howard W. Small
    Ansel & Small, Ltd.
    41 E. University, Suite 3A
    P.O. Box 468
    Champaign, IL  61824-0468
    hwslaw@shout.net

    David E. Krchak
    James D. Green
    Thomas, Mamer & Haughey
    30 E. Main Street
    P.O. Box 560
    Champaign, IL  61824-0560
    krchak@tmh-law.com
    jim@tmh-law.com

and I hereby certify that I have mailed by U.S. Postal Service the document to the following non-CM/ECF participants:

    Martel Miller                       Patrick Thompson
    1401 Mittendorf Dr.              1809 Winchester
    Champaign, IL  61821            Champaign, IL  61821

By:   /s/  Jerome P. Lyke
Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Champaign County
402 W. Church Street
P.O. Box 1517
Champaign, IL  61824-1517
Telephone:  (217) 352-5181
Fax: (217) 352-7964
jeromelyke@yahoo.com