**E-FILED**
Wednesday, 06 September, 2006  03:47:28 PM
Clerk, U.S. District Court, ILCD

```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF ILLINOIS


MARTEL MILLER and PATRICK      )
THOMPSON, VEYA, INC.,          )
                               )
              Plaintiffs,      )
                               )
     vs.                       )    No. 05-2142
                               )
CITY OF CHAMPAIGN, CITY        )
MANAGER STEVE CARTER, CITY     )
ATTORNEY FRED STAVINS, CHIEF   )
OF POLICE R.T. FINNEY, DEPUTY  )
CHIEF JOHN MURPHY, DEPUTY      )
CHIEF TROY DANIELS, LT. JOHN   )
SWENSON, SGT. DAVID GRIFFET,   )
OFFICER JUSTUS CLINTON,        )
OFFICER MICHAEL PYBURN, and    )
UNKNOWN OFFICER, All in Their  )
Individual and Official        )
Capacity, CHAMPAIGN COUNTY,    )
STATES ATTORNEY JOHN PILAND,   )
ASST. STATES ATTORNEY          )
ELIZABETH DOBSON, All in       )
Their Individual and Official  )
Capacity, CITY OF URBANA,      )
ASSISTANT CHIEF OF POLICE      )
MIKE BILY, All in Their        )
Individual and Official        )
Capacity,                      )
                               )
              Defendants.      )
```

**OBJECTION TO PLAINTIFF MILLER'S MOTION TO**
**EXTEND RESPONSE DATE AND APPOINT COUNSEL**

Defendants, John Piland and Elizabeth Dobson, by their attorneys, Flynn, Palmer & Tague, hereby object to Plaintiff, Martel Miller's, Motion to Extend Response Date and Appoint Counsel, and in support thereof, state that Plaintiff Miller previously has been granted extensions of time to respond to the pending motions, and that previous pleadings filed by Plaintiff

Miller demonstrate his knowledge of the law applicable to this case and applicable Court procedure.

                               JOHN PILAND and ELIZABETH DOBSON
                               BY:  FLYNN, PALMER & TAGUE

                               By:  /s/ Jerome P. Lyke
                                   Jerome P. Lyke
                                   Illinois Bar No. 6182867
                                   Flynn, Palmer & Tague
                                   Attorneys for John Piland and Elizabeth Dobson
                                   402 W. Church Street
                                   P.O. Box 1517
                                   Champaign, IL 61824-1517
                                   Telephone: (217) 352-5181
                                   Fax: (217) 352-7964
                                   jeromelyke@yahoo.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he did on the 6th day of September, 2006, electronically file the foregoing Objection to Plaintiff Miller's Motion to Extend Response Date and Appoint Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Howard W. Small
    Ansel & Small, Ltd.
    41 E. University, Suite 3A
    P.O. Box 468
    Champaign, IL 61824-0468
    hwslaw@shout.net

    David E. Krchak
    James D. Green
    Thomas, Mamer & Haughey
    30 E. Main Street
    P.O. Box 560
    Champaign, IL 61824-0560
    krchak@tmh-law.com
    jim@tmh-law.com

and I hereby certify that I have mailed by U.S. Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| Martel Miller<br>1401 Mittendorf Dr.<br>Champaign, IL  61821 | Patrick Thompson<br>1809 Winchester<br>Champaign, IL  61821 |

By:  /s/  Jerome P. Lyke
Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Champaign County
402 W. Church Street
P.O. Box 1517
Champaign, IL  61824-1517
Telephone:  (217) 352-5181
Fax: (217) 352-7964
jeromelyke@yahoo.com