UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTEL MILLER and PATRICK THOMPSON, VEYA Inc.<br> Plaintiffs,<br><br>Vs.<br><br>CITY OF CHAMPAIGN, CITY MANAGER STEVE CARTER,<br>CITY ATTORNEY FRED STAVINS,<br>CHIEF OF POLICE R.T. FINNEY,<br>DEPUTY CHIEF JOHN MURPHY,<br>DEPUTY CHIEF, TROY DANIELS, LT. JOHN SWENSON, SGT.DAVID GRIFFET<br>OFFICER JUSTUS CLINT0N, OFFICER MICHAEL PYBURN,<br>and unknown Officer, all in their individual and Official capacity.<br><br>CHAMPAIGN COUNTY,<br>STATES ATTORNEY JOHN PILAND<br>ASSISTANT STATES ATTORNEY<br>ELIZABEH DOBSON,<br>All in their individual and official capacity.<br><br>CITY OF URBANA,<br>ASSISTANT CHIEF OF POLICE MIKE BILY,<br>All in their individual and official capacity.<br><br> Defendants. | Case No. 05-2142<br><br>FILED<br>SEP 1 5 2006<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br>URBANA, IL |

**<u>Plaintiffs Motion for Extensions of time to respond to Motion for Summary Judgment.</u>**

NOW COME Plaintiff Patrick Thompson and ask this Honorable court under local rule 6.1 to grant plaintiff motion for an additional extension of time to respond to:

Motion for summary judgment filed on May 23, 2006, by Attorney representing defendant Sgt. David Griffet.

1

Plaintiff asked this honorable court for an additional extension of time of 45 days for the following reason:

Plaintiff Patrick Thompson has secured the necessary retainer fee for representation and will likely be represented by attorney Robert G. Kirchner. Plaintiff will be meeting with attorney Robert G. Kirchner in the next two weeks.

WHEREFORE, Plaintiff requests and asks this honorable court for additional extension of time.

                                                    Plaintiff
                                                    Patrick Thompson
                                                    _____

Patrick Thompson, 1809 Winchester, Champaign IL 61821

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2006 service of the foregoing was made by submitting a true copy to the United States District Court for the Central District of Illinois and defendants.

Howard W. Small, Ansel & Small, Ltd. P.O. Box 468, Champaign IL 61824-0468

Jerome P. Lyke, Flynn, Palmer & Tague, P.O. Box 1517, Champaign IL 61824-1517

David E. Krchak, 30 E. Main PO Box 560, Champaign IL 61824-0560

Plaintiff
Patrick Thompson

*/s/ Patrick Thompson*