UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTEL MILLER and PATRICK THOMPSON, VEYA Inc.<br>    Plaintiffs,<br><br>Vs.<br><br>CITY OF CHAMPAIGN, CITY MANAGERSTEVE CARTER,<br>CITY ATTORNEY FRED STAVINS,<br>CHIEF OF POLICE R.T. FINNEY,<br>DEPUTY CHIEF JOHN MURPHY,<br>DEPUTY CHIEF, TROY DANIELS, LT. JOHN SWENSON, SGT.DAVID GRIFFET<br>OFFICER JUSTUS CLINT0N, OFFICER MICHAEL PYBURN,<br>and unknown Officer, all in their individual and Official capacity.<br><br>CHAMPAIGN COUNTY,<br>STATES ATTORNEY JOHN PILAND<br>ASSISTANT STATES ATTORNEY<br>ELIZABEH DOBSON,<br>All in their individual and official capacity.<br><br>CITY OF URBANA,<br>ASSISTANT CHIEF OF POLICE MIKE BILY,<br>All in their individual and official capacity.<br><br>    Defendants. | Case No. 05-2142<br><br>**FILED**<br><br>SEP 1 8 2006<br><br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br>URBANA, IL |

**Plaintiff Motion for Extensions of time to respond to Motions to Dismiss filed by** CITY OF CHAMPAIGN, CITY MANAGER, STEVEN CARTER, ATTORNEY FRED STAVINS, CHIEF OF POLICE R.T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON. SGT.DAVID GRIFFET, OFFICER JUSTUS CLINTON, CHAMPAIGN COUNTY STATES ATTORNEY JOHN PILAND, ASSISTANCE STATES ATTORNEY ELIZABEH DOBSON, CITY OF URBANA ASSISTANCE CHIEF OF POLICE MIKE BILY.

NOW COME Plaintiff Patrick Thompson and ask this Honorable court under local rule 6.1 to grant plaintiff motion for an extension of time to respond to:

Motion to dismiss filed on May 22, 2006, the CITY OF URBANA and ASSISTANCE CHIEF OF POLICE MIKE BILY.

Motion to dismiss field May 23, 2006, by CITY OF CHAMPAIGN, CITY MANAGER, STEVEN CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R.T. FINNEY. DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT.JOHN SWENSON, SGT. DAVID GRIFFET. AND OFFICER JUSTUS CLINTON,

Motions to dismiss filed on May 24, 2006. CHAMPAIGN COUNTY, JOHN PILAND, ELIZABEH DOBSON,

Plaintiff asked this honorable court for an additional extension of time of 45 days for the following reason:

Plaintiff Patrick Thompson has secured the necessary retainer fee for representation and will likely be represented by attorney Robert G. Kirchner. Plaintiff will be meeting with attorney Robert G. Kirchner in the next two weeks.

WHEREFORE, Plaintiff requests and asks this honorable court for additional extension of time.

                Plaintiff
                Patrick Thompson

*/s/ Patrick Thompson*

Patrick Thompson, 1809 Winchester, Champaign IL 61821

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 18, 2006 service of the foregoing was made by submitting a true copy to the United States District Court for the Central District of Illinois and defendants.

Howard W.Small, Ansel & Small, Ltd. P.O. Box 468, Champaign IL 61824-0468

Jerome P.Lyke, Flynn, Palmer & Tague, P.O. Box 1517, Champaign IL 61824-1517

David E.Krchak, 30 E. Main PO Box 560, Champaign IL 61824-0560

                                      Plaintiffs
                                      Patrick Thompson

*/s/ Patrick Thompson*