UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MARTEL MILLER and PATRICK )
THOMPSON, VEYA Inc. )
    Plaintiffs, )
) Case No. 05-2142
Vs. )
)
CITY OF CHAMPAIGN, CITY )
MANAGERSTEVE CARTER, )
CITY ATTORNEY FRED STAVINS, )
CHIEF OF POLICE R.T. FINNEY, )
DEPUTY CHIEF JOHN MURPHY, )
DEPUTY CHIEF, TROY DANIELS, LT. JOHN )
SWENSON, SGT.DAVID GRIFFET )
OFFICER JUSTUS CLINT0N, OFFICER )
MICHAEL PYBURN, )
and unknown Officer, all in their individual and )
Official capacity. )
)
CHAMPAIGN COUNTY, )
STATES ATTORNEY JOHN PILAND )
ASSISTANT STATES ATTORNEY )
ELIZABEH DOBSON, )
All in their individual and official capacity. )
)
CITY OF URBANA, )
ASSISTANT CHIEF OF POLICE MIKE BILY, )
All in their individual and official capacity. )
)
    Defendants. )

FILED
SEP 1 [illegible]
JOHN M. WATERS[illegible]
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA IL

FILED
SEP 1 8 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## **Plaintiff Motion to Amended**

NOW COME Plaintiff Patrick Thompson and ask this Honorable court for permission to amended Motion # 72 and correct typo error that read Plaintiff VEYA, INC and should read Plaintiff Patrick Thompson.

WHEREFORE, Plaintiff requests and asks this honorable court for permission to amended.

1

                        Plaintiff
                        Patrick Thompson

*/s/ Patrick Thompson*

Patrick Thompson, 1809 Winchester, Champaign IL 61821

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 18, 2006 service of the foregoing was made by submitting a true copy to the United States District Court for the Central District of Illinois and defendants.

Howard W. Small, Ansel & Small, Ltd. P.O. Box 468, Champaign IL 61824-0468

Jerome P. Lyke, Flynn, Palmer & Tague, P.O. Box 1517, Champaign IL 61824-1517

David E. Krchak, 30 E. Main PO Box 560, Champaign IL 61824-0560

                        Plaintiffs
                        Patrick Thompson

*/s/ Patrick Thompson*