**E-FILED**
Monday, 02 October, 2006  01:16:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MARTEL MILLER and PATRICK          )
THOMPSON, VEYA, INC.,              )
                                   )
            Plaintiffs,            )
                                   )
      vs.                          )    No. 05-2142
                                   )
CITY OF CHAMPAIGN, CITY            )
MANAGER STEVE CARTER, CITY         )
ATTORNEY FRED STAVINS, CHIEF       )
OF POLICE R.T. FINNEY, DEPUTY      )
CHIEF JOHN MURPHY, DEPUTY          )
CHIEF TROY DANIELS, LT. JOHN       )
SWENSON, SGT. DAVID GRIFFET,       )
OFFICER JUSTUS CLINTON,            )
OFFICER MICHAEL PYBURN, and        )
UNKNOWN OFFICER, All in Their      )
Individual and Official            )
Capacity, CHAMPAIGN COUNTY,        )
STATES ATTORNEY JOHN PILAND,       )
ASST. STATES ATTORNEY              )
ELIZABETH DOBSON, All in           )
Their Individual and Official      )
Capacity, CITY OF URBANA,          )
ASSISTANT CHIEF OF POLICE          )
MIKE BILY, All in Their            )
Individual and Official            )
Capacity,                          )
                                   )
            Defendants.            )

## OBJECTION TO PLAINTIFF THOMPSON'S
## MOTION FOR EXTENSIONS OF TIME TO RESPOND
## TO MOTIONS TO DISMISS

     Defendants, John Piland and Elizabeth Dobson, by their

attorneys, Flynn, Palmer & Tague, hereby object to Plaintiff,

Patrick Thompson's, Motion for Extensions of Time to Respond to

Motions to Dismiss, and in support thereof, state that Plaintiff

Thompson previously has been granted extensions of time to

respond to the pending motions, and that while stating in his

Motion that within two weeks of September 15, 2006, he would be

meeting with attorney Robert G. Kirchner about representing him, Mr. Kirchner has not entered an appearance herein on behalf of Plaintiff Thompson.

JOHN PILAND and ELIZABETH DOBSON,

BY:  FLYNN, PALMER & TAGUE

By:    /s/  Jerome P. Lyke
       Jerome P. Lyke
       Illinois Bar No. 6182867
       Flynn, Palmer & Tague
       Attorneys for John Piland and
       Elizabeth Dobson
       402 West Church Street
       P. O. Box 1517
       Champaign, IL  61824-1517
       Telephone:  (217) 352-5181
       Fax: (217) 352-7964
       jeromelyke@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he did on the 2nd day of October, 2006, electronically file the foregoing Objection to Plaintiff Thompson's Motion for Extensions of Time to Respond to Motions to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Howard W. Small
Ansel & Small, Ltd.
41 East University, Suite 3A
P. O. Box 468
Champaign, IL  61824-0468
hwslaw@shout.net

David E. Krchak
James D. Green
Thomas, Mamer & Haughey
30 East Main Street
P. O. Box 560
Champaign, IL  61824-0560
krchak@tmh-law.com
jim@tmh-law.com

and I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

Martel Miller
1401 Mittendorf Drive
Champaign, IL  61821

Patrick Thompson
1809 Winchester
Champaign, IL  61821

By:    /s/  Jerome P. Lyke
Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Champaign County
402 W. Church Street
P.O. Box 1517
Champaign, IL  61824-1517
Telephone:  (217) 352-5181
Fax: (217) 352-7964
jeromelyke@yahoo.com