UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC. | ) ) ) | |
| Plaintiffs, | ) ) | |
| -v- | ) ) | Case No. 05-2142 |
| CITY OF CHAMPAIGN, CITY MANAGER STEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R. T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT. DAVID GRIFFET, OFFICER JUSTUS CLINTON, OFFICER MICHAEL PYBURN, and unknown Officer, all in their individual and official capacity. | ) ) ) ) ) ) ) ) ) ) ) | |
| CHAMPAIGN COUNTY, STATE'S ATTORNEY JOHN PILAND, ASSISTANT STATES ATTORNEY ELIZABETH DOBSON, All in their individual and official capacity. | ) ) ) ) ) ) ) | |
| CITY OF URBANA, ASSISTANT CHIEF OF POLICE MIKE BILY, All in their individual and official capacity. | ) ) ) ) ) | |
| Defendants. | ) | |

## RESPONSE TO MOTIONS TO EXTEND
## OF PLAINTIFFS' THOMPSON AND VEYA, INC.

NOW COME Defendants, City of Champaign, City Manager Steve Carter, City Attorney

Fred Stavins, Chief of Police R. T. Finney, Deputy Chief John Murphy, Deputy Chief Troy Daniels,

Lt. John Swenson, Sgt. David Griffet and Officer Justus Clinton by their attorney, James D. Green

of Thomas, Mamer & Haughey, LLP, and for their Response to the motions of Plaintiff Patrick Thompson and VEYA, Inc. to extend the time within which Plaintiffs must respond to pending dispositive motions state as follows:

1. Defendants object to extending the time for which Plaintiffs must respond to pending dispositive motions because Plaintiffs have previously been granted extensions and because there is no indication that an attorney will enter his or her appearance on behalf of Plaintiffs in this matter.

WHEREFORE, Defendants, City of Champaign, City Manager Steve Carter, City Attorney Fred Stavins, Chief of Police R. T. Finney, Deputy Chief John Murphy, Deputy Chief Troy Daniels, Lt. John Swenson, Sgt. David Griffet and Officer Justus Clinton pray that Plaintiffs' motions to extend the time within which they must respond to pending dispositive motions be denied.

CITY OF CHAMPAIGN, CITY MANAGER, STEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R. T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT. DAVID GRIFFET and OFFICER JUSTUS CLINTON, Defendants

THOMAS, MAMER & HAUGHEY, LLP

**/s/ James D. Green**
_____
James D. Green, No. 6203059
Attorney for Defendant
Thomas, Mamer & Haughey, LLP
30 E. Main, PO Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax: (217) 351-2017
E-mail address: jim@tmh-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I mailed the foregoing to the following individuals:

| | |
|---|---|
| Mr. Martell Miller<br>1401 Mittendorf Drive<br>Champaign, IL  61821 | Mr. Patrick Thompson<br>1809 Winchester<br>Champaign, IL  61821 |
| Mr. Howard W. Small<br>Ansel & Small, Ltd.<br>P.O. Box 468<br>Champaign, IL  61824-0468 | Mr. Jerome P. Lyke<br>Flynn, Palmer & Tague<br>P.O. Box 1517<br>Champaign, IL  61824-1517 |

                                          **/s/ James D. Green**
                                          _____
                                          James D. Green, No. 6203059
                                          Attorneys for Defendant
                                          Thomas, Mamer & Haughey, LLP
                                          30 E. Main, PO Box 560
                                          Champaign, IL 61824-0560
                                          (217) 351-1500
                                          Fax:  (217) 351-2017
                                          E-mail address:  jim@tmh-law.com