UNITED STATES DISTERICT COURT
CENTRAL DISTRCT OF ILLNOIS

Martel Miller and Patrick Thompson

Plaintiffs,

City of Champaign, City of Urbana and Champaign county,

No.05-2142
Change of mailing addresses

2107    Southwood Dr.
Champaign, Il    61821

**FILED**

OCT 2 4 2006

JOHN M. WATERS, Clerk
U.S DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on OCT 24 2006 service of the foregoing was made by submitting a true copy to the United States District Court for the Central District of Illinois and defendants.

Howard W. Small, Ansel & Small, Ltd. P.O. Box 468, Champaign IL 61824-0468

Jerome P. Lyke, Flynn, Palmer & Tague, P.O. Box 1517, Champaign IL 61824-1517

David E. Krchak, 30 E. Main PO Box 560, Champaign IL 61824-0560

Plaintiffs

Martel Miller    *Martel Miller* (signature)