UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARTEL MILLER and PATRICK THOMPSON, VEYA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 05-2142 |
| CITY OF CHAMPAIGN, CITY MANAGER STEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R.T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT. DAVID GRIFFET, OFFICER JUSTUS CLINTON, OFFICER MICHAEL PYBURN, and UNKNOWN OFFICER, All in Their Individdual and Official Capacity, CHAMPAIGN COUNTY, STATE'S ATTORNEY JOHN PILAND, ASST. STATES ATTORNEY ELIZABETH DOBSON, All in Their Individual and Official Capacity, CITY OF URBANA, ASSISTANCE CHIEF OF POLICE MIKE BILY, All in Their Individual and Official Capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) ) | |

## **ENTRY OF APPEARANCE**

NOW COMES ROBERT G. KIRCHNER LAW OFFICE, and hereby enters its appearance on behalf of all of the Plaintiffs in this case: MARTEL MILLER, PATRICK THOMPSON, and VEYA, INC. Robert G. Kirchner and Ruth E. Wyman further certify that each are admitted to practice in this court.

Respectfully Submitted,

/s/ Robert G. Kirchner
Robert G. Kirchner Bar Number: 6182070
One of the Attorneys for the Plaintiffs
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net


/s/ Ruth E. Wyman
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiffs
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Howard W. Small     hwslaw@shout.net

David E. Krchak     krchak@tmh-law.com

James D. Green      jim@tmh-law.com

Jerome P. Lyke      jeromelyke@yahoo.com


/s/ Ruth E. Wyman
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: (217) 355-5660
Facsimile: (217) 355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net