**E-FILED**
Wednesday, 15 November, 2006  11:17:55 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARTEL MILLER and PATRICK THOMPSON, VEYA, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 05-2142 |
| | ) | |
| CITY OF CHAMPAIGN, CITY | ) | JURY DEMAND |
| MANAGER STEVE CARTER, | ) | |
| CITY ATTORNEY FRED STAVINS, | ) | |
| CHIEF OF POLICE R.T. FINNEY, | ) | |
| DEPUTY CHIEF JOHN MURPHY, | ) | |
| DEPUTY CHIEF TROY DANIELS, | ) | |
| LT. JOHN SWENSON, SGT. DAVID | ) | |
| GRIFFET, OFFICER JUSTUS | ) | |
| CLINTON, OFFICER MICHAEL | ) | |
| PYBURN, and UNKNOWN OFFICER, | ) | |
| All in Their Individdual and Official | ) | |
| Capacity, CHAMPAIGN COUNTY, | ) | |
| STATE'S ATTORNEY JOHN PILAND, | ) | |
| ASST. STATES ATTORNEY | ) | |
| ELIZABETH DOBSON, All in Their | ) | |
| Individual and Official Capacity, CITY | ) | |
| OF URBANA, ASSISTANCE CHIEF OF | ) | |
| POLICE MIKE BILY, All in Their | ) | |
| Individual and Official Capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME WITH ELECTRONIC SIGNATURE**

NOW COME the Plaintiffs, PATRICK THOMPSON, MARTEL MILLER, and VEYA, INC., by and through their attorneys, Robert G. Kirchner Law Office, and pursuant to Local Rule 6.1 move for an enlargement of time of fourteen days in which to respond to the motions to dismiss [42], [51], [53], [58] and Motion for Summary Judgment [55].

1.      That Plaintiffs previously uploaded a Motion for Enlargement of Time that failed to

include an electronic signature on November 14, 2006 but was intended to request an enlargement of time to respond to all pending motions.

2.    That Plaintiffs' counsel has added her electronic signature to the pleading and reiterates herein the bases for the previous request.

3.    That the Plaintiffs in this cause, PATRICK THOMPSON, MARTEL MILLER, and VEYA, INC. filed their Complaint pro se and have been proceeding in this matter without counsel.

4.    That the Plaintiffs have previously requested appointed counsel as a result of their inability, until now, to hire private counsel.

5.    That on Friday November 10, 2006, the two attorneys with Robert G. Kirchner Law Office met with Plaintiff PATRICK THOMPSON to discuss the case and Robert G. Kirchner Law Office's potential representation of Plaintiff in this matter.  Counsel had earlier, preliminary discussions regarding the potential for representing one or more of the Plaintiffs.

6.    That on Monday November 13, 2006, Plaintiff PATRICK THOMPSON retained Robert G. Kirchner Law Office for representation in this matter.

7.    That on November 14, 2006 the remaining Plaintiffs engaged said office to represent them as well.

8.    That on November 14, 2006, Robert G. Kirchner Law Office entered their appearance on behalf of the Plaintiffs, PATRICK THOMPSON, MARTEL MILLER, and VEYA, INC.

9.    That there are four pending motions before the Court:  motions to dismiss [42], [51], [53], [58] and Motion for Summary Judgment [55].

10.    That responses to all of the above-stated motions are due on November 15, 2006, pursuant to the Court's order of 10/19/06.

11.    That if Plaintiffs' *Motion for Enlargement of Time* is denied, Plaintiffs' counsel will do its best to respond to Defendants' motions, but counsel does not believe that the time available since being engaged is adequate to fully review and respond to said dispositive motions.

12.    That Plaintiffs' counsel is at a significant disadvantage in responding to Defendants' motions in that Plaintiffs' counsel will have had only three business days since meeting with Plaintiff PATRICK THOMPSON and two business days since being engaged to prepare the responses to all of the above-stated motions and particularly since Plaintiffs have not conducted any discovery, including depositions, interrogatories or requests to produce.

13.    That Plaintiffs' counsel has consulted with Howard Small, attorney for the City of Urbana; Dave Krchak, Attorney for City of Champaign; and Jerome Lyke, attorney for Champaign County, and each of them objects to an extension of time for Plaintiffs to respond to the above-stated motions.

14.    That no prejudice will be caused to Defendants if Plaintiffs are granted an extension of time of 14 days in which to respond to Defendants' motions listed above, now that they have obtained counsel.

15.    That in the interest of justice, this case should not be decided on inadequate responses resulting from the Plaintiffs' financial inability to obtain counsel at an earlier date, but rather on the facts and law applied to the facts of the case.

WHEREFORE, Plaintiffs PATRICK THOMPSON, MARTEL MILLER, and VEYA, INC. pray that this Court grant an enlargement of time of fourteen days in which to respond to motions to dismiss [42], [51], [53], [58] and Motion for Summary Judgment [55].


Respectfully submitted,


PATRICK THOMPSON, MARTEL
MILLER and VEYA, INC., Plaintiffs

By: s/ Ruth E. Wyman
Ruth E. Wyman, one of their attorneys

Ruth E. Wyman
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net


## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2006,  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


Howard W. Small        hwslaw@shout.net

David E. Krchak        krchak@tmh-law.com

James D. Green        jim@tmh-law.com

Jerome P. Lyke        jeromelyke@yahoo.com

By: s/ Ruth E. Wyman
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: (217) 355-5660
Facsimile: (217) 355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net