UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER and PATRICK THOMPSON, VEYA, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) 05-2142 |
| CITY OF CHAMPAIGN, CITY MANAGER STEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R.T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT. DAVID GRIFFET, OFFICER JUSTUS CLINTON, OFFICER MICHAEL PYBURN, and UNKNOWN OFFICER, All in Their Individual and Official Capacity, CHAMPAIGN COUNTY, STATE'S ATTORNEY JOHN PILAND, ASST. STATES ATTORNEY ELIZABETH DOBSON, All in Their Individual and Official Capacity, CITY OF URBANA, ASSISTANCE CHIEF OF POLICE MIKE BILY, All in Their Individual and Official Capacity, | ) JURY DEMAND ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**UNOPPOSED MOTION TO FILE/ UPLOAD PLAINTIFFS' RESPONSES AFTER 5:00PM ON NOVEMBER 29TH, 2006**

NOW COME the Plaintiffs' MARTEL MILLER, PATRICK THOMPSON, and VEYA INC.,

and hereby request leave of Court to file/ upload Plaintiffs' responses to pending motions after

5:00pm on November 29th, 2006 and support there of state and show as follows:

1. That Plaintiffs' responses to Defendants' pending motions are due to be filed with

   this Court on November 29th, 2006.

2. That Attorney Ruth Wyman is before the 7th Circuit Court of Appeal in Chicago and is not expected to return until the late afternoon/ early evening of November 29th, 2006.

3. That Attorney Robert Kirchner is scheduled for hearing all day in Coles County Illinois and is expected to return in the late afternoon/ early evening of November 29th, 2006.

4. That this Court's local rules fix the date of filing at 5:00pm.

5. That Plaintiffs' intend to file/ upload their responses to all pending motions on November 29th, 2006 but, most likely, will be unable to do so until after 5:00pm.

6. That the undersigned has personally consulted with the Attorneys/ firms of record- Attorney Jerry Lyke, Attorney David Krchak, and Attorney Marc Ansel (on behalf of Howard Small) and Defendants' counsel has no objection to Plaintiffs' request.

WHEREFORE the Plaintiffs PATRICK THOMPSON, MARTEL MILLER, and VEYA, INC. request that this Court grant leave to file/ upload Plaintiffs' responses to all pending motions after 5:00pm on November 29th, 2006.

> Respectfully submitted,
>
> PATRICK THOMPSON, MARTEL MILLER and VEYA, INC., Plaintiffs
>
> **By: s/ Robert G. Kirchner**
> Robert G. Kirchner, one of their attorneys

Prepared by:
Robert G. Kirchner
Attorney at Law
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675

rgk-kirchnerlaw@sbcglobal.net

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Howard W. Small     hwslaw@shout.net

David E. Krchak     krchak@tmh-law.com

James D. Green      jim@tmh-law.com

Jerome P. Lyke      jeromelyke@yahoo.com


**By: s/ Robert G. Kirchner**
Robert G. Kirchner
One of the Attorneys for Plaintiffs
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: (217) 355-5660
Facsimile: (217) 355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net