# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER and PATRICK THOMPSON, VEYA, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 05-2142 |
| ) | |
| CITY OF CHAMPAIGN, CITY MANAGER STEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R.T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT. DAVID GRIFFET, OFFICER JUSTUS CLINTON, OFFICER MICHAEL PYBURN, and UNKNOWN OFFICER, All in Their Individual and Official Capacity, CHAMPAIGN COUNTY, STATE'S ATTORNEY JOHN PILAND, ASST. STATES ATTORNEY ELIZABETH DOBSON, All in Their Individual and Official Capacity, CITY OF URBANA, ASSISTANCE CHIEF OF POLICE MIKE BILY, All in Their Individual and Official Capacity, ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL
(City Attorney Fred Stavins)

NOW COME the Plaintiffs MARTEL MILLER, PATRICK THOMPSON, and VEYA INC., by and through their attorneys ROBERT G. KIRCHNER LAW OFFICE and hereby file a Notice of Dismissal, without prejudice, in accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure as to "City Attorney Fred Stavins ", a named Defendant herein and in

-1-

support thereof states that said Defendant has not filed an answer or a motion for summary judgment, although it has filed a Rule 12(b)(6) Motion to Dismiss [42].

Respectfully submitted,

PATRICK THOMPSON, MARTEL MILLER and VEYA, INC., Plaintiffs

**By: s/ Robert G. Kirchner**
Robert G. Kirchner Bar Number 6182070
Attorney for Plaintiffs
Robert G. Kirchner Law Office
100 Trade Centre Drive Suite 402
Champaign, IL 61820
Email: rgk-kirchnerlaw@sbcglobal.net

**By: s/ Ruth E. Wyman**
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Howard W. Small        hwslaw@shout.net

David E. Krchak        krchak@tmh-law.com

James D. Green         jim@tmh-law.com

Jerome P. Lyke         jeromelyke@yahoo.com

**By: s/ Robert G. Kirchner**
Robert G. Kirchner
One of the Attorneys for Plaintiffs
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: (217) 355-5660
Facsimile: (217) 355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

**By: s/ Ruth E. Wyman**
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net