## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER and PATRICK THOMPSON, VEYA, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | 05-2142 |
| ) | |
| CITY OF CHAMPAIGN, CITY ) | JURY DEMAND |
| MANAGER STEVE CARTER, ) | |
| CITY ATTORNEY FRED STAVINS, ) | |
| CHIEF OF POLICE R.T. FINNEY, ) | |
| DEPUTY CHIEF JOHN MURPHY, ) | |
| DEPUTY CHIEF TROY DANIELS, ) | |
| LT. JOHN SWENSON, SGT. DAVID ) | |
| GRIFFET, OFFICER JUSTUS ) | |
| CLINTON, OFFICER MICHAEL ) | |
| PYBURN, and UNKNOWN OFFICER, ) | |
| All in Their Individual and Official ) | |
| Capacity, CHAMPAIGN COUNTY, ) | |
| STATE'S ATTORNEY JOHN PILAND, ) | |
| ASST. STATES ATTORNEY ) | |
| ELIZABETH DOBSON, All in Their ) | |
| Individual and Official Capacity, CITY ) | |
| OF URBANA, ASSISTANCE CHIEF OF ) | |
| POLICE MIKE BILY, All in Their ) | |
| Individual and Official Capacity, ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF DISMISSAL**
(City Manager Steve Carter)

NOW COME the Plaintiffs MARTEL MILLER, PATRICK THOMPSON, and VEYA INC., by and through their attorneys ROBERT G. KIRCHNER LAW OFFICE and hereby file a Notice of Dismissal, without prejudice, in accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure as to " City Manager Steve Carter", a named Defendant herein and in

support thereof states that said Defendant has not filed an answer or a motion for summary judgment, although it has filed a Rule 12(b)(6) Motion to Dismiss [42].

Respectfully submitted,

PATRICK THOMPSON, MARTEL MILLER and VEYA, INC., Plaintiffs

**By: s/ Robert G. Kirchner**
Robert G. Kirchner Bar Number 6182070
Attorney for Plaintiffs
Robert G. Kirchner Law Office
100 Trade Centre Drive Suite 402
Champaign, IL 61820
Email: rgk-kirchnerlaw@sbcglobal.net

**By: s/ Ruth E. Wyman**
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Howard W. Small     hwslaw@shout.net

David E. Krchak     krchak@tmh-law.com

James D. Green      jim@tmh-law.com

Jerome P. Lyke      jeromelyke@yahoo.com

**By: s/ Robert G. Kirchner**
Robert G. Kirchner
One of the Attorneys for Plaintiffs
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: (217) 355-5660
Facsimile: (217) 355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

**By: s/ Ruth E. Wyman**
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net