**E-FILED**
Wednesday, 06 December, 2006  08:45:29 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARTEL MILLER, PATRICK THOMPSON, and VEYA, INC., | ) ) ) | 05-2142 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF CHAMPAIGN, CITY MANAGER STEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R.T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT. DAVID GRIFFET, OFFICER JUSTUS CLINTON, OFFICER MICHAEL PYBURN, and UNKNOWN OFFICER, all in their individual and official, capacity, CHAMPAIGN COUNTY STATE'S ATTORNEY JOHN PILAND, ASST. STATE'S ATTORNEY ELIZABETH DOBSON, all in their individual and official capacity, CITY OF URBANA, ASSISTANT CHIEF OF POLICE MIKE BILY, all in their individual and official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

  The plaintiffs commenced this action over a year ago.  They assert various violations of their constitutional rights arising from an eavesdropping and videotaping incident involving, at one point or another, various city and county officials.

  The plaintiffs are not sophisticated pro se litigants.  Their progress was complicated by Patrick Thompon's detention at the Champaign County Correctional Center for much of the pendency of this suit.  Martel Miller found it difficult to proceed without Mr. Thompson. Consequently, the case has progressed at a snail's pace as the plaintiffs amended their complaint, the defendants filed motions to dismiss or for summary judgment, new defendants were added, new motions to dismiss were filed, and so on.

1

There are now pending four motions to dismiss and one motion for summary judgment. Counsel recently entered an appearance for the plaintiffs and responded to the motions to dismiss and motion for summary judgment, asserting additional details and adding great clarity to the plaintiffs' allegations.

Now that counsel has conducted an initial investigation of the facts (as demonstrated by the fact-specific responses to the pending motions), it would enhance the progression of this case if plaintiffs' counsel were to amend the complaint consistent with Federal Rules of Civil Procedure 8(a) and 11.[1] Consequently, the court orders plaintiffs' counsel to file, on or before January 2, 2007, a third amended complaint asserting the potentially meritorious claims against the appropriate defendants. Because the defendants' motions pertain to the second amended complaint, their motions [#42, #51, #53, #55 and #58] are denied as moot. The defendants shall file their answers or other responses on or before January 23, 2007.

Entered this 6th day of December, 2006.

**s\Harold A. Baker**

_____

HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE

---

[1] The court does not imply that the previous complaints violated Rule 11. However, counsel is in a better position to file a pleading that adheres to the provisions of Rule 11(b) by limiting the complaint to potentially meritorious claims against the proper defendants.

2