UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARTEL MILLER and PATRICK THOMPSON, VEYA, Inc. | ) | |
|     Plaintiffs, | ) ) ) | |
| vs. | ) ) | No.   05-2142 |
| CITY OF CHAMPAIGN, CITY MANAGER STEVE CARTER, CITY ATTORNEY FRED STAVINS, CHIEF OF POLICE R.T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT. DAVID GRIFFET, OFFICER JUSTUS CLINTON, OFFICER MICHAEL PYBURN, and unknown Officer, all in their individual and official capacity. | ) ) ) ) ) ) ) ) | |
| CHAMPAIGN COUNTY STATES ATTORNEY JOHN PILAND, ASSISTANT STATES ATTORNEY ELIZABETH DOBSON, All in their individual and official capacity. | ) ) ) ) | |
| CITY OF URBANA, ASSISTANT CHIEF OF POLICE MIKE BILY, All in their individual and official capacity.     Defendants. | ) ) ) ) | |

**ENTRY OF APPEARANCE**

    Additional appearance is hereby filed by the undersigned as attorney for defendants, CITY OF URBANA and MIKE BILY.  The undersigned certifies that he is admitted to practice in this Court.

    CITY OF URBANA and MIKE BILY, Defendants

    By: Law Office of Ansel & Small, Ltd.

**s/ Stanley E. Freeman**
Stanley E. Freeman, Illinois Bar No.  6198780
Attorney for Defendant
LAW OFFICE OF ANSEL & SMALL, LTD.
41 E. University Ave., Suite 3A, P.O. Box 468
Champaign, IL 61824-0468
Telephone: (217) 359-0200
Facsimile: (217) 359-0888
E-mail:  sfreeman@shout.net

CERTIFICATE OF SERVICE

      I hereby certify that on <u>Wednesday, December 6, 2006</u>, I electronically filed the foregoing *Entry of Appearance* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Robert G. Kirchner, Robert G. Kirchner Law Office, 100 Trade Center Drive, Ste. 402
        Champaign, IL 61820 rgk-kirchnerlaw@sbcglobal.net    (Plaintiffs)

    Ruth E. Wyman, Robert G. Kirchner Law Office, 100 Trade Center Drive, Ste. 402
        Champaign, IL 61820 rw-kirchnerlaw@sbcglobal.net    (Plaintiffs)

    James D. Green, Thomas, Mamer & Haughey, 30 East Main Street, P.O. Box 560,
        Champaign, IL 61824-0560   jim@tmh-law.com    (City of Champaign)

    David E. Krchak, Esq., Thomas, Mamer & Haughey, 30 East Main Street, P.O. Box 560,
        Champaign, IL 61824-0560   krchak@tmh-law.com    (City of Champaign)

    Jerome Lyke, Esq., Flynn, Palmer & Tague, P.O. Box 1517, Champaign, IL 61824-1517
                  jeromelyke@yahoo.com    (Champaign County)

                        **s/ Stanley E. Freeman**

                        Stanley E. Freeman, Illinois Bar No.6198780
                        Attorney for Defendant
                        LAW OFFICE OF ANSEL & SMALL, LTD.
                        41 E. University Ave., Suite 3A, P.O. Box 468
                        Champaign, IL 61824-0468
                        Telephone: (217) 359-0200
                        Facsimile: (217) 359-0888
                        E-mail:  sfreeman@shout.net

Pursuant to Local Rule 11.2, lead counsel in the case will be:

Howard W. Small of the Law Office of Ansel & Small, Ltd.

41 East University Avenue, P.O. Box 468, Champaign, IL 61824-0468

Telephone: (217) 359-0200   Facsimile: (217) 359-0888   E-mail: hwslaw@shout.net