**E-FILED**
Wednesday, 03 January, 2007  04:51:17 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| MARTEL MILLER, PATRICK THOMPSON, and the VEYA, | ) | |
| FOUNDATION, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 05-2142 |
| | ) | JURY DEMAND |
| CITY OF CHAMPAIGN, R.T. FINNEY, JOHN MURPHY, | ) | |
| TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, | ) | |
| JUSTUS CLINTON, MICHAEL PYBURN, All in Their | ) | |
| Individual Capacities, ELIZABETH DOBSON, In Her | ) | |
| Individual Capacity, | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL
(Mike Bily)

NOW COME the Plaintiffs MARTEL MILLER, PATRICK THOMPSON, and VEYA INC.,

by and through their attorneys ROBERT G. KIRCHNER LAW OFFICE and hereby file a Notice

of Dismissal, without prejudice, in accordance with the provisions of Rule 41(a)(1) of the Federal

Rules of Civil Procedure as to "Mike Bily", a named Defendant herein and in support thereof states

that said Defendant has not filed an answer or a motion for summary judgment, although it has filed

a Rule 12(b)(6) Motion to Dismiss [51].


Respectfully submitted,

PATRICK THOMPSON, MARTEL MILLER
and VEYA, INC., Plaintiffs

**By: s/ Robert G. Kirchner**
Robert G. Kirchner Bar Number 6182070
Attorney for Plaintiffs

Robert G. Kirchner Law Office
100 Trade Centre Drive Suite 402
Champaign, IL 61820
Email: rgk-kirchnerlaw@sbcglobal.net

**By: s/ Ruth E. Wyman**
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Howard W. Small        hwslaw@shout.net

David E. Krchak        krchak@tmh-law.com

James D. Green         jim@tmh-law.com

Jerome P. Lyke         jeromelyke@yahoo.com

**By: s/ Robert G. Kirchner**
Robert G. Kirchner
One of the Attorneys for Plaintiffs
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: (217) 355-5660
Facsimile: (217) 355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

**By: s/ Ruth E. Wyman**
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office

100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net