UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

```
MARTEL MILLER and PATRICK      )
THOMPSON, VEYA, INC.,          )
                               )
        Plaintiffs,            )
                               )
   vs.                         )   No. 05-2142
                               )
CITY OF CHAMPAIGN, CITY        )
MANAGER STEVE CARTER, CITY     )
ATTORNEY FRED STAVINS, CHIEF   )
OF POLICE R.T. FINNEY, DEPUTY  )
CHIEF JOHN MURPHY, DEPUTY      )
CHIEF TROY DANIELS, LT. JOHN   )
SWENSON, SGT. DAVID GRIFFET,   )
OFFICER JUSTUS CLINTON,        )
OFFICER MICHAEL PYBURN, and    )
UNKNOWN OFFICER, All in Their  )
Individual and Official        )
Capacity, CHAMPAIGN COUNTY,    )
STATES ATTORNEY JOHN PILAND,   )
ASST. STATES ATTORNEY          )
ELIZABETH DOBSON, All in       )
Their Individual and Official  )
Capacity, CITY OF URBANA,      )
ASSISTANT CHIEF OF POLICE      )
MIKE BILY, All in Their        )
Individual and Official        )
Capacity,                      )
                               )
        Defendants.            )
```

**MOTION FOR EXTENSION OF TIME**

The undersigned counsel for Defendant, Elizabeth Dobson, is "under the weather" and therefore requests that the deadline for the filing of Defendant Dobson's response to Third Amended Complaint be continued to January 30, 2007.

                ELIZABETH DOBSON, Defendant

                BY:  FLYNN, PALMER & TAGUE

                By:  /s/  Jerome P. Lyke
                     Jerome P. Lyke
                     Illinois Bar No. 6182867
                     Flynn, Palmer & Tague
                     Attorney for Elizabeth Dobson
                     402 W. Church Street
                     P.O. Box 1517
                     Champaign, IL  61824-1517
                     Phone:   (217) 352-5181
                     Fax:     (217) 352-7964
                     jeromelyke@yahoo.com

```
              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF ILLINOIS
```

MARTEL MILLER and PATRICK         )
THOMPSON, VEYA, INC.,             )
                                  )
              Plaintiffs,         )
                                  )
    vs.                           )    No. 05-2142
                                  )
CITY OF CHAMPAIGN, CITY           )
MANAGER STEVE CARTER, CITY        )
ATTORNEY FRED STAVINS, CHIEF      )
OF POLICE R.T. FINNEY, DEPUTY     )
CHIEF JOHN MURPHY, DEPUTY         )
CHIEF TROY DANIELS, LT. JOHN      )
SWENSON, SGT. DAVID GRIFFET,      )
OFFICER JUSTUS CLINTON,           )
OFFICER MICHAEL PYBURN, and       )
UNKNOWN OFFICER, All in Their     )
Individual and Official           )
Capacity, CHAMPAIGN COUNTY,       )
STATES ATTORNEY JOHN PILAND,      )
ASST. STATES ATTORNEY             )
ELIZABETH DOBSON, All in          )
Their Individual and Official     )
Capacity, CITY OF URBANA,         )
ASSISTANT CHIEF OF POLICE         )
MIKE BILY, All in Their           )
Individual and Official           )
Capacity,                         )
                                  )
              Defendants.         )

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he did on the 22nd day of January, 2007, electronically file the foregoing Motion for Extension of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Howard W. Small
    hwslaw@shout.net

    David E. Krchak
    krchak@tmh-law.com

    James D. Green
    jim@tmh-law.com

Stanley E. Freeman
sfreeman@shout.net, ksh@shout.net

Robert G. Kirchner
rgk-kirchnerlaw@sbcglobal.net, bob@kirchner.us

Ruth E. Wyman
rw-kirchnerlaw@sbcglobal.net

By:    /s/  Jerome P. Lyke
Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Champaign County
402 W. Church Street
P.O. Box 1517
Champaign, IL  61824-1517
Telephone:  (217) 352-5181
Fax: (217) 352-7964
jeromelyke@yahoo.com