UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC. | ) ) ) |
| Plaintiffs, | ) ) |
| -v- | ) Case No. 05-2142 ) |
| CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, JUSTUS CLINTON, MICHAEL PYBURN, All in Their Individual Capacities, ELIZABETH DOBSON, In Her Individual Capacity, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**MOTION FOR SUMMARY JUDGMENT UNDER COUNT VI OF PLAINTIFFS'
THIRD AMENDED COMPLAINT**

NOW COME Defendants, DAVID GRIFFET and the CITY OF CHAMPAIGN, by their attorneys, David E. Krchak and James D. Green of Thomas, Mamer & Haughey, LLP, and for their Motion for Summary Judgment under Count VI of Plaintiffs' Third Amended Complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure, state as follows:

**INTRODUCTION**

1. Plaintiffs' Third Amended Complaint consists of seven counts, but the instant Motion for Summary Judgment merely concerns the allegations made by Plaintiff, Patrick Thompson, against Defendants, David Griffet and the City of Champaign, under Count VI.

2. Under Count VI, Plaintiff Thompson alleges that his constitutional rights were violated pursuant to §1981(a) on October 9, 2003, in connection with a racially motivated traffic stop.

3. Neither Defendant Griffet, a police officer, nor any other police officer employed by the City of Champaign Police Department had any contact with Plaintiff Thompson on October 9, 2003, and, therefore, Defendants could not have violated Plaintiff Thompson's constitutional rights at that time.

**UNDISPUTED MATERIAL FACTS**

4. Attached hereto and marked as Exhibit "1" is the Affidavit of Defendant, David Griffet, wherein he states:

   a. He did not have any contact with Patrick Thompson on October 9, 2003;

   b. Griffet did not stop, seize or detain Thompson in front of the Illini Union and did not subject Thompson to criminal prosecution or incarceration in connection with any traffic stop of Thompson on October 9, 2003.

5. Also attached hereto and marked as Exhibit "2" is the Affidavit of Veronica Laurel-Heugel wherein she states:

   a. She is the Records Manager/custodian of all business records of the Champaign Police Department, City of Champaign, Illinois;

   b. Her review of the business records of the Champaign Police Department demonstrate that neither Defendant David Griffet nor any other police officer/employee of the Champaign Police Department had any contact with Patrick Thompson on October 9, 2003, and that there are no records reflecting Patrick Thompson having been stopped, seized and/or detained on October 9, 2003, or being subject to criminal prosecution or incarceration in connection with any traffic stop of Patrick Thompson on October 9, 2003.

**ARGUMENT**

Because Defendant, David Griffet, a Champaign police officer, and no other Champaign police officer had contact with Plaintiff, Patrick Thompson, on October 9, 2003, there is no basis, as a matter of law, to Thompson's allegations of a racially motivated traffic stop on October 9, 2003 involving Defendant Griffet and the City of Champaign.

WHEREFORE, Defendants, David Griffet and the City of Champaign, pray that summary judgment be entered in their favor and against Plaintiff, Patrick Thompson, under Count VI of the Third Amended Complaint or for such other further relief as this Court deems just and proper.

    DAVID GRIFFET and CITY OF CHAMPAIGN, Defendants

    THOMAS, MAMER & HAUGHEY, LLP

    **/s/ James D. Green**
    _____
    David E. Krchak, No. 3127316
    James D. Green, No. 6203059

          Attorneys for Defendants
Thomas, Mamer & Haughey, LLP
30 E. Main, PO Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax:  (217) 351-2017
E-mail address:  jim@tmh-law.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Robert Kirchner | Mr. Jerome P. Lyke |
| Ms. Ruth Wyman | Flynn, Palmer & Tague |
| Kirchner Law Offices | P.O. Box 1517 |
| 100 Trade Centre Drive, Ste. 402 | Champaign, IL  61824-1517 |
| Champaign, IL  61820 | |

             **/s/ James D. Green**
             _____
             David E. Krchak, No. 3127316
             James D. Green, No. 6203059
             Attorneys for Defendants
             Thomas, Mamer & Haughey, LLP
             30 E. Main, PO Box 560
             Champaign, IL 61824-0560
             (217) 351-1500
             Fax:  (217) 351-2017
             E-mail address:  jim@tmh-law.com