UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC. | ) |
| Plaintiffs, | ) |
| -v- | ) Case No. 05-2142 |
| CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, JUSTUS CLINTON, MICHAEL PYBURN, All in Their Individual Capacities, ELIZABETH DOBSON, In Her Individual Capacity, | ) |
| Defendants. | ) |

## AFFIDAVIT OF DAVID GRIFFET

I, DAVID GRIFFET, being of lawful age and first duly sworn state as follows:

1. I am named as a Defendant in the above-captioned lawsuit.

2. At all times relevant hereto, I have been employed as a Sergeant with the City of Champaign Police Department, including the month of October 2003.

3. In connection with my service as a police officer/Sergeant with the City of Champaign Police Department, I had no contact Plaintiff Patrick Thompson on October 9, 2003.

4. I did not stop, seize or detain Plaintiff Thompson in front of the Illini Union on October 9, 2003.

5. I did not subject Plaintiff Thompson to criminal prosecution or incarceration in connection with any traffic stop conducted on Plaintiff Thompson on October 9, 2003.

6. The information contained in this Affidavit is based on my personal knowledge and I am competent to testify to this information.

_____
DAVID GRIFFET

Subscribed and Sworn to before me
this 21 day of January, 2007.

_____
NOTARY PUBLIC

OFFICIAL SEAL
MARK D AQUINO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/15/08

EXHIBIT
1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC.,<br><br>Plaintiffs,<br><br>-v-<br><br>CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, JUSTUS CLINTON, MICHAEL PYBURN, All in Their Individual Capacities, ELIZABETH DOBSON, In Her Individual Capacity,<br><br>Defendants. | Case No. 05-2142 |

### **AFFIDAVIT OF VERONICA LAUREL-HEUGEL**

I, VERONICA LAUREL-HEUGEL, being of lawful age and first duly sworn state as follows:

1. I am employed by the City of Champaign Police Department as its Records Manager.

2. As the Records Manager for the City of Champaign Police Department, I am the custodian for all business records of the police department, which includes all police reports and documents concerning police officer contacts with motorists and citizens.

3. I have reviewed the business records of the Department from October 9, 2003, and those records demonstrate that neither David Griffet, a Sergeant with the police department, nor any other police officer/employee of the Champaign Police Department had any contact with Patrick Thompson on October 9, 2003, and there are no records reflecting Patrick Thompson having been stopped, seized and/or detained on October 9, 2003, or subject to any criminal prosecution or incarceration in connection with any traffic stop on October 9, 2003, involving David Griffet or any other police officer/employee of the Champaign Police Department.

4. The information contained in this Affidavit is based on my personal knowledge and I am competent to testify to this information.

VERONICA LAUREL-HEUGEL

Subscribed and Sworn to before me this 19th day of January, 2007.

NOTARY PUBLIC

OFFICIAL SEAL
BEVERLY JEAN MEYERS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/03/08

EXHIBIT 2