E-FILED
Monday, 22 January, 2007   04:18:18 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC. | ) ) ) |
| Plaintiffs, | ) ) ) |
| -v- | ) ) Case No. 05-2142 |
| CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, JUSTUS CLINTON, MICHAEL PYBURN, All in Their Individual Capacities, ELIZABETH DOBSON, In Her Individual Capacity, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**MOTION TO DISMISS COUNTS II, III, IV, V AND VII OF PLAINTIFF'S THIRD AMENDED COMPLAINT**

NOW COME Defendants, CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET and JUSTUS CLINTON by their attorneys, David E. Krchak and James D. Green of Thomas, Mamer & Haughey, LLP, and move to dismiss Counts II, III, IV, V and VII of Plaintiff's Third Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and state:

1.      Plaintiffs Martel Miller, Patrick Thompson and the VEYA Foundation have filed a Third Amended Complaint which consists of seven counts. Count I is not directed against these Defendants.

2.      This Motion pertains to Counts II, III, IV, V and VII because Plaintiffs fail to state a cause of action upon which relief can be granted under these counts.

3.     With regard to Count VI, Defendants, David Griffet and the City of Champaign, have filed a Motion for Summary Judgment in a separate pleading.

## COUNT II

4.     Under Count II, Plaintiffs Miller, Thompson and VEYA allege that on August 7, 2004, Miller was using a camcorder that Thompson had purchased for the organization they founded, VEYA, Inc., to videotape Champaign police officers interacting with a bicyclist. According to Plaintiffs, Defendant, David Griffet, a City of Champaign police officer, seized the video recorder pursuant to the "instruction and authorization" of Assistant State's Attorney, Elizabeth Dobson.  (¶25, Count II)

5.     Defendants allege that Griffet's seizure and withholding of the video camera and video interfered with Plaintiff's filming and broadcasting of police officer interaction with citizens and thus violated their first and fourth amendment rights under the United States Constitution and the Illinois Constitution.

6.     Plaintiffs fail to state a cause of action against Defendant Griffet under Count III because Griffet, a police officer, was following the instruction and authorization of Dobson, an Assistant State's Attorney.  Griffet, therefore, is entitled to qualified immunity under Count III.

## COUNT III

7.     Under Count III, Plaintiffs Thompson and Miller allege that Defendants, R. T. Finney, John Murphy, Troy Daniels and John Swenson of the Champaign Police Department, authorized Dobson, an Assistant State's Attorney, to file charges against Thompson and Miller for violation of the Illinois Eavesdropping Act and that this amounted to retaliatory prosecution, in violation of Miller's and Thompson's first and fourth amendment rights under the United States and the Illinois Constitution.

8. Plaintiffs Miller and Thompson, however, allege that it was in fact the Assistant State's Attorney, Dobson, who "drafted and filed the Information alleging the offense of Eavesdropping (Class 1 Felony) against Plaintiff Miller." (¶40, Count III) It was also alleged that "Dobson filed criminal eavesdropping charges against Plaintiff Thompson in retaliation for his filming of police and citizen interactions in preparation of such filming for public access on television." (¶51, Count III) Miller and Thompson were also indicted for eavesdropping. (¶50, Miller Affidavit & ¶55, Thompson Affidavit, attached as Exhibits A & B, respectively, to Plaintiffs Third Amended Complaint) There is no allegation that any of the personnel of the Champaign Police Department (i.e. Police Chief Finney, Deputy Chiefs Murphy or Daniels or Lt. Swenson) provided any false or misleading information or withheld information to Dobson or the State's Attorney's office in connection with charges brought against Miller and Thompson. Plaintiffs do not allege that there was an absence of probable cause to charge them with eavesdropping.

9. Plaintiffs, therefore, do not state a cause of action against Finney, Murphy, Daniels or Swenson, all of whom are police personnel, for retaliatory prosecution.

## COUNT IV

10. Under Count IV, Plaintiffs Miller and Thompson allege that they were maliciously prosecuted by Defendants, Finney, Murphy, Daniels and Swenson (all of whom are police personnel) and Assistant State's Attorney, Dobson.

11. Once again, however, Plaintiffs allege that Dobson drafted and filed the charges against Miller and Thompson for violating the Eavesdropping Act and that they were indicted. (¶57, Count IV; ¶50, Miller Affidavit; ¶55, Thompson Affidavit)

12. Nowhere under Count IV is there an allegation that charges were filed against Miller and Thompson by any of the Defendant officers, Finney, Murphy, Daniels or Swenson.

3

13. In addition, there is no allegation that any of these Defendant officers provided misinformation or withheld information to the States Attorney's Office or the grand jury which resulted in false charges or an Indictment against either Plaintiff.

14. Plaintiffs, therefore, failed to state a cause of action for malicious prosecution against Finney, Murphy, Daniels and Swenson.

## COUNT V

15. Under Count V, Plaintiffs, Miller, Thompson and VEYA, allege that Defendants Griffet, Justus Clinton and Michael Pyborn, all of whom are Champaign police officers, and Prosecutor Dobson, unlawfully seized the video recorder and videotape from Miller on August 7, 2004.

16. Plaintiffs have not effected service of process on Defendant Pyborn and the undersigned attorneys have not entered their appearance on his behalf.

17. Clinton's and Griffet's seizure, according to Plaintiffs, was done "pursuant to the instruction and authorization of [Assistant State's Attorney] Elizabeth Dobson."  (80, Count V)

18. Plaintiffs, therefore, fail to state a cause of action under Count V against Defendants Clinton and Griffet for seizure because they are immune from liability pursuant to the Illinois Tort Immunity Act as their actions, performed at the direction of a prosecutor, were objectively reasonable and not willful and wanton, as a matter of law.

## COUNT VII

19. Under Count VII, the heading references a "Racially Motivated Traffic Stop on December 27th, 2003." However, there is no allegation as to which Defendant(s) Count VII is directed against or the name of the complaining party.

20. Although Plaintiff Thompson is the only Plaintiff referenced in Count VII (See: ¶s 90-99, Count VII), the prayer for relief says, "Plaintiffs pray for damages…" (emphasis added).

21. Although it is alleged that Defendant Griffet had contact with Plaintiff Thompson on December 27, 2003 (¶s 90-91, Count VII), there is no allegation that Griffet initiated a traffic stop on Thompson's car on that date.

22. Apparently, Thompson's car was stopped by Officer Lack whose first name and employer are not disclosed. (¶92, Count VII) Officer Lack is not named as a Defendant in the caption of the case.

23. In addition, there is no allegation that Officer Lack lacked reasonable suspicion, probable cause or any other legal basis to stop Thompson's car.

24. Plaintiffs, therefore, fail to state a cause of action for which this Court can grant relief under Count VII.

WHEREFORE, Defendants, City of Champaign, R. T. Finney, John Murphy, Troy Daniels,. John Swenson, David Griffet and Justus Clinton pray that Counts II, III, IV, V and VII of the Third Amended Complaint be dismissed with prejudice and an award of costs be entered in their favor.

CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON,  DAVID GRIFFET and JUSTUS CLINTON, Defendants

THOMAS, MAMER & HAUGHEY, LLP

**/s/ James D. Green**

David E. Krchak, No. 3127316
James D. Green, No. 6203059
Attorneys for Defendants
Thomas, Mamer & Haughey, LLP
30 E. Main, P.O. Box 560
Champaign, IL 61824-0560
(217) 351-1500

5

Fax:  (217) 351-2017
E-mail address:  jim@tmh-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

| | |
|---|---|
| Mr. Robert Kirchner | Mr. Jerome P. Lyke |
| Ms. Ruth Wyman | Flynn, Palmer & Tague |
| Kirchner Law Office | P.O. Box 1517 |
| 100 Trade Centre Drive, Suite 402 | Champaign, IL  61824-1517 |
| Champaign, IL  61820 | |

**/s/ James D. Green**

_____
James D. Green, No. 6203059
David E. Krchak, No. 3127316
Attorneys for Defendant
Thomas, Mamer & Haughey, LLP
30 E. Main, P.O. Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax:  (217) 351-2017
E-mail address:  jim@tmh-law.com