# IN THE CIRCUIT COURT OF CHAMPAIGN COUNTY, ILLINOIS

During the Month of ___SEPTEMBER___ A.D., 2004

THE PEOPLE OF THE STATE OF ILLINOIS

vs.

PATRICK D. THOMPSON

**FILED**
SIXTH JUDICIAL CIRCUIT
SEP 0 2 2004
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS

## INDICTMENT

### EAVESDROPPING

A TRUE BILL

_____
Foreman of the Grand Jury

### WITNESSES

David Griffet, IV, Champaign Police Department

Bond fixed in the amount of

$_____

_____
Judge


EXHIBIT A

STATE OF ILLINOIS            )
                             ) ss.        Criminal No. 04-CF- 1609
COUNTY OF CHAMPAIGN          )            Count     1

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, CHAMPAIGN COUNTY,

ILLINOIS, in the year of our Lord _____Two Thousand Four_____

THE GRAND JURORS, Chosen, selected and sworn in and for the County of Champaign in the name and by the authority of the State of Illinois, upon their oaths do present:

THAT _____PATRICK D. THOMPSON_____

late of said County, on or about June - July

in the year of our Lord _____Two Thousand Four_____ at and within

the said County of Champaign and State of Illinois aforesaid committed the offense of:

**FILED**
SIXTH JUDICIAL CIRCUIT
SEP 0 2 2004
Linda S. Frend
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY ILLINOIS

EAVESDROPPING - CLASS 1 FELONY,

In that the said defendant knowingly and intentionally used an eavesdropping device for the purpose of recording a conversation between Allen Wilson and David Griffet, IV, without the consent of Allen Wilson and David Griffet, IV, and that David Griffet, IV was a law enforcement officer engaged in the performance of official duties at the time of said recording, in violation of 720 Illinois Compiled Statutes, 5/14-2(a)(1)(A).

Contrary to the form of the Statute in such case made and provided and against the peace and dignity of the said People of the State of Illinois.

_____John C. Piland_____
John C. Piland, State's Attorney

JAN-14-2007 3:53PM    CITY OF CHAMPAIGN IT DEPT    2174038993    p.4

# IN THE CIRCUIT COURT OF CHAMPAIGN COUNTY, ILLINOIS

During the Month of __SEPTEMBER__ A.D., 2004

**THE PEOPLE OF THE STATE OF ILLINOIS**

vs.

**E. MARTEL MILLER**

**FILED**
SIXTH JUDICIAL CIRCUIT

SEP 0 2 2004

*Linda S. Frank*
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY ILLINOIS

## INDICTMENT

CT I – III  EAVESDROPPING

### A TRUE BILL

_____
Foreman of the Grand Jury

### WITNESSES

David Griffet, IV, Champaign Police Department - CT I & III
Joseph McCullough, University of Illinois Police Department - CT II

Bond fixed in the amount of

$ _____

_____
Judge

**EXHIBIT B**

JAN-14-2007  14:49    2174038993    96%

STATE OF ILLINOIS      )
                       ) ss.        Criminal No. __04-CF-1482__
COUNTY OF CHAMPAIGN    )            Count __I__

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, CHAMPAIGN COUNTY,

ILLINOIS, in the year of our Lord ____Two Thousand Four____

THE GRAND JURORS, Chosen, selected and sworn in and for the County of Champaign, in the name and by the authority of the State of Illinois, upon their oaths do present:

THAT ____E. MARTEL MILLER____

late of said County, on the __7th__ day of __August__

in the year of our Lord ____Two Thousand Four____ at and within

the said County of Champaign and State of Illinois aforesaid committed the offense of:

**EAVESDROPPING-CLASS 1 FELONY,**

in that the said defendant knowingly and intentionally used an eavesdropping device for the purpose of recording a conversation between Joseph McCullough, Eric Vogt, and John Richert, without the consent of Joseph McCullough, Eric Vogt, and John Richert, and that Joseph McCullough and Eric Vogt were law enforcement officers engaged in the performance of their official duties at the time of said recording, in violation of 720 Illinois Compiled Statutes, 5/14-2(a)(1)(A).

FILED
SIXTH JUDICIAL CIRCUIT
SEP 0 2 2004
Linda S. F___
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY ILLINOIS

Contrary to the form of the Statute in such case made and provided and against the peace and dignity of the said People of the State of Illinois.

____John C. Piland____
John C. Piland, State's Attorney

STATE OF ILLINOIS ) 
) ss.         Criminal No. 04-CF-1482
COUNTY OF CHAMPAIGN )         Count: II

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, CHAMPAIGN COUNTY, ILLINOIS, in the year of our Lord __Two Thousand Four__

THE GRAND JURORS, Chosen, selected and sworn in and for the County of Champaign, in the name and by the authority of the State of Illinois, upon their oaths do present:

THAT __E. MARTEL MILLER__ late of said County, on the __7th__ day of __August__ in the year of our Lord __Two Thousand Four__ at and within the said County of Champaign and State of Illinois aforesaid committed the offense of:

EAVESDROPPING-CLASS 1 FELONY,

In that the said defendant knowingly and intentionally used an eavesdropping device for the purpose of recording a conversation between Michael Pyburn, Justus Clinton, and James Woods, without the consent of Michael Pyburn, Justus Clinton and James Woods, and that Michael Pyburn and Justus Clinton were law enforcement officers engaged in the performance of their official duties at the time of said recording, in violation of 720 Illinois Compiled Statutes, 5/14-2(a)(1)(A).

**FILED**
SIXTH JUDICIAL CIRCUIT
SEP 02 2004
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY ILLINOIS

Contrary to the form of the Statute in such case made and provided and against the peace and dignity of the said People of the State of Illinois.

_John C. Piland_
John C. Piland, State's Attorney

| | |
|---|---|
| STATE OF ILLINOIS ) | Criminal No. __04-CF-1482__ |
| ) ss. | Count __III__ |
| COUNTY OF CHAMPAIGN ) | |

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, CHAMPAIGN COUNTY, ILLINOIS, in the year of our Lord ____Two Thousand Four____

THE GRAND JURORS, Chosen, selected and sworn in and for the County of Champaign, in the name and by the authority of the State of Illinois, upon their oaths do present:

THAT ____E. MARTELL MILLER____

late of said County, on or about ____June-July____

in the year of our Lord ____Two Thousand Four____ at and within the said County of Champaign and State of Illinois aforesaid committed the offense of:

**EAVESDROPPING-CLASS 1 FELONY,**

In that the said defendant knowingly and intentionally used an eavesdropping device for the purpose of recording a conversation between himself and David Griffet, IV, without the consent of David Griffet, IV, and that David Griffet, IV was a law enforcement officer engaged in the performance of official duties at the time of said recording, in violation of 5/14-2(a)(1)(A).

**FILED**
SIXTH JUDICIAL CIRCUIT
SEP 0 2 2004
Linda S. Frank
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS

Contrary to the form of the Statute in such case made and provided and against the peace and dignity of the said People of the State of Illinois.

_John C. Piland_
John C. Piland, State's Attorney