AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Martel Miller, Patrick Thompson, and the VEYA, Foundation,

V.

City of Champaign, R.T. Finney, Michael Pyburn et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   05-2142

TO: (Name and address of Defendant)

Michael Pyburn
1163 NW Polk Ave.
Corvallis, OR 97330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820

an answer to the complaint (Third Amended) which is served on you with this summons, within \_\_\_20\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                              1/29/07
CLERK                                          DATE

s/V. Ball
(By) DEPUTY CLERK