```
              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF ILLINOIS


MARTEL MILLER and PATRICK    )
THOMPSON, VEYA, INC.,        )
                             )
          Plaintiffs,        )
                             )
     vs.                     )    No. 05-2142
                             )
CITY OF CHAMPAIGN, R.T.      )
FINNEY, JOHN MURPHY, TROY    )
DANIELS, JOHN SWENSON, DAVID )
GRIFFET, JUSTUS CLINTON,     )
MICHAEL PYBURN, All in Their )
Individual Capacities,       )
ELIZABETH DOBSON, in Her     )
Individual Capacity,         )
                             )
          Defendants.        )
```

**MOTION TO DISMISS**

Defendant, Elizabeth Dobson, by her attorneys, Flynn, Palmer & Tague, for her Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, states as follows:

1. Included herewith as Exhibit "A" is a copy of Senate Bill 1352.

2. Included herewith as Exhibit "B" is a copy of the transcript of the April 21, 1994, Senate Debates.

3. Included herewith as Exhibit "C" is a copy of the transcript of the May 18, 1994, Senate Debates.

4. Included herewith as Exhibit "D" is a copy of the transcript of the May 20, 1994, Senate Debates.

5. Counts I, III and IV of the Third Amended Complaint fail to state a claim upon which relief can be granted as to

Defendant, Elizabeth Dobson, as Defendant Dobson is entitled to absolute immunity.

    6.   Counts II and V of the Third amended Complaint fail to state a claim upon which relief can be granted as to Defendant, Elizabeth Dobson, as Defendant Dobson is entitled to qualified immunity.

    7.   Counts II and V of the Third Amended Complaint fail to state a claim upon which relief can be granted as to Defendant, Elizabeth Dobson, because the allegation that Defendant Dobson directed the police officer to seize the videotape and camcorder fails to state a Section 1983 violation against Defendant Dobson.

    WHEREFORE, Defendant, Elizabeth Dobson, prays that the Third Amended Complaint be dismissed with prejudice as to her.

    ELIZABETH DOBSON, Defendant

    BY:  FLYNN, PALMER & TAGUE

    By:  /s/ Jerome P. Lyke
        Jerome P. Lyke
        Illinois Bar No. 6182867
        Flynn, Palmer & Tague
        Attorney for Elizabeth Dobson
        402 W. Church Street
        P.O. Box 1517
        Champaign, IL  61824-1517
        Phone:   (217) 352-5181
        Fax:     (217) 352-7964
        jeromelyke@yahoo.com

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that he did on the 30th day of January, 2007, electronically file the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Howard W. Small
 hwslaw@shout.net

 David E. Krchak
 krchak@tmh-law.com

 James D. Green
 jim@tmh-law.com

 Stanley E. Freeman
 sfreeman@shout.net, ksh@shout.net

 Robert G. Kirchner
 rgk-kirchnerlaw@sbcglobal.net, bob@kirchner.us

 Ruth E. Wyman
 rw-kirchnerlaw@sbcglobal.net


    ELIZABETH DOBSON, Defendant

    BY: FLYNN, PALMER & TAGUE


    By: /s/ Jerome P. Lyke
    Jerome P. Lyke
    Illinois Bar No. 6182867
    Flynn, Palmer & Tague
    Attorney for Champaign County
    402 W. Church Street
    P.O. Box 1517
    Champaign, IL  61824-1517
    Telephone: (217) 352-5181
    Fax: (217) 352-7964
    jeromelyke@yahoo.com