UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON, and the VEYA, FOUNDATION, ) ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 05-2142 |
| ) | JURY DEMAND |
| CITY OF CHAMPAIGN, R.T. FINNEY, JOHN MURPHY, ) TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, ) JUSTUS CLINTON, MICHAEL PYBURN, All in Their ) Individual Capacities, ELIZABETH DOBSON, In Her ) Individual Capacity, ) Defendants. ) | |

CORRECTED CERTIFICATE OF COMPLIANCE

I hereby certify that the RESPONSE IN OPPOSITION TO MOTION TO DISMISS COUNTS II, III, IV, V, AND VII OF PLAINTIFFS' THIRD AMENDED COMPLAINT filed February 8, 2007 complies with the type volume limitation under Local Rule 7.1(B)(4)(b)(1) in that it has 24,996 characters.

**By: s/ Robert G. Kirchner**
Robert G. Kirchner Bar Number 6182070
Attorney for Plaintiffs
Robert G. Kirchner Law Office
100 Trade Centre Drive Suite 402
Champaign, IL 61820
Email: rgk-kirchnerlaw@sbcglobal.net

**By: s/ Ruth E. Wyman**
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net

CERTIFICATE OF SERVICE
I hereby certify that on this 9th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following:

Howard W. Small    hwslaw@shout.net

David E. Krchak    krchak@tmh-law.com

James D. Green    jim@tmh-law.com

Jerome P. Lyke    jeromelyke@yahoo.com


**By: s/ Robert G. Kirchner**
Robert G. Kirchner
One of the Attorneys for Plaintiffs
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: (217) 355-5660
Facsimile: (217) 355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

**By: s/ Ruth E. Wyman**
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675