```
              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF ILLINOIS

MARTEL MILLER and PATRICK   )
THOMPSON, VEYA, INC.,       )
                            )
              Plaintiffs,   )
                            )
    vs.                     )   No. 05-2142
                            )
CITY OF CHAMPAIGN, R.T.     )
FINNEY, JOHN MURPHY, TROY   )
DANIELS, JOHN SWENSON, DAVID)
GRIFFET, JUSTUS CLINTON,    )
MICHAEL PYBURN, All in Their)
Individual Capacities,      )
ELIZABETH DOBSON, in Her    )
Individual Capacity,        )
                            )
              Defendants.   )
```

## SUBMISSION OF NEW AUTHORITY

     Defendant, Elizabeth Dobson, by her attorneys, Flynn, Palmer & Tague, hereby submits as new authority in support of her Motion to Dismiss, <u>Redwood v. Dobson</u>, et al., 2007 U.S.App. LEXIS 2606, which was decided on February 7, 2007.

    At page 6 of the said case, the Court stated:

"No prosecutor handles a case in an isolation tank. Discussions with victims, witnesses and police are common. If these ordinary acts amount to 'conspiracy' to violate the Constitution, then immunities will be worthless and both witnesses and prosecutors would be induced to remain passive rather than enforce the criminal law vigorously."

                               ELIZABETH DOBSON, Defendant

                               BY:  FLYNN, PALMER & TAGUE

                               By:  /s/  Jerome P. Lyke
                                     Jerome P. Lyke
                                     Illinois Bar No. 6182867
                                     Flynn, Palmer & Tague
                                     Attorney for Champaign County
                                     402 W. Church Street
                                     P.O. Box 1517
                                     Champaign, IL  61824-1517
                                     Telephone:  (217) 352-5181
                                     Fax: (217) 352-7964
                                     jeromelyke@yahoo.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he did on the 12th day of February, 2007, electronically file the foregoing Submission of New Authority with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Howard W. Small
hwslaw@shout.net

David E. Krchak
krchak@tmh-law.com

James D. Green
jim@tmh-law.com

Stanley E. Freeman
sfreeman@shout.net, ksh@shout.net

Robert G. Kirchner
rgk-kirchnerlaw@sbcglobal.net, bob@kirchner.us

Ruth E. Wyman
rw-kirchnerlaw@sbcglobal.net

By:   /s/  Jerome P. Lyke
Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Champaign County
402 W. Church Street
P.O. Box 1517
Champaign, IL  61824-1517
Telephone:  (217) 352-5181
Fax: (217) 352-7964
jeromelyke@yahoo.com