UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON, and the VEYA, FOUNDATION, <br> Plaintiffs, <br> <br> v. <br> <br> CITY OF CHAMPAIGN, R.T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, JUSTUS CLINTON, MICHAEL PYBURN, All in Their Individual Capacities, ELIZABETH DOBSON, In Her Individual Capacity, <br> Defendants. | 05-2142 <br> JURY DEMAND |

**MOTION TO DISMISS COUNT VI OR CONSENT TO ITS DISMISSAL**

NOW COMES one of the Plaintiffs, PATRICK THOMPSON, by and through their attorneys, Robert G. Kirchner Law Office, and hereby moves to withdraw Count VI of Plaintiffs' Third Amended Complaint, or consents to the dismissal thereof, and in support thereof, states as follows:

1. That Plaintiff Patrick Thompson complained to the Champaign Police Department of action taken against him on October 9, 2003 by Officer Griffet and another unknown officer orally prior to December 10, 2003.

2. That on December 10, 2003, The City of Champaign Police Department wrote to Plaintiff Patrick Thompson in response, stating, "You complained that a Champaign Police Officer made a racially motivated traffic stop on you on October 9, 2003. The investigation determined there was ample evidence, including your own admission, that you committed a seat belt violation, which was probable cause for the stop."

3. That previous filings in this case referred to October 9, 2003 as the date of the incident.

4. That following the filing of the Motion for Summary Judgment Under Count VI of

Plaintiffs' Third Amended Complaint (#99), the undersigned counsel undertook communication with counsel for the City of Champaign and Defendant Griffet, specifically relating to the date of the incident.

5. That Plaintiffs' counsel is now convinced that the action complained of in Count VI of Plaintiffs' Third Amended Complaint took place on <u>November 9</u>, 2003, rather than October 9, 2003.

6. That the Plaintiffs hereby move to withdraw Count VI of Plaintiffs' Third Amended Complaint.

WHEREFORE, Plaintiffs hereby pray that this Court allow Plaintiffs to withdraw Count VI of Plaintiffs' Third Amended Complaint, or in the alternative, Plaintiff consents to the entry of an Order dismissing Count VI.

Respectfully submitted,

PATRICK THOMPSON, MARTEL MILLER and VEYA, Foundation, Plaintiffs

**By: s/ Robert G. Kirchner**
Robert G. Kirchner Bar Number 6182070
Attorney for Plaintiffs
Robert G. Kirchner Law Office
100 Trade Centre Drive Suite 402
Champaign, IL 61820
Email: rgk-kirchnerlaw@sbcglobal.net

**By: s/ Ruth E. Wyman**
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net

CERTIFICATE OF SERVICE

    I hereby certify that on this 15th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Howard W. Small     hwslaw@shout.net

David E. Krchak     krchak@tmh-law.com

James D. Green     jim@tmh-law.com

Jerome P. Lyke     jeromelyke@yahoo.com

**By: s/ Robert G. Kirchner**
Robert G. Kirchner
One of the Attorneys for Plaintiffs
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: (217) 355-5660
Facsimile: (217) 355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

**By: s/ Ruth E. Wyman**
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net