UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON, and the VEYA, Inc. <br>     Plaintiffs, <br><br> vs. <br><br> CITY OF CHAMPAIGN, CHIEF OF POLICE R.T. FINNEY, DEPUTY CHIEF JOHN MURPHY, DEPUTY CHIEF TROY DANIELS, LT. JOHN SWENSON, SGT. DAVID GRIFFET, OFFICER JUSTUS CLINTON, OFFICER MICHAEL PYBURN, All in Their Individual Capacities, ATTORNEY ELIZABETH DOBSON, In Her Individual Capacity. | No.   05-2142 |

## MOTION FOR ENTRY OF ORDER OF DISMISSAL

Defendant, MIKE BILY, by his attorney, Howard W. Small of the Law Office of Ansel & Small, Ltd., hereby moves the court to enter an Order of Dismissal in his favor, stating in support as follows:

1. On January 3, 2007 Plaintiff filed a Notice of Dismissal pursuant to Rule 41 in favor of Mike Bily.

2. On that same date Plaintiff filed a Third Amended Complaint, which did not contain any claims against Mike Bily.

3. It is apparently Plaintiff's intent that Mike Bily no longer be a party to this case. However, counsel on behalf of Mike Bily continues to receive notices and pleadings in this matter.

WHEREFORE, Defendant MIKE BILY prays that the court will enter a dismissal order in his favor, and formally terminate the case as to him.

MIKE BILY, Defendant

By:  Law Office of Ansel & Small, Ltd.

**s/ Howard W. Small**

        Howard W. Small, Illinois Bar No. 2636271  
        Attorney for Defendant  
        LAW OFFICE OF ANSEL & SMALL, LTD.  
        41 East University Avenue, Suite 3A, P.O. Box 468  
        Champaign, IL 61824-0468  
        Telephone: (217) 359-0200  
        Facsimile: (217) 359-0888  
        E-mail: hwslaw@shout.net

CERTIFICATE OF SERVICE

  I hereby certify that on   February 21, 2007  , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Robert G. Kirchner, Robert G. Kirchner Law Office, 100 Trade Center Drive, Ste. 402
   Champaign, IL 61820 rgk-kirchnerlaw@sbcglobal.net  (Plaintiffs)

 Ruth E. Wyman, Robert G. Kirchner Law Office, 100 Trade Center Drive, Ste. 402
   Champaign, IL 61820 rw-kirchnerlaw@sbcglobal.net  (Plaintiffs)

 James D. Green, Thomas, Mamer & Haughey, 30 East Main Street, P.O. Box 560,
   Champaign, IL 61824-0560 jim@tmh-law.com  (City of Champaign)

 David E. Krchak, Esq., Thomas, Mamer & Haughey, 30 East Main Street, P.O. Box 560,
   Champaign, IL 61824-0560 krchak@tmh-law.com  (City of Champaign)

 Jerome Lyke, Esq., Flynn, Palmer & Tague, P.O. Box 1517, Champaign, IL 61824-1517
      jeromelyke@yahoo.com  (Champaign County)

      **s/ Howard W. Small**
      Howard W. Small, Illinois Bar No. 2636271
      Attorney for Defendant
      LAW OFFICE OF ANSEL & SMALL, LTD.
      41 East University Avenue, Suite 3A, P.O. Box 468
      Champaign, IL 61824-0468
      Telephone: (217) 359-0200
      Facsimile: (217) 359-0888
      E-mail: hwslaw@shout.net

  Pursuant to Local Rule 11.2, lead counsel in the case will be:
  Howard W. Small of the Law Office of Ansel & Small, Ltd.
  41 East University Avenue, P.O. Box 468, Champaign, IL 61824-0468
Telephone: (217) 359-0200 Facsimile: (217) 359-0888 E-mail: hwslaw@shout.net