## SHERIFF'S RETURN OF SERVICE

| | |
|---|---|
| MARTEL MILLER, PATRIC THOMPSON and the VEYA FOUNDATION ) | DISTRICT COURT |
| ) | STATE OF ILLINOIS |
| ) | COUNTY OF |
| VS ) | COURT CASE: 05-2142 THIRD AMENDED |
| ) | |
| CITY OF CHAMPAIGN, R.T. FINEY, MICHAEL PYBURN ET AL ) | |
| ) | File:   07-282 |

STATE OF OREGON        )
COUNTY OF BENTON   ) S.S.

I hereby certify that on the 27th day of February, 2007, at the hour of 8:20 PM, the Benton County Sheriff's Office, by and through **CPL. RICH RIFFLE**, served **MICHAEL PYBURN** by:

XX   Personal Service (personally and in person)
___  Substitute Service (by serving a person over the age of 14 years, who resides at the usual place of abode of the within named)
___  Office Service (by serving the person apparently in charge)
___  Posting (said residence)
___  Mail (US Postal Service)

A certified (certified by: ) true copy of:

Together with a copy of: **Jury Demand Plaintiff's Third Amended Complaint/Exhibits A and B, Summons**

To: **MICHAEL PYBURN at 1163 NW POLK AVENUE, CORVALLIS  97330 - Personal Service**

ALL SEARCH AND SERVICE WAS MADE WITHIN THE COUNTY OF BENTON

Subscribed to and sworn to before me this 28th day of February, 2007.

Diana Simpson  Benton County Sheriff

**CPL. RICH RIFFLE**

Papers received from:
ROBERT G. KIRCHNER LAW OFFICE

100 TRADE CENTRE DEIVE, STE 402
CHAMPAIGN, IL 61820
217-355-5660

| Benton County Sheriff's Office 180 NW 5th St. Corvallis, OR 97330 | Service Fee  $28.00 Amount Paid $28.00 |
|---|---|
| Date: 2/28/2007 | Balance        $0.00 |

SUBSCRIBED AND SWORN TO BEFORE ME
This 28th Day of Feb, 2007
By  Cpl. Rich Riffle

OFFICIAL SEAL
JOYCE M. OLIVER
NOTARY PUBLIC-OREGON
COMMISSION NO. 388002
MY COMMISSION EXPIRES FEBRUARY 11, 2009

SHERIFF'S RETURN OF SERVICE – PAGE 1

AO 440 (Rev. 8/01) Summons in a Civil Action


BENTON COUNTY SHERIFF
CORVALLIS, OREGON
DEPUTY

# UNITED STATES DISTRICT COURT

District of _____

Martel Miller, Patrick Thompson, and the VEYA, Foundation,

V.

City of Champaign, R.T. Finney, Michael Pyburn et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-2142

TO: (Name and address of Defendant)

Michael Pyburn
1163 NW Polk Ave.
Corvallis, OR 97330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820

✓ (Third Amended)
an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: [signature] John M. Waters

DATE: 1/29/07

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      *Date*                      *Signature of Server*

                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.