UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC. | ) ) ) |
| Plaintiffs, | ) ) |
| -v- | ) ) Case No. 05-2142 |
| CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, JUSTUS CLINTON, MICHAEL PYBURN, All in Their Individual Capacities, ELIZABETH DOBSON, In Her Individual Capacity, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

David E. Krchak and James D. Green of Thomas, Mamer & Haughey, LLP, hereby enter their appearances as co-counsel for Defendant, MICHAEL PYBURN. We certify that we are admitted to practice in this Court.

CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET and JUSTUS CLINTON and MICHAEL PYBURN, Defendants

THOMAS, MAMER & HAUGHEY, LLP

**/s/ David E. Krchak**_____
David E. Krchak, No. 3127316

**/s/ James D. Green**_____
James D. Green, No. 6203059
Attorneys for Defendants
Thomas, Mamer & Haughey, LLP
30 E. Main, P.O. Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax: (217) 351-2017

E-mail address:  jim@tmh-law.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

| | |
|---|---|
| Mr. Robert Kirchner | Mr. Jerome P. Lyke |
| Ms. Ruth Wyman | Flynn, Palmer & Tague |
| Kirchner Law Office | P.O. Box 1517 |
| 100 Trade Centre Drive, Suite 402 | Champaign, IL  61824-1517 |
| Champaign, IL  61820 | |

                                            **/s/ James D. Green**

                                            _____
                                            James D. Green, No. 6203059
                                            David E. Krchak, No. 3127316
                                            Attorneys for Defendant
                                            Thomas, Mamer & Haughey, LLP
                                            30 E. Main, P.O. Box 560
                                            Champaign, IL 61824-0560
                                            (217) 351-1500
                                            Fax:  (217) 351-2017
                                            E-mail address:  jim@tmh-law.com