UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC. | ) ) ) |
| Plaintiffs, | ) ) ) |
| -v- | ) ) ) Case No. 05-2142 |
| CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, JUSTUS CLINTON, MICHAEL PYBURN, All in Their Individual Capacities, ELIZABETH DOBSON, In Her Individual Capacity, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### **DEFENDANT, MICHAEL PYBURN'S, MOTION TO DISMISS COUNT V OF PLAINTIFF'S THIRD AMENDED COMPLAINT**

NOW COMES Defendant, MICHAEL PYBURN, by his attorneys, David E. Krchak and James D. Green of Thomas, Mamer & Haughey, LLP, and in support of his Motion to Dismiss Count V of Plaintiff's Third Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) states as follows:

1. Plaintiffs Martel Miller, Patrick Thompson and the VEYA Foundation have filed a Third Amended Complaint which consists of seven counts. Only Count V is directed against Defendant, Michael Pyburn.

2. Plaintiffs fail to state a cause of action upon which relief can be granted under Count V.

3. Under Count V, Plaintiffs, Martel Miller, Patrick Thompson and VEYA allege that their video recorder and videotape were unlawfully seized on August 7, 2004.

4. Defendant, Justus Clinton, and Defendant, David Griffet's, seizure, according to Plaintiffs, was done "pursuant to the instruction and authorization of [Assistant State's Attorney] Dobson." (paragraph 80, Count V)

5. Defendant, Michael Pyburn, is only alleged to have driven away after the traffic stop of James Wood, but before the alleged seizure. (paragraph 76, Count V, paragraph 33 Miller Affidavit).

6. Plaintiff does not allege that Michael Pyburn was present at the time of the alleged seizure or that Michael Pyburn seized the video recorder or video tape.

7. Plaintiffs, therefore, fail to state a cause of action under Count V against Defendant, Michael Pyburn, for seizure because (1) they have not alleged that he was present at the time of the seizure of the video recorder and video tape, and/or (2) if he was involved in the seizure it was pursuant to the instruction and authorization of a county prosecutor.

8. Thus, he is immune from liability pursuant to the Illinois Tort Immunity Act, 745 ILCS 10/1-101 et seq. because his actions were not willful and wanton.

WHEREFORE, Defendant, Michael Pyburn, prays that Count V of the Third Amended Complaint be dismissed with prejudice as to Defendant, Michael Pyburn, and that and an award of costs be entered in his favor.

> CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, JUSTUS CLINTON, and MICHAEL PYBURN, Defendants
>
> THOMAS, MAMER & HAUGHEY, LLP
> **/s/ James D. Green**
> _____
> David E. Krchak, No. 3127316
> James D. Green, No. 6203059
> Attorneys for Defendants
> Thomas, Mamer & Haughey, LLP
> 30 E. Main, P.O. Box 560
> Champaign, IL 61824-0560
> (217) 351-1500
> Fax: (217) 351-2017
> E-mail address: jim@tmh-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

| | |
|---|---|
| Mr. Robert Kirchner | Mr. Jerome P. Lyke |
| Ms. Ruth Wyman | Flynn, Palmer & Tague |
| Kirchner Law Office | P.O. Box 1517 |
| 100 Trade Centre Drive, Suite 402 | Champaign, IL  61824-1517 |
| Champaign, IL  61820 | |

      **/s/ James D. Green**

_____
James D. Green, No. 6203059
David E. Krchak, No. 3127316
Attorneys for Defendant
Thomas, Mamer & Haughey, LLP
30 E. Main, P.O. Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax:  (217) 351-2017
E-mail address:  jim@tmh-law.com