E-FILED
Monday, 19 March, 2007  01:28:40 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC. | ) ) ) | |
| Plaintiffs, | ) ) | |
| -v- | ) ) | Case No. 05-2142 |
| CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, JUSTUS CLINTON, MICHAEL PYBURN, All in Their Individual Capacities, ELIZABETH DOBSON, In Her Individual Capacity, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT, MICHAEL PYBURN'S, MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS COUNT V OF PLAINTIFF'S THIRD AMENDED COMPLAINT**

NOW COMES Defendant, MICHAEL PYBURN, by his attorneys, David E. Krchak and James D. Green, of Thomas, Mamer & Haughey, LLP, and submits this Memorandum of Law in Support of Motion to Dismiss Count V of Plaintiff's Third Amended Complaint as follows:

Under Count V, Plaintiffs, Martel Miller, Patrick Thompson and VEYA apparently attempt to allege that Defendants, David Griffet, Justice Clinton and Michael Pyburn, who are Champaign police officers, and Elizabeth Dobson, an Assistant State's Attorney, unlawfully seized a video recorder and video tape from Martel Miller on August 7, 2004. Plaintiffs acknowledge that the seizure was conducted "pursuant to the instruction and authorization of [Assistant State's Attorney] Elizabeth Dobson" (paragraph 80, Count V), who had been conducting a ride along with Sgt. Griffet. (paragraph 79, Count V)

Defendant, Michael Pyburn, is only alleged to have driven away after the traffic stop involving James Wood prior to the seizure. (paragraph 76, Count V and paragraph 33, Miller Affidavit). Plaintiff does not allege that Michael Pyburn was present at the time of the alleged seizure or that Michael Pyburn actually seized the video recorder or video tape.

The Illinois Tort Immunity Act, 745 ILCS 10/2-202 et seq., provides that: "A public employee is not liable for his act or omission in the execution or enforcement of any law unless such act or omission constitutes willful and wanton conduct." Byrne v. City of Chicago, 215 Ill.App.3d 698, 709, 576 N.E.2d 19, 25 (1st Dist. 1991).

The actions of Pyburn were not willful and wanton in this case because he was not involved in the seizure of which Plaintiffs complain or, alternatively, the seizure of the video recorder and tape was conducted pursuant to the instruction and authorization of Assistant State's Attorney, Elizabeth Dobson and Pyburn would have been reasonable in relying upon this instruction. Therefore, his action could not have been willful and wanton and he is immune from liability under the Tort Immunity Act.

WHEREFORE, Defendant, MICHAEL PYBURN, prays that Count V of the Third Amended Complaint be dismissed with prejudice and an award of costs be entered in his favor.

> CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, JUSTUS CLINTON, and MICHAEL PYBURN, Defendants
>
> THOMAS, MAMER & HAUGHEY, LLP
> **/s/ David E. Krchak**
> _____
> David E. Krchak, No. 3127316
> James D. Green, No. 6203059
> Attorneys for Defendants
> Thomas, Mamer & Haughey, LLP
> 30 E. Main, P.O. Box 560
> Champaign, IL 61824-0560
> (217) 351-1500
> Fax: (217) 351-2017
> E-mail address: jim@tmh-law.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

| | |
|---|---|
| Mr. Robert Kirchner | Mr. Jerome P. Lyke |
| Ms. Ruth Wyman | Flynn, Palmer & Tague |
| Kirchner Law Office | P.O. Box 1517 |
| 100 Trade Centre Drive, Suite 402 | Champaign, IL  61824-1517 |
| Champaign, IL  61820 | |

                                    **/s/ James D. Green**

                                    _____
                                    James D. Green, No. 6203059
                                    David E. Krchak, No. 3127316
                                    Attorneys for Defendant
                                    Thomas, Mamer & Haughey, LLP
                                    30 E. Main, P.O. Box 560
                                    Champaign, IL 61824-0560
                                    (217) 351-1500
                                    Fax:  (217) 351-2017
                                    E-mail address:  jim@tmh-law.com