UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON, and the VEYA, FOUNDATION,<br>Plaintiffs,<br><br>v.<br><br>CITY OF CHAMPAIGN, R.T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, JUSTUS CLINTON, MICHAEL PYBURN, All in Their Individual Capacities, ELIZABETH DOBSON, In Her Individual Capacity,<br>Defendants. | 05-2142<br>JURY DEMAND |

**NOTICE OF DISMISSAL**
(Michael Pyburn and Justus Clinton)

NOW COME the Plaintiffs MARTEL MILLER, PATRICK THOMPSON, and VEYA FOUNDATION, by and through their attorneys ROBERT G. KIRCHNER LAW OFFICE and hereby file a Notice of Dismissal, without prejudice, in accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure only as to " Michael Pyburn " and "Justus Clinton", named Defendants herein and in support thereof state as follows:

1. That Defendant Michael Pyburn was originally named as a Defendant when this case was filed pro se on June 20, 2005.

2. That Plaintiffs were unable to serve the Defendant and have been informed and believe he was serving in the armed forces overseas.

3. That Plaintiffs became aware that Defendant Pyburn returned to the United States and effectuated service upon him on February 27, 2007.

4. That Defendant Pyburn was present at the time of the seizure of Plaintiffs' video recorder and video tape on August 7, 2004 and took Plaintiff Martel Miller's identification and told

        Plaintiff Martel Miller that he had been instructed to question Plaintiffs Miller and Thompson if he saw either of them video taping.

5. That Defendant Justus Clinton was present at the time of the seizure of Plaintiffs' video recorder and video tape on August 7, 2004 and purposely placed his voice on the interview that Plaintiff Miller was conducting with James Wood, as stated in *Plaintiffs' Third Amended Complaint* [#97], Count V, ¶¶ 76 and 77.

6. That Defendant Pyburn has not filed an Answer or a Motion for Summary Judgment, but has filed a Motion to Dismiss [#113].

7. That Defendant Clinton has not filed an Answer or a Motion for Summary Judgment in response to *Plaintiffs' Third Amended Complaint*, but, along with Defendants CITY OF CHAMPAIGN, R.T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, and DAVID GRIFFET, did file a *Motion to Dismiss Counts II, III, IV, V and VII of Plaintiff's Third Amended Complaint* [#100], and *Memorandum of Law In Support of Motion to Dismiss Counts II, II, IV, V and VII of Plaintiffs' Third Amended Complaint* [#101], to which Plaintiffs filed their *Response in Opposition to Motion to Dismiss Counts II, II, IV, V, and VII of Plaintiffs' Third Amended Complaint* [#105]

8. That this action remains pending as to all other named Defendants. Plaintiffs' Notice of Dismissal herein above is as to Defendants Michael Pyburn and Justus Clinton.

9. That the Plaintiffs have elected not to proceed with their claims as to Defendant Pyburn and Clinton, instead focusing resources and attention to the remaining claims and Defendants.

                                                  Respectfully submitted,

                                                  PATRICK THOMPSON, MARTEL MILLER
                                                  and VEYA FOUNDATION, Plaintiffs

                                        **By: s/ Robert G. Kirchner**
Robert G. Kirchner Bar Number 6182070
Attorney for Plaintiffs
Robert G. Kirchner Law Office
100 Trade Centre Drive Suite 402
Champaign, IL 61820
Email: rgk-kirchnerlaw@sbcglobal.net

**By: s/ Ruth E. Wyman**
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net

CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of March 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Howard W. Small | hwslaw@shout.net |
| David E. Krchak | krchak@tmh-law.com |
| James D. Green | jim@tmh-law.com |
| Jerome P. Lyke | jeromelyke@yahoo.com |

**By: s/ Robert G. Kirchner**
Robert G. Kirchner
One of the Attorneys for Plaintiffs
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: (217) 355-5660
Facsimile: (217) 355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

**By: s/ Ruth E. Wyman**
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff

Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675
E-mail: <u>rw-kirchnerlaw@sbcglobal.net</u>