UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON, and the VEYA FOUNDATION, <br> Plaintiffs, <br><br> v. <br><br> CITY OF CHAMPAIGN, R.T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, All in Their individual Capacities, ELIZABETH DOBSON, In Her Individual Capacity, <br> Defendants. | 05-CV-2142 <br> JURY DEMAND |

### STIPULATION OF DISMISSAL AS TO COUNT VI OF PLAINTIFFS' THIRD AMENDED COMPLAINT

NOW COME the Plaintiffs, MARTEL MILLER, PATRICK THOMPSON, and the VEYA FOUNDATION, by and through their attorneys, Robert G. Kirchner Law Office, and two of the Defendants, CITY OF CHAMPAIGN and DAVID GRIFFET, by and through their attorneys, Thomas, Mamer & Haughey, LLP, and pursuant to the Court's Text Order of May 21, 2007 and Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate as follows:

1. That Count VI of Plaintiffs' Third Amended Complaint should be dismissed with prejudice.

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON, and the VEYA FOUNDATION, <br> Plaintiffs, | CITY OF CHAMPAIGN and DAVID GRIFFETT, Defendants |
| By: s/ <u>Ruth E. Wyman</u> <br> Ruth E. Wyman Bar Number: 6284294 <br> One of the Attorneys for the Plaintiffs <br> Robert G. Kirchner Law Office <br> 100 Trade Centre Drive, Suite 402 <br> Champaign, IL 61820 | By: s/ <u>James D. Green</u> <br> James D. Green, No. 6203059 <br> One of the Attorneys for the Defendants <br> Thomas, Mamer & Haughey, LLP <br> 30 E. Main, PO Box 560 <br> Champaign, IL 61824-0560 |

Phone: 217-355-5660  
Facsimile: 217-355-5675  
E-mail: rw-kirchnerlaw@sbcglobal.net

(217)351-1500  
Fax: (217)351-2017  
E-mail address: jim@tmh-law.com

and  
s/Robert G. Kirchner  
Robert G. Kirchner Bar Number: 6182070  
One of the Attorneys for the Plaintiffs  
Robert G. Kirchner Law Office  
100 Trade Centre Drive, Suite 402  
Champaign, IL 61820  
Phone: 217-355-5660  
Facsimile: 217-355-5675  
E-mail: rw-kirchnerlaw@sbcglobal.net

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. James D. Green  
Mr. Dave Krchak  
Thomas, Mamer & Haughey, LLP  
30 E. Main, PO Box 560  
Champaign, IL 61824-0560

Mr. Jerome P. Lyke  
Flynn, Palmer & Tague  
PO Box 1517  
Champaign, IL 61824-1517

s/ Ruth E. Wyman  
Ruth E. Wyman Bar Number: 6284294  
One of the Attorneys for Plaintiff  
100 Trade Centre Drive, Suite 402  
Champaign, IL 61820  
Phone: (217) 355-5660  
Facsimile: (217) 355-5675  
E-mail: rw-kirchnerlaw@sbcglobal.net

and  
s/Robert G. Kirchner  
Robert G. Kirchner Bar Number: 6182070  
One of the Attorneys for the Plaintiffs  
Robert G. Kirchner Law Office  
100 Trade Centre Drive, Suite 402

Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net