UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MARTEL MILLER and PATRICK )
THOMPSON, VEYA, INC., )
 )
         Plaintiffs, )
 )
vs. ) No. 05-2142
 )
CITY OF CHAMPAIGN, R.T. )
FINNEY, JOHN MURPHY, TROY )
DANIELS, JOHN SWENSON, DAVID )
GRIFFET, JUSTUS CLINTON, )
MICHAEL PYBURN, All in Their )
Individual Capacities, )
ELIZABETH DOBSON, in Her )
Individual Capacity, )
 )
         Defendants. )

**ANSWER OF DEFENDANT, ELIZABETH DOBSON,
TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

    Defendant, Elizabeth Dobson, by her attorneys, Flynn, Palmer & Tague, for her Answer to Plaintiffs' Third Amended Complaint, states as follows:

### JURISDICTION AND VENUE

    1.    Defendant, Elizabeth Dobson, admits the allegations of Paragraph 1 of Plaintiffs' Third Amended Complaint.

    2.    Defendant, Elizabeth Dobson, admits the allegations of Paragraph 2 of Plaintiffs' Third Amended Complaint.

    3.    Defendant, Elizabeth Dobson, admits the allegations of Paragraph 3 of Plaintiffs' Third Amended Complaint.

    4.    Defendant, Elizabeth Dobson, admits the allegations of Paragraph 4 of Plaintiffs' Third Amended Complaint.

    5.    Defendant, Elizabeth Dobson, admits the allegations of Paragraph 5 of Plaintiffs' Third Amended Complaint.

6. Defendant, Elizabeth Dobson, admits the allegations of Paragraph 6 of Plaintiffs' Third Amended Complaint.

7. Defendant, Elizabeth Dobson, admits that Plaintiffs are bringing their claims pursuant to the provisions referred to in Paragraph 7 of Plaintiffs' Third Amended Complaint, but denies that she violated Plaintiffs' rights or breached any duty owed to them under common law.

## CLAIMS

### Count I
### Delegation of Duty to Prosecute (Due Process)

8 - 16.  Count I has been dismissed.

### Count II
### Unlawful Seizure and Prior Restraint

17. Defendant, Elizabeth Dobson, admits that Plaintiff, Martel Miller, was using a camcorder to videotape Champaign police officers interacting with a bicyclist, but is without knowledge or information sufficient to form a believe as to the truth of the remaining allegations of Paragraph 17 of Plaintiffs' Third Amended Complaint.

18. Defendant, Elizabeth Dobson, is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18 of Plaintiffs' Third Amended Complaint, but states that Defendant, David Griffet, told her there was audio on the videotape.

19. Defendant, Elizabeth Dobson, is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 19 of Plaintiffs' Third Amended Complaint.

20. Defendant, Elizabeth Dobson, is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 20 of Plaintiffs' Third Amended Complaint.

21. Defendant, Elizabeth Dobson, is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 21 of Plaintiffs' Third Amended Complaint.

22. Defendant, Elizabeth Dobson, is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 22 of Plaintiffs' Third Amended Complaint.

23. Defendant, Elizabeth Dobson, admits that Defendant Griffet arrived on the scene, but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 23 of Plaintiffs' Third Amended Complaint.

24. Defendant, Elizabeth Dobson, admits the allegations of Paragraph 24 of Plaintiffs' Third Amended Complaint.

25. Defendant, Elizabeth Dobson, admits that Defendant Griffet seized the video recorder utilized by Plaintiff Miller, denies that it was pursuant to her instruction or authorization and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 25 of Plaintiffs' Third Amended Complaint.

26. Defendant, Elizabeth Dobson, admits that Plaintiff Miller showed the video to Defendant Griffet, but denies the remaining allegations of Paragraph 26 of Plaintiffs' Third Amended Complaint.

27. Defendant, Elizabeth Dobson, is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 27 of Plaintiffs' Third Amended Complaint.

28. Defendant, Elizabeth Dobson, denies the allegations of Paragraph 28 of Plaintiffs' Third Amended Complaint.

29. Defendant, Elizabeth Dobson, denies the allegations of Paragraph 29 of Plaintiffs' Third Amended Complaint.

30. Defendant, Elizabeth Dobson, denies the allegations of Paragraph 30 of Plaintiffs' Third Amended Complaint.

WHEREFORE, Defendant, Elizabeth Dobson, prays that judgment be entered in her favor and against Plaintiffs on Count II of Plaintiffs' Third Amended Complaint and demands that the issues therein be tried by a jury.

Count III
Retaliatory Prosecution and Filing Charges Against Plaintiffs

31 - 56.    Count III has been dismissed as to Defendant Dobson.

Count IV
Malicious Prosecution of Plaintiffs

57.    Defendant, Elizabeth Dobson, admits the allegations of Paragraph 57 of Plaintiffs' Third Amended Complaint.

58.    Defendant, Elizabeth Dobson, admits the allegations of Paragraph 58 of Plaintiffs' Third Amended Complaint.

59.    Defendant, Elizabeth Dobson, admits the allegations of Paragraph 59 of Plaintiffs' Third Amended Complaint.

60.    Defendant, Elizabeth Dobson, admits the allegations of Paragraph 60 of Plaintiffs' Third Amended Complaint.

61.    Defendant, Elizabeth Dobson, admits that command officers communicated to Defendant Dobson the concurrence of the Chief of Police with the filing of criminal charges against Plaintiff Miller, but denies that Chief of Police Defendant Finney "authorized" charges.

62.    Defendant, Elizabeth Dobson, admits the allegations of Paragraph 62 of Plaintiffs' Third Amended Complaint.

63.    Defendant, Elizabeth Dobson, denies the allegations of Paragraph 63 of Plaintiffs' Third Amended Complaint.

64.    Defendant, Elizabeth Dobson, is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 64 of Plaintiffs' Third Amended Complaint.

65. Defendant, Elizabeth Dobson, admits that the case was maintained in support of the law enforcement officers as victims of the charged offense, but denies the remaining allegations of Paragraph 65 of Plaintiffs' Third Amended Complaint.

66. Defendant, Elizabeth Dobson, is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 66 of Plaintiffs' Third Amended Complaint.

67. Defendant, Elizabeth Dobson, is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 67 of Plaintiffs' Third Amended Complaint.

68. Defendant, Elizabeth Dobson, denies the allegations of Paragraph 68 of Plaintiffs' Third Amended Complaint.

69. Defendant, Elizabeth Dobson, admits the allegations of Paragraph 69 of Plaintiffs' Third Amended Complaint.

70. Defendant, Elizabeth Dobson, denies the allegations of Paragraph 70 of Plaintiffs' Third Amended Complaint.

71. Defendant, Elizabeth Dobson, denies the allegations of Paragraph 71 of Plaintiffs' Third Amended Complaint.

WHEREFORE, Defendant, Elizabeth Dobson, prays for judgment in her favor and against Plaintiffs on Count IV of Plaintiffs' Third Amended Complaint and demands that the issues therein be tried by a jury.

## Count V
### Seizure of Camcorder and Video

72 - 83.  Count V has been dismissed.

## Count VI
### Racially Motivated Traffic Stop on October 9, 2003

84 - 89.  Count VI has been dismissed.

<u>Count VII</u>
<u>Racially Motivated Traffic Stop on December 27, 2003</u>

90 - 99.   Count VII is not directed against Defendant Dobson.

ELIZABETH DOBSON, Defendant

By:   /s/  Jerome P. Lyke
Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Elizabeth Dobson
402 W. Church Street
P.O. Box 1517
Champaign, IL  61824-1517
Phone:        (217) 352-5181
Fax:            (217) 352-7964
jeromelyke@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he did on the 24th day of September, 2007, electronically file the foregoing Answer of Defendant, Elizabeth Dobson, to Plaintiffs' Third Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David E. Krchak
krchak@tmh-law.com

James D. Green
jim@tmh-law.com

Robert G. Kirchner
rgk-kirchnerlaw@sbcglobal.net

Ruth E. Wyman
rw-kirchnerlaw@sbcglobal.net

ELIZABETH DOBSON, Defendant

By:   /s/  Jerome P. Lyke
Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Champaign County
402 W. Church Street
P.O. Box 1517
Champaign, IL  61824-1517
Telephone:  (217) 352-5181
Fax:    (217) 352-7964
jeromelyke@yahoo.com

-6-