UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTEL MILLER and PATRICK THOMPSON, VEYA, INC., ) ) ) Plaintiffs, ) ) vs. ) ) CITY OF CHAMPAIGN, R.T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, JUSTUS CLINTON, MICHAEL PYBURN, All in Their Individual Capacities, ELIZABETH DOBSON, in Her Individual Capacity, ) ) ) ) ) ) ) ) ) ) Defendants. ) | No. 05-2142 |

### AFFIRMATIVE DEFENSES TO COUNT II OF PLAINTIFFS' THIRD AMENDED COMPLAINT

Defendant, Elizabeth Dobson, by her attorneys, Flynn, Palmer & Tague, for her Affirmative Defenses to Count II of Plaintiffs' Third Amended Complaint, states as follows:

1. There was probable cause that the seized camcorder and videotape were evidence of a crime and the seizure took place without a warrant because of exigent circumstances.

2. Defendant, Elizabeth Dobson, did not direct anyone to seize the camcorder and videotape.

3. Defendant, Elizabeth Dobson, is entitled to qualified immunity.

WHEREFORE, Defendant, Elizabeth Dobson, prays that judgment be entered in her favor and against Plaintiffs on Count II of Plaintiffs' Third Amended Complaint and demands that the issues herein be tried by a jury.

ELIZABETH DOBSON, Defendant

By:   /s/ Jerome P. Lyke
Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Elizabeth Dobson
402 W. Church Street
P.O. Box 1517
Champaign, IL 61824-1517
Phone: (217) 352-5181
Fax: (217) 352-7964
jeromelyke@yahoo.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he did on the 24th day of September, 2007, electronically file the foregoing Affirmative Defenses to Count II of Plaintiffs' Third Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| David E. Krchak<br>krchak@tmh-law.com | James D. Green<br>jim@tmh-law.com |
| Robert G. Kirchner<br>rgk-kirchnerlaw@sbcglobal.net | Ruth E. Wyman<br>rw-kirchnerlaw@sbcglobal.net |

ELIZABETH DOBSON, Defendant

By:   /s/ Jerome P. Lyke
Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Champaign County
402 W. Church Street
P.O. Box 1517
Champaign, IL 61824-1517
Telephone: (217) 352-5181
Fax: (217) 352-7964
jeromelyke@yahoo.com