UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC. | ) ) ) |
| Plaintiffs, | ) ) |
| -v- | ) Case No. 05-2142 ) |
| CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, and ELIZABETH DOBSON, | ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO SEVER COUNT VII

COME NOW, Defendants, CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON and DAVID GRIFFET, by their attorneys, David E. Krchak and James D. Green of Thomas, Mamer & Haughey, LLP, and in support of their Motion to Sever Count VII pursuant to Rule 21 of the Federal Rules of Civil Procedure, state as follows:

1.   At issue is whether Count VII of Plaintiff's Third Amended Complaint, the only pending count against Defendants, City of Champaign and David Griffet, should be severed from the other pending counts which concern other parties and unrelated questions of law and fact.

2.   Plaintiffs, Martel Miller, Patrick Thompson and VEYA Foundation filed a Third Amended Complaint on January 3, 2007, consisting of 7 counts.  The only pending counts are Count II against Defendant, Elizabeth Dobson (unlawful seizure); Count III against Defendants R. T. Finney, John Murphy, Troy Daniels and John Swenson (retaliatory prosecution); Count IV against Dobson, Finney, Murphy, Daniels and Swenson (malicious prosecution); and Count VII against City of Champaign and David Griffet (alleged racially motivated traffic stop).

3. Counts II, III and IV concern the seizure of a video recorder and a videotape in August 2004 and the filing of criminal charges against Plaintiffs Miller and Thompson in August-September 2004 for the alleged violation of the Illinois eavesdropping act.

4. Because Defendant Griffet has been dismissed from Counts II and V involving the seizure of the video recorder and tape, Griffet is no longer a party to any of the counts relating to seizure and the eavesdropping act.

5. Griffet and the City of Champaign remain as Defendants due to the unrelated allegations in Count VII by Plaintiff, Patrick Thompson, who alleges that he was subjected to a racially motivated traffic stop on December 27, 2003.

6. Accordingly, there are no common questions of law or fact involving the traffic stop of which Plaintiff Thompson complains of the City and Griffet under Count VII and Thompson's and Miller's claims involving the seizure of a videotape and the eavesdropping act under Counts II, III and IV wherein the City and Griffet are not Defendants.

WHEREFORE, Defendants, CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON and DAVID GRIFFET, pray that this Court grant their Motion to Sever Count VII of the Third Amended Complaint for purposes of discovery and trial.

> CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON and DAVID GRIFFET Defendants
>
> THOMAS, MAMER & HAUGHEY, LLP
>
> **/s/ James D. Green**
> _____
> David E. Krchak, No. 3127316
> James D. Green, No. 6203059

>                                   Attorneys for Defendants
>                                   Thomas, Mamer & Haughey, LLP
>                                   30 E. Main, P.O. Box 560
>                                   Champaign, IL 61824-0560
>                                   (217) 351-1500
>                                   Fax:  (217) 351-2017
>                                   E-mail address:  jim@tmh-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Mr. Robert Kirchner
Ms. Ruth Wyman
Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL  61820

Mr. Jerome P. Lyke
Flynn, Palmer & Tague
P.O. Box 1517
Champaign, IL  61824-1517

>                                   **/s/ James D. Green**
>                                   _____
>                                   James D. Green, No. 6203059
>                                   David E. Krchak, No. 3127316
>                                   Attorneys for Defendant
>                                   Thomas, Mamer & Haughey, LLP
>                                   30 E. Main, P.O. Box 560
>                                   Champaign, IL 61824-0560
>                                   (217) 351-1500
>                                   Fax:  (217) 351-2017
>                                   E-mail address:  jim@tmh-law.com