UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC. ) ) ) | |
| Plaintiffs, ) ) | |
| -v- ) ) | Case No. 05-2142 |
| CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, and ELIZABETH DOBSON, ) ) ) ) ) ) | |
| Defendants. ) | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO SEVER COUNT VII OF PLAINTIFF'S THIRD AMENDED COMPLAINT**

Defendants, CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON and DAVID GRIFFET, by their attorneys, David E. Krchak and James D. Green, of Thomas, Mamer & Haughey, LLP, submit this Memorandum of Law in Support of their Motion to Sever Count VII from the remaining counts of the Third Amended Complaint, Counts II, III and IV.

Rule 21 of the Federal Rules of Civil Procedure concerns misjoinder of parties and provides, in pertinent part, as follows:

> Parties may be dropped . . . by order of the court on motion of any party . . . on such terms as are just. Any claim against a party may be severed and proceeded with separately.

"The trial court has broad discretion to sever issues to be tried before it." Brunet v. United Gas Pipeline Co., 15 F.3d 500, 505 (5th Cir. 1994), citing F.R.C.P. 21. When ruling on a motion for severance, the trial court should consider the following factors:

1. whether the claims arise out of the same transaction or occurrence;

2. whether the claims present some common questions of law or fact;

3. whether settlement of the claims or judicial economy would be facilitated;

  4. whether prejudice would be avoided if severance were granted; and

  5. whether different witnesses and documentary proof are required for the separate claims.

(citations omitted)

<u>In Re: High Fructose Corn Syrup Antitrust Litigation</u>, 293 F.Supp.2d 854, 862, (C.D. Ill. 2003).

  In this case, the Court has the discretion to sever Count VII from Counts II, III and IV. Count VII involves an alleged racially motivated traffic stop of plaintiff Thompson on December 27, 2003, which did not arise out of the same occurrence for which plaintiffs Miller and Thompson complain under Count II against defendant Elizabeth Dobson (unlawful seizure of a videotape in August, 2004), Count III against defendants R. T. Finney, John Murphy, Troy Daniels and John Swenson (retaliatory prosecution in connection with eavesdropping by plaintiffs Miller and Thompson during June-August of 2004) and Count IV against Dobson, Finney, Murphy, Daniels and Swenson (malicious prosecution in connection with Eavesdropping Act violation during June-August of 2004 by plaintiffs Miller and Thompson).  Count VII, therefore, does not present common questions of law or fact with Counts II, III or IV.  In addition, Defendants would be prejudiced if severance were not granted because the jury would be considering Thompson's complaint regarding a traffic stop against the City of Champaign and Griffet at the same time that it considers unrelated claims by Miller and Thomspon against the other Defendants relating to the seizure of a videotape and subsequent prosecution of Miller and Thompson.

  Finally, there is no indication that any of the third party witnesses and documentary proof under Count VII will be needed under Counts II, III and IV.

Based on the foregoing, this Court should sever Count VII of the Third Amended Complaint from Counts II, III and IV for purposes of discovery and trial.

CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON,   DAVID GRIFFET, Defendants

THOMAS, MAMER & HAUGHEY, LLP

**/s/ James D. Green**
_____
David E. Krchak, No. 3127316
James D. Green, No. 6203059
Attorneys for Defendants
Thomas, Mamer & Haughey, LLP
30 E. Main, P.O. Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax:  (217) 351-2017
E-mail address:  jim@tmh-law.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

| | |
|---|---|
| Mr. Robert Kirchner<br>Ms. Ruth Wyman<br>Kirchner Law Office<br>100 Trade Centre Drive, Suite 402<br>Champaign, IL  61820 | Mr. Jerome P. Lyke<br>Flynn, Palmer & Tague<br>P.O. Box 1517<br>Champaign, IL  61824-1517 |

**/s/ James D. Green**
_____
James D. Green, No. 6203059
David E. Krchak, No. 3127316
Attorneys for Defendant
Thomas, Mamer & Haughey, LLP
30 E. Main, P.O. Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax:  (217) 351-2017
E-mail address:  jim@tmh-law.com
