UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARTEL MILLER, PATRICK THOMPSON, and the VEYA FOUNDATION, <br> Plaintiffs, <br><br> v. <br><br> CITY OF CHAMPAIGN, R.T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, All in Their individual Capacities, ELIZABETH DOBSON, In Her Individual Capacity, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br> 05-CV-2142 <br> JURY DEMAND |

**Plaintiffs' Response and Objection to Motion to Sever Count VII**

NOW COME the Plaintiffs, MARTEL MILLER, PATRICK THOMPSON, and the VEYA FOUNDATION, by and through their attorneys, Robert G. Kirchner Law Office, and pursuant to Rule 7.1 of the Local Rules of the Central District of Illinois, respond and object to the *Motion to Sever Count VII* filed by Defendants City of Champaign, R.T. Finney, John Murphy, Troy Daniels, John Swenson, and David Griffett as follows:

1.   Defendants City of Champaign, R.T. Finney, John Murphy, Troy Daniels, John Swenson, and David Griffett filed a *Motion to Sever Count VII* of Plaintiffs' Third Amended Complaint pursuant to Rule 21 of the Federal Rules of Civil Procedure stating that "there are no common questions of law or fact involving the traffic stop of which Plaintiff Thompson complains of the City and Griffet under Count VII and Thompson's and Miller's claims involving the seizure of a videotape and the eavesdropping act under Counts II, III and IV wherein the City and Griffet are not Defendants." (See ¶ 6 of Defendants' Motion to Sever Count VII)

2. That Defendants have not stated nor suggested how any of the defendants would be prejudiced if Count VII were not severed, nor have they suggested that said counts are improperly joined.

3. That a single trial fosters judicial efficiency and should not be ordered unless 'clearly necessary'. *Weatherill v. University of Chicago*, 565 F.Supp. 1553, 1566-67 (N.D. IL 1983), citing 5 *Moore's Federal Practice* ¶ 42.03[1], at 42-37 to 42-38 & n. 4 (1982), and Defendants have not demonstrated that separate trials are clearly necessary. Moreover, courts have discretion after discovery is complete to sever counts for trail (*Directtv, Inc. V. Hosey*, 289 F.Suypp.2d 1259, 1262 (D. Kan 2003) or provide a limiting instruction. (*Jeanty v. County of Orange*, 379 F.Supp.2d 533, 549-550 (SDNY 2005)

4. That there is a presumption that all claims in a case will be resolved in a single trial, and Defendants have not demonstrated any exceptional circumstances where there are special and persuasive reasons from departing from this practice. *Jeanty v. County of Orange*, 379 F.Supp.2d 533, 549 (SDNY 2005)

5. Absent a clear necessity to sever the counts, the burden of which Defendants have not met, the Court should consider the fact that multiple trials would create an intolerable burden on the trial courts and work against judicial economy. *Weatherill v. University of Chicago* 565 F.Supp. 1553, 1567 (N.D. IL 1983)

6. That in order to determine whether severance is appropriate, this Court should consider "(1) whether the issues sought to be tried separately are significantly different from another, (2) whether the separable issues require the testimony of different witnesses and different documentary proof, (3) whether the party opposing the severance will be

prejudiced if it is granted and (4) whether the party requesting the severance will be prejudiced if it is not granted." *Jeanty v. County of Orange* 379 F.Supp.2d 533, 548-49 (SDNY 1995)

7. That Defendants have not suggested that they would in any way be prejudiced if Count VII of Plaintiffs' Amended Complaint were not severed.

8. That in the present case, Defendants City of Champaign and Griffett are represented by the same attorneys as Defendants R.T. Finney, John Murphy, Troy Daniels, John Swenson, and thus there is no economic burden to Defendants in denying the request for severance.

9. That Plaintiffs believe, as stated in the affidavits attached to their Third Amended Complaint, that each defendants has information regarding all of the counts in Plaintiffs' Third Amended Complaint.

10. That Defendants Griffett and City of Champaign are witnesses to the other Counts of Plaintiffs' Third Amended Complaint, despite not being defendants in the other counts, and therefore will be deposed, either as witnesses or parties, regarding their knowledge of all issues.

11. That while there would be no economic prejudice to Defendants from not severing Count VII because of the attorneys for Griffett and City of Champaign are the same attorneys as Defendants R.T. Finney, John Murphy, Troy Daniels, John Swenson, as illustrated above, there would be economic prejudice to the Plaintiffs because each of the Defendants would be deposed either as a party or as a witness.

12. That if this Court determines that severance of Count VII should be allowed, that

severance should not take place prior to the completion of discovery on all counts.

WHEREFORE, Plaintiffs pray that this Court deny the *Motion to Sever Count VII* filed by Defendants City of Champaign, Griffett, R.T. Finney, John Murphy, Troy Daniels and John Swenson.

Respectfully Submitted,

 MARTEL MILLER, PATRICK THOMPSON, and the VEYA FOUNDATION,

By :s/ Ruth E. Wyman
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiffs

Ruth E. Wyman
Bar Number: 6284294
One of the Attorneys for the Plaintiffs
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. James D. Green | Mr. Jerome P. Lyke |
| Mr. Dave Krchak | Flynn, Palmer & Tague |
| Thomas, Mamer & Haughey, LLP | PO Box 1517 |
| 30 E. Main, PO Box 560 | Champaign, IL 61824-1517 |
| Champaign, IL 61824-0560 | |

        s/ Ruth E. Wyman
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: (217) 355-5660
Facsimile: (217) 355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net