UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARTEL MILLER and PATRICK THOMPSON, VEYA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 05-2142 |
| CITY OF CHAMPAIGN, R.T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, JUSTUS CLINTON, MICHAEL PYBURN, All in Their Individual Capacities, ELIZABETH DOBSON, in Her Individual Capacity, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME**

Defendant, Elizabeth Dobson, by her attorneys, Flynn, Palmer & Tague, hereby moves that the deadline for her initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) be extended to November 30, 2007. Counsel for Defendant, Elizabeth Dobson, has consulted with the attorneys for the Plaintiff and the Co-Defendants and represents that neither attorney objects to this Motion for Extension of Time.

ELIZABETH DOBSON, Defendant

BY:  FLYNN, PALMER & TAGUE

By:  /s/  Jerome P. Lyke
Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Elizabeth Dobson
402 W. Church Street
P.O. Box 1517
Champaign, IL  61824-1517
Phone:      (217) 352-5181
Fax:        (217) 352-7964
jeromelyke@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he did on the 19th day of November, 2007, electronically file the foregoing Motion for Extension of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David E. Krchak
krchak@tmh-law.com

James D. Green
jim@tmh-law.com

Robert G. Kirchner
rgk-kirchnerlaw@sbcglobal.net, bob@kirchner.us

Ruth E. Wyman
rw-kirchnerlaw@sbcglobal.net

By:   /s/ Jerome P. Lyke
Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Champaign County
402 W. Church Street
P.O. Box 1517
Champaign, IL 61824-1517
Telephone: (217) 352-5181
Fax:    (217) 352-7964
jeromelyke@yahoo.com