UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARTEL MILLER and PATRICK THOMPSON, VEYA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 05-2142 |
| CITY OF CHAMPAIGN, R.T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, and ELIZABETH DOBSON. | ) ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

NOW COME the Plaintiffs, PATRICK THOMPSON, MARTEL MILLER, and VEYA, INC., by and through their attorneys, Robert G. Kirchner Law Office, and pursuant to Local Rule 6.1 move for an enlargement of time to Nov. 30, 2007 in which to comply with the initial disclosure requirements of Fed. R. Civ. P. 26(f), and in support of said motion, state and show unto this honorable court as follows:

1. That this Court entered an Order on Nov. 14, 2007 ordering, *inter alia*, "At least 14 days prior to the scheduling conference, counsel must comply with the initial disclosure requirements of Fed. R. Civ. P. 26(f)." [Paragraph 3]

2. That the Scheduling conference under Fed. R. Civ. P. 26 is scheduled for Dec. 3, 2007.

3. That pursuant to the Court's Order, the initial disclosure requirements of Fed. R. Civ. P.26(f) are due this date, and therefore, this motion is timely.

4. That Plaintiffs' counsel has consulted with Defendants' counsels Jim Green representing

CITY OF CHAMPAIGN, R.T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET and Jerry Lyke representing ELIZABETH DOBSON, and neither opposes Plaintiffs' *Motion for Enlargement of Time*.

4. That no prejudice will be caused to Defendants if Plaintiffs' Motion for Enlargement of Time is granted.

WHEREFORE, Plaintiffs PATRICK THOMPSON, MARTEL MILLER, and VEYA, INC. pray that this Court grant an enlargement of time to Nov. 30, 2007 to comply with the initial disclosure requirements of Fed. R. Civ. P. 26(f).

>Respectfully submitted,
>
>PATRICK THOMPSON, MARTEL
>MILLER and VEYA, INC., Plaintiffs
>
>By: s/ Ruth E. Wyman _____
>Ruth E. Wyman, one of their attorneys

Ruth E. Wyman
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David E. Krchak      krchak@tmh-law.com

James D. Green        jim@tmh-law.com

Jerome P. Lyke        jeromelyke@yahoo.com


/s/ Ruth E. Wyman
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: (217) 355-5660
Facsimile: (217) 355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net