UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC. ) ) ) | |
| Plaintiffs, ) ) | |
| -v- ) ) | Case No. 05-2142 |
| CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, and ELIZABETH DOBSON, ) ) ) ) ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, I electronically filed the Certificate of Service for the foregoing:

- **Interrogatories Propounded to Plaintiff Miller by Defendants Finney and Murphy**
- **Interrogatories Propounded to Plaintiff Miller by Defendants Daniels and Swenson**
- **Interrogatories Propounded to Plaintiff Thompson by Defendants Finney and Murphy**
- **Interrogatories Propounded to Plaintiff Thompson by Defendants Daniels and Swenson**
- **Interrogatories Propounded to Plaintiff Thompson by Defendants City of Champaign and David Griffet**
- **Request to Produce to Plaintiff Miller by Defendants Finney, Murphy, Daniels and Swenson**
- **Request to Produce to Plaintiff Thompson by Defendants City of Champaign and David Griffet**

with the Clerk of the Court using the CM/ECF system, and that I mailed the foregoing documents by United States mail, postage fully prepaid, to the following CM/ECF participants:

Mr. Robert Kirchner
Ms. Ruth Wyman
Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL  61820

Mr. Jerome P. Lyke
Flynn, Palmer & Tague
P.O. Box 1517
Champaign, IL  61824-1517

**/s/ James D. Green**
_____
James D. Green, No. 6203059
David E. Krchak, No. 3127316
Attorneys for Defendant
Thomas, Mamer & Haughey, LLP
30 E. Main, P.O. Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax:  (217) 351-2017
E-mail address:  jim@tmh-law.com