

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

CHAMBERS OF
**DAVID G. BERNTHAL**
MAGISTRATE JUDGE

114 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TELEPHONE 217-373-5839
Fax 217-373-5840

# MEMORANDUM

November 26, 2007

**TO:**     Counsel Practicing in CD/IL (**Urbana Division Only**)

**FROM:**   David G. Bernthal
            U.S. Magistrate Judge

**RE:**     SUGGESTED FORM FOR *PROPOSED DISCOVERY PLAN*

**Pursuant to this Court's standard order setting Rule 16 hearings, the parties are directed to conduct a meeting pursuant to** FED. R. CIV. P. **Rule 26(f) at least 21 days before the scheduling conference is held.  The parties are directed to develop a proposed discovery plan which shall be submitted to the Court not less than fourteen (14) days prior to the scheduling conference.**

**We have had several inquiries about this Court's preference for the form in which proposed discovery plans are submitted.  Therefore, we have prepared the following sample to guide attorneys in preparing their proposed plan for submission to the Court.  The sample has been modified to reflect changes in the Federal Rules of Civil Procedure that became effective in December 2006.  It is not mandatory that the proposed plan be followed; the sample is offered only as a guide.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC.,  )<br><br>Plaintiffs,  )<br>v.  )<br>  )<br>CITY OF CHAMPAIGN, R.T. FINNEY,)<br>JOHN MURPHY, TROY DANIELS,  )<br>JOHN SWENSON, DAVID GRIFFET,  )<br>and ELIZABETH DOBSON,  )<br>  )<br>Defendants.  ) | Case No. 05-2142 |

### REPORT OF RULE 26(f) PLANNING MEETING

Plaintiffs being represented by Ruth E. Wyman of Kirchner Law Office and City of Champaign Defendants being represented by David E. Krchak and James D. Green of Thomas, Mamer & Haughey and Defendant Elizabeth Dobson being represented by Jerome P. Lyke of Flynn, Palmer & Tague, counsel met on Nov. 19, 2007 for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates[1] which counsel have agreed upon.

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by Nov. 30, 2007.

2. The deadline for amendment of pleadings is June 1, 2008.

3. The deadline for joining additional parties is June 1, 2008.

4. Plaintiff shall disclose experts and provide expert reports by July 15, 2008. Plaintiff shall make any such experts available for deposition by August 15, 2008.

5. Defendant shall disclose experts and provide expert reports by October 15, 2008. Defendant shall make any such experts available for deposition by November 15, 2008.

6. Discovery shall be modified as follows: N/A.

   (Use this space to add additional discovery limitations or deadlines.)

7. All discovery, including deposition of experts, is to be completed by December 15,

---

[1] See Section III of this Court's Rule 16 memo (also displayed on this website) for suggested time frames.

2008.

       8.  The deadline for filing case dispositive motions shall be February 15, 2009

       9.  If applicable, insert here any provisions for disclosure or discovery or electronically stored information and/or any agreements the parties reach for asserting claims of privilege or of protection as trial preparation materials after production. N/A


| Martel Miller, Patrick Thompson and Veya, Inc. | City of Champaign, R.T. Finney, John Murphy, Troy Daniels, John Swenson, David Griffet |
|---|---|
| Plaintiffs[2] | Defendants |

BY:   s/Ruth E. Wyman
       Ruth E. Wyman Bar #6284294
       Robert G. Kirchner Law Office
       One of the Attorneys for the Plaintiff
       100 Trade Centre Drive, Suite 402
       Champaign, IL 61820
       Phone: 217-355-5660
       Fax: 217-355-5675
       Email: rw-kirchnerlaw@sbcglobal.net

BY:   s/ James D. Green
       James D. Green Bar #6203059
       David E. Krchak Bar #3127316
       Thomas, Mamer & Haughey
       Attorneys for Defendants
       30 E. Main, PO Box 560
       Champaign, IL 61824-0560
       Phone: 217-351-1500
       Fax: 217-351-2017
       Email: jim@tmh-law.com

Elizabeth Dobson, Defendant

BY:   s/ Jerome P. Lyke
       Jerome P. Lyke Bar # 6182867
       Flynn, Palmer & Tague
       Attorney for Defendant Dobson
       402 W. Church St.
       PO Box 1517
       Champaign, IL 61820
       Phone: 217-352-5181
       Fax: 217-352-7964
       Email: jeromelyke@yahoo.com

---

[2] See this Court's Civil Administrative Procedures (specifically pp. 17-18) for instructions on electronic multiple signatures.

**The following Order area ↙ should be left blank for completion by the Court.**

# O R D E R

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a *telephone status conference* before _____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before _____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before _____ on _____ **(Case No. ___).**


**CERTIFICATE OF SERVICE**

I hereby certify that on Nov. 26, 2007, I electronically filed the foregoing Rule 26(f) Meeting Report together with proposed order, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James D. Green  jim@tmh-law.com
David E. Krchak  krchak@tmh-law.com
Jerome P. Lyke;  jeromelyke@yahoo.com


s/ Ruth E. Wyman
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiffs
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
Email: rw-kirchnerlaw@sbcglobal.net