UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC. | ) ) ) |
| Plaintiffs, | ) ) |
| -v- | ) Case No. 05-2142 ) |
| CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, and ELIZABETH DOBSON, | ) ) ) ) ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2007, Defendants, CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON and DAVID GRIFFET, submitted their **Rule 26(a)(1) Initial Disclosures** via United States Mail to the following attorneys:

Mr. Robert Kirchner
Ms. Ruth Wyman
Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL  61820

Mr. Jerome P. Lyke
Flynn, Palmer & Tague
P.O. Box 1517
Champaign, IL  61824-1517

I electronically filed the Certificate of Service with the Clerk of the Court using the CM/ECF system.

**/s/ James D. Green**
_____
James D. Green, No. 6203059
David E. Krchak, No. 3127316
Attorneys for Defendant
Thomas, Mamer & Haughey, LLP
30 E. Main, P.O. Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax:  (217) 351-2017
E-mail address:  jim@tmh-law.com