UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARTEL MILLER and PATRICK THOMPSON, VEYA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 05-2142 |
| CITY OF CHAMPAIGN, R.T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, and ELIZABETH DOBSON, | ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that he did on the 30th day of November, 2007, hand deliver Defendant Elizabeth Dobson's Rule 26(a)(1) Disclosures to the following:

Robert G. Kirchner
Ruth E. Wyman
Robert G. Kirchner Law Office
100 Trade Centre Dr., Suite 402
Champaign, IL  61820

James D. Green
David E. Krchak
Thomas, Mamer & Haughey, LLP
30 East Main Street
Champaign, IL  61820

By:    /s/  Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Elizabeth Dobson
402 W. Church Street
P.O. Box 1517
Champaign, IL  61824-1517
Telephone:  (217) 352-5181
Fax:     (217) 352-7964
jeromelyke@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he did on the 30th day of November, 2007, electronically file the foregoing Certificate of Compliance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David E. Krchak
krchak@tmh-law.com

James D. Green
jim@tmh-law.com

Robert G. Kirchner
rgk-kirchnerlaw@sbcglobal.net

Ruth E. Wyman
rw-kirchnerlaw@sbcglobal.net

By:   /s/  Jerome P. Lyke
Illinois Bar No. 6182867
Flynn, Palmer & Tague
Attorney for Elizabeth Dobson
402 W. Church Street
P.O. Box 1517
Champaign, IL  61824-1517
Telephone:  (217) 352-5181
Fax:     (217) 352-7964
jeromelyke@yahoo.com