UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARTEL MILLER, PATRICK THOMPSON, and the VEYA, FOUNDATION, <br> Plaintiffs, <br><br> v. <br><br> CITY OF CHAMPAIGN, R.T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, ELIZABETH DOBSON, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 05-2142 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, Plaintiffs, MARTEL MILLER, PATRICK THOMPSON, and the VEYA FOUNDATION, submitted their Rule 26(a)(1) Initial Disclosures via United States Mail and Facsimile to the following attorneys:

Mr. Jerome Lyke  
Attorney at Law  
Flynn, Palmer, & Tague  
P.O. Box 1517  
Champaign, IL 61824-1517  
Via Facsimile: 352-7964  

Mr. David Krchak  
Attorney at Law  
30 Main St.  
P.O. Box 560  
Champaign, IL 61824-0560  
Via Facsimile: 355-0087  

Mr. James D. Green  
Attorney at Law  
30 E. Main  
PO Box 560  
Champaign, IL 61824-0560  
Via Facsimile: 351-2169  

I electronically filed the Certificate of Service with the Clerk of the Court using the CM/ECF system.

By: s/ Ruth E. Wyman  
Ruth E. Wyman Bar Number: 6284294  
One of the Attorneys for the Plaintiff  
Robert G. Kirchner Law Office  
100 Trade Centre Drive, Suite 402  
Champaign, IL 61820  
Phone: 217-355-5660  
Facsimile: 217-355-5675  
E-mail: rw-kirchnerlaw@sbcglobal.net

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Howard W. Small       hwslaw@shout.net

David E. Krchak       krchak@tmh-law.com

James D. Green        jim@tmh-law.com

Jerome P. Lyke        jeromelyke@yahoo.com


**By: s/ Ruth E. Wyman**
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675