E-FILED
Monday, 03 December, 2007  11:31:24 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC., | ) ) ) | |
| Plaintiff, | ) | 05-2142 |
| v. | ) ) | |
| CITY OF CHAMPAIGN, R.T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, and ELIZABETH DOBSON, | ) ) ) ) ) | |
| Defendants. | ) | |

### CASE MANAGEMENT ORDER #1

This case is before the court pursuant to Fed. R. Civ. P. 16. The plaintiff appeared through Ruth Wyman, Esq. Defendants City of Champaign, R.T. Finney, John Murphy, Troy Daniels, John Swenson and David Griffet appeared through James D. Green, Esq. Defendant Elizabeth Dobson appeared through Jerome Lyke, Esq.

The parties have presented a proposed scheduling plan. The court adopts in part, amends, and supplements the parties' proposed discovery plan as follows:

1. All discovery, including deposition of experts, is to be completed by November 15, 2008.

2. The deadline for filing case dispositive motions shall be December 10, 2008.

3. A final pretrial conference is scheduled for February 26, 2009 at 1:30 p.m. by personal appearance.

4. Jury selection and jury trial are scheduled to begin on March 9, 2009 at 9:00 a.m. before the court sitting in Urbana, Illinois.

5. A telephone status conference will be held on March 17, 2008, at 1:30 p.m. or as soon thereafter as the court reaches the case. The court will initiate the call.

6. The court denies the motion to sever [121], at least as to discovery. However, Count VII may be severed for trial.

Enter this   3rd   of December, 2007.

**s/Harold A. Baker**
_____
Harold A. Baker
United States District Judge