E-FILED
Friday, 14 March, 2008  02:43:36 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC. | ) ) ) |
| Plaintiffs, | ) ) |
| -v- | ) Case No. 05-2142 ) |
| CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, and ELIZABETH DOBSON, | ) ) ) ) ) |
| Defendants. | ) |

# MOTION TO COMPEL

COME NOW, Defendants, CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON and DAVID GRIFFET, by their attorneys, David E. Krchak and James D. Green of Thomas, Mamer & Haughey, LLP, and in support of their Motion to Compel pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, state as follows:

1. On November 20, 2007, Defendants mailed discovery requests to Plaintiffs as follows:

- Interrogatories to Plaintiff Miller from Defendants Finney and Daniels.

- Interrogatories to Plaintiff Miller from Defendants Murphy and Swenson.

- Interrogatories to Plaintiff Thompson from Defendants Finney and Daniels.

- Interrogatories to Plaintiff Thompson from Defendants Murphy and Swenson.

- Interrogatories to Plaintiff Thompson from Defendant Griffet.

- Interrogatories to Plaintiff Thompson from Defendant City of Champaign.

- Request for Production of Documents to Plaintiff Miller from Defendants Finney, Murphy, Daniels and Swenson.

- Request for Production of Documents to Plaintiff Thompson from Defendants Finney, Murphy, Daniels and Swenson.

- Request for Production of Documents to Plaintiff Thompson from Defendants City of Champaign and Griffet.

2. Plaintiffs have failed to respond to the aforesaid discovery.

3. Defendants, therefore, hereby apply for an order compelling Plaintiffs to respond to the aforesaid discovery within seven (7) days.

4. The undersigned attorney has in good faith conferred with an attorney for Plaintiffs, Ruth Wyman, in an effort to secure discovery responses without court action as evidenced by his letter to Attorney Wyman dated January 25, 2008, attached hereto as Exhibit "A".

5. In addition, the undersigned attorney certifies he has conferred with Ms. Wyman by telephone regarding Plaintiffs' delinquent discovery.

6. The Affidavit of the undersigned attorney is attached as Exhibit "B".

WHEREFORE, Defendants, CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON and DAVID GRIFFET, hereby move for an order of Court compelling Plaintiffs to respond to their discovery requests within seven (7) days, and that the Court consider ordering Plaintiffs to pay the reasonable expenses incurred by Defendants in making this motion, including attorney's fees, or that the Court enter such other relief as it deems just and proper.

> CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON and DAVID GRIFFET Defendants
>
> THOMAS, MAMER & HAUGHEY, LLP
>
> **/s/ James D. Green**
> _____
> James D. Green, No. 6203059

        David E. Krchak, No. 3127316
        Attorneys for Defendants
        Thomas, Mamer & Haughey, LLP
        30 E. Main, P.O. Box 560
        Champaign, IL 61824-0560
        (217) 351-1500
        Fax: (217) 351-2017
        E-mail address: jim@tmh-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Mr. Robert Kirchner
Ms. Ruth Wyman
Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820

Mr. Jerome P. Lyke
Flynn, Palmer & Tague
P.O. Box 1517
Champaign, IL 61824-1517

        **/s/ James D. Green**
        _____
        James D. Green, No. 6203059
        David E. Krchak, No. 3127316
        Attorneys for Defendant
        Thomas, Mamer & Haughey, LLP
        30 E. Main, P.O. Box 560
        Champaign, IL 61824-0560
        (217) 351-1500
        Fax: (217) 351-2017
        E-mail address: jim@tmh-law.com