STUART M. MAMER
ROGER E. HAUGHEY
LOTT H. THOMAS
WILLIAM J. BRINKMANN
DAVID A. BAILE
CRAIG J. CAUSEMAN
RICHARD R. HARDEN
DAVID E. KRCHAK
BRUCE E. WARREN
JOHN M. STURMANIS
BIANCA T. GREEN
KENNETH D. REIFSTECK
MELISSA A. THOMAS
JAMES D. GREEN

MARK H. CHU
DEIDRA A. NORRIS
PENELOPE K. PARMER
DENISE K. BATES

# THOMAS, MAMER & HAUGHEY, LLP
LAWYERS
NATIONAL CITY BANK BUILDING
30 MAIN STREET, STE. 500
CHAMPAIGN, ILLINOIS 61820-3629
MAILING ADDRESS: PO BOX 560
CHAMPAIGN, ILLINOIS 61824-0560

JAMES G. THOMAS
(1901-1990)

WALLACE M. MULLIKEN
(1913-1967)

OF COUNSEL:
GEORGE S. MILLER

TELEPHONE: 217-351-1500
FAX: 217-351-2017
E-MAIL: tmh@tmh-law.com
www.tmh-law.com

January 25, 2008

Ms. Ruth Wyman
Kirchner Law Offices
100 Trade Centre Drive, Suite 402
Champaign, IL 61820

    RE:   Miller, et al. v. City of Champaign, et al.
           No. 05-2142; U.S. District Court, Central District of Illinois

Dear Ruth:

    This is just a reminder the Plaintiffs' discovery responses are overdue. I recognize that I consented to an extension due to the settlement conference. However, the following discovery, mailed to you on November 20, 2007, is overdue:

- Interrogatories to Plaintiff Miller for Finney and Daniels
- Interrogatories to Plaintiff Miller for Murphy and Swenson
- Interrogatories to Plaintiff Thompson from Finney and Daniels
- Interrogatories to Plaintiff Thompson from Murphy and Swenson
- Interrogatories to Plaintiff Thompson from Griffet
- Interrogatories to Plaintiff Thompson from City of Champaign
- Request for Production of Documents to Plaintiff Miller from Finney, Murphy, Daniels and Swenson
- Request for Production of Documents to Plaintiff Thompson from Finney, Murphy, Daniels and Swenson
- Request for Production of Documents to Plaintiff Thompson from City of Champaign and Griffet

    Please consider this my Rule 37(a)(1) good faith effort to confer with you regarding Plaintiffs' delinquent discovery so that we may avoid involvement of the Court.

    Thank you for your anticipated cooperation.



EXHIBIT A

THOMAS, MAMER & HAUGHEY, LLP

January 25, 2008
Page 2

                                      Very truly yours,
                                      THOMAS, MAMER & HAUGHEY, LLP

                                      James D. Green
JDG:clw                             jim@tmh-law.com

cc:    Jerry Lyke
       David Krchak

## AFFIDAVIT OF JAMES D. GREEN

I, James D. Green, being of lawful age and first duly sworn states as follows:

1. I am one of the attorneys for Defendants, CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON and DAVID GRIFFET, in the above-captioned case.

2. I certify that the statements set forth in the foregoing motion to compel are true and accurate and I am competent to testify to this information.

_____
James D. Green

Subscribed and sworn to before me
this 14th day of March, 2008.

_____
Notary Public

"OFFICIAL SEAL"
Cheri L. Woller
Notary Public, State of Illinois
My Commission Expires 8/2/10

EXHIBIT
B