UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MARTEL MILLER, PATRICK THOMPSON, and the VEYA, )
FOUNDATION, )
Plaintiffs, )
)
v. ) 05-2142
)
CITY OF CHAMPAIGN, R.T. FINNEY, JOHN MURPHY, )
TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, )
ELIZABETH DOBSON, )
Defendants. )

### Response to Motion to Compel

NOW COME the Plaintiffs, MARTEL MILLER, PATRICK THOMPSON, and the VEYA FOUNDATION, by and through their attorneys, Robert G. Kirchner Law Office, and responds to Defendant City of Champaign's Motion to Compel filed March 14th as follows,

1. That Plaintiffs admit to having received Defendants' numerous discovery requests on or about November 20, 2007.

2. That shortly before the discovery requests were originally due, one of Plaintiffs' attorneys, Ruth Wyman, contacted Defendants' counsel Jim Green to request that the parties wait until after the settlement conference before responding.

3. That Defendants' counsel Jim Green did fax or mail correspondence dated Jan. 25, 2008 as attached to Defendants' Motion to Compel.

4. That Defendants' counsel states in paragraph 5 of his Motion to Compel that he has conferred with Ms. Wyman by telephone regarding Plaintiffs' delinquent discovery, but does not state when said conversation occurred.

5. That Plaintiffs' counsel does not have any record of receiving any call or other form of

6. communication from Attorney Green or any other counsel for Champaign Police defendants after Jan. 25, 2008.

6. That Plaintiffs' records indicates that on Feb. 4, 2008, Plaintiffs' counsel Ruth Wyman left a message on Attorney Green's voice mail at work stating that the discovery was not completed and that more time was needed.

7. That on or about Feb. 18, 2008, while Plaintiffs' counsel Ruth Wyman was out of the country, Plaintiffs' counsel's assistant Kirsten Landreth left another message on attorney Green's voice mail for attorney Wyman stating that answering discovery was taking longer than expected and was not yet completed.

8. That there was never an agreement between the parties as to what date the discovery would be provided after the "stay" on discovery was agreed to prior to the settlement conference.

9. That fully answering the discovery has been difficult because Plaintiff Martel Miller has difficulties reading, such that counsel needs to go over each question and answer with him personally, and he has been residing out of state.

10. That Plaintiffs believe that responses to all of Champaign Police Defendants' discovery can be completed within two weeks of today's date.

11. The Affidavit of the undersigned attorney is attached as Exhibit 'A'.

12. That Defendants' counsel should not be awarded attorneys' fees.

WHEREFORE, Plaintiffs pray that this Court permit Plaintiffs 14 days to submit discovery responses and Defendants' request for fees be denied.

Respectfully Submitted,
MARTEL MILLER, PATRICK THOMPSON, and

VEYA FOUNDATION, Plaintiffs

By: /s/ Ruth E. Wyman
Ruth E. Wyman

Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
Email: rw-kirchnerlaw@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David E. Krchak        krchak@tmh-law.com

James D. Green         jim@tmh-law.com

Jerome P. Lyke         jeromelyke@yahoo.com

**By: s/ Ruth E. Wyman**
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675

## AFFIDAVIT OF RUTH E. WYMAN

I, Ruth E. Wyman, being of lawful age and first duly sworn states as follows:

1. I am one of the attorneys for the Plaintiffs in the above-captioned case.

2. I certify that the statements set forth in the foregoing Response to Motion to Compel are true and accurate to the best of my knowledge, information and belief, after inquiry, and I am competent to testify to this information.

Ruth E. Wyman

County of Champaign
Subscribed and sworn before me,
a Notary Public, this 17th day of March, 2008.

Notary Public

OFFICIAL SEAL
ANTONIA GALARAS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/30/09