UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARTEL MILLER, PATRICK THOMPSON, and the VEYA, FOUNDATION, <br> Plaintiffs, <br><br> v. <br><br> CITY OF CHAMPAIGN, R.T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, ELIZABETH DOBSON, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) | 05-2142 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the Certificate of Service for the foregoing:

* Response to Request to Produce by RT Finney, John Murphy, Troy Daniels, and John Swenson by Martel Miller;
* Answer to Interrogatories Propounded to Plaintiff Miller by Defendants Daniels and Swenson;
* Answer to Interrogatories Propounded to Plaintiff Miller by Defendants Finney and Murphy;
* Response to Request to Produce from RT Finney, John Murphy, Troy Daniels and John Swenson;
* Plaintiff Thompson's Response to Request for Production of Documents by City of Champaign and David Griffet.;
* Answer to Interrogatories Propounded to Plaintiff Thompson by Defendants Finney & Murphy;
* Answer to Interrogatories Propounded to Plaintiff Thompson by Defendants Daniels & Swenson; and
* Answer to Interrogatories Propounded to Plaintiff Thompson by Defendants City of Champaign and David Griffet.

with the Clerk of the Court using the CM/ECF system, and that I mailed the foregoing documents by United States mail, postage fully prepaid, to the following CM/ECF participants:

Mr. Jerome Lyke
Attorney at Law
Flynn, Palmer, & Tague
P.O. Box 1517
Champaign, IL 61824-1517
Via Facsimile: 352-7964

Mr. David Krchak
Attorney at Law
30 Main St.
P.O. Box 560
Champaign, IL 61824-0560
Via Facsimile: 355-0087

Mr. James D. Green
Attorney at Law
30 E. Main
PO Box 560
Champaign, IL 61824-0560
Via Facsimile: 351-2169

**By: s/ Ruth E. Wyman**
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net