E-FILED
Monday, 14 April, 2008  05:05:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC., </br></br>     Plaintiffs, </br></br> -v- </br></br> CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, and ELIZABETH DOBSON, </br></br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. 05-2142 |

## NOTICE OF SUBPOENA OF RECORDS DEPOSITION

**TO:**  Mitchell R. Schluter, CPA                Mr. Robert Kirchner
       Martin, Hood, Friese & Associates, LLC    Ms. Ruth Wyman
       2507 S. Neil Street                       Kirchner Law Offices
       Champaign, IL  61820                      100 Trade Centre Drive, Suite 402
                                                 Champaign, IL  61820

       Mr. Jerome P. Lyke
       Flynn, Palmer & Tague
       402 West Church St., P.O. Box 1517
       Champaign, IL  61824-1517

PLEASE TAKE NOTICE that on the 5th day of May, 2008, Defendants, CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, will Subpoena the records of Mitchell R. Schluter, CPA, Martin, Hood, Friese & Associates, LLC, 2507 S. Neil Street, Champaign, IL  61820 l for discovery under Supreme Court Rule.  Said records will be produced for copying only and no other discovery will take place.  Copies of said records will be made available upon request at the charge of $0.20 per page.

Dated:  4/14/08                              Respectfully submitted,

CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, Defendants

THOMAS, MAMER & HAUGHEY, LLP
**/s/ JamesD. Green**

---

James D. Green, No. 6203059
David E. Krchak, No. 3127316
Attorneys for Defendants
Thomas, Mamer & Haughey, LLP
30 E. Main, P.O. Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax: (217) 351-2017
E-mail address: jim@tmh-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

**/s/ JamesD. Green**

---

James D. Green, No. 6203059
David E. Krchak, No. 3127316
Attorneys for Defendant
Thomas, Mamer & Haughey, LLP
30 E. Main, P.O. Box 560
Champaign, IL 61824-0560
(217) 351-1500
Fax: (217) 351-2017
E-mail address: jim@tmh-law.com