UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARTEL MILLER, PATRICK THOMPSON, and the VEYA, FOUNDANTION, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 05-2142 |
| | ) | |
| CITY OF CHAMPAIGN, R.T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, ELIZABETH DOBSON, | ) ) ) ) | |
| Defendants. | ) | |

### PLAINTIFFS' MOTION TO LIFT STAY AND MEMORANDUM OF LAW IN SUPPORT THEREOF

NOW COME the Plaintiffs, by and through their attorneys, Robert G. Kirchner Law Office, and in support of their *Motion to Lift Stay*, state and show unto this Honorable Court as follows:

1.  That Plaintiffs, *pro se*, filed an amended Complaint, *Amendment to 42 U.S.C. 1983* on August 17, 2005.

2.  That on Feb. 13, 2006, this Court entered an Order [#36], in which it stayed consideration of the allegations regarding Plaintiff PATRICK THOMPSON'S allegations involving the state criminal charges against him in the Sixth Judicial District of Illinois, Champaign County case # 04-CF-1571, "until the state courts conclude the criminal trial and appeals." #36, citing *Simpson v. Rowan*, 73 F.3d 134, 138 (7th Cir. 1995).

3.  That Plaintiff PATRICK THOMPSON was acquitted in the State criminal proceedings in 04-CF-1571 on both charges on May 16, 2008 and the "not guilty" verdict was entered on that date.

4.  That because Plaintiff THOMPSON could not bring any claims for money damages in the State Court criminal proceedings, it was appropriate to stay his claims involving the

State Court proceedings until that case was resolved. *Simpson v. Rowan*, 73 F.3d 134, 138-139 (7th Cir. 1995).

5.    That now that Plaintiff THOMPSON'S State Court proceedings have been resolved, and resolved in Plaintiff THOMPSON'S favor, the *stay* put in place by this Court on Feb. 13, 2006 should be lifted.

WHEREFORE, Plaintiffs pray that this Court lift the stay put in place on Feb. 13, 2006 by this Court involving Plaintiff THOMPSON'S State Criminal proceedings.

Respectfully Submitted,
MARTEL MILLER, PATRICK THOMPSON, and
the VEYA FOUNDATION, Plaintiffs

**By: s/ Ruth E. Wyman**
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675
E-mail: rw-kirchnerlaw@sbcglobal.net

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2008  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David E. Krchak        krchak@tmh-law.com

James D. Green         jim@tmh-law.com

Jerome P. Lyke         jeromelyke@yahoo.com

**By: s/ Ruth E. Wyman**
Ruth E. Wyman Bar Number: 6284294
One of the Attorneys for the Plaintiff
Robert G. Kirchner Law Office
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Facsimile: 217-355-5675