UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC. | ) ) ) |
| Plaintiffs, | ) ) |
| -v- | ) ) Case No. 05-2142 |
| CITY OF CHAMPAIGN, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON, DAVID GRIFFET, All in Their Individual Capacities, and ELIZABETH DOBSON, In Her Individual Capacity, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## JOINT MOTION TO DISMISS

NOW COME Plaintiffs by their attorneys, Robert Kirchner and Ruth Wyman of Kirchner Law Offices, and Defendants, R. T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON and DAVID GRIFFET by their attorney, James D. Green of Thomas, Mamer & Haughey, LLP and for their joint motion to dismiss pursuant to Rule 41(a) of the Federal Rules of Civil Procedure state as follows:

1.  Plaintiffs hereby move to dismiss Defendants, R. T. Finney, John Murphy, Troy Daniels, John Swenson and David Griffet without prejudice.

2.  This motion is in contemplation of Plaintiffs consummating a settlement with Defendant, City of Champaign, and then filing a motion to dismiss this entire action with prejudice.

WHEREFORE, Plaintiffs and Defendants Finney, Murphy, Daniels, Swenson and Griffet pray that this Court grant their joint motion to dismiss Defendants, R.T. Finney, John Murphy, Troy

Daniels, John Swenson and David Griffet without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure with each party bearing their own costs of suit and attorneys fees.

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and VEYA, INC., Plaintiffs | R.T. FINNEY, JOHN MURPHY, TROY DANIELS, JOHN SWENSON and DAVID GRIFFET, Defendants |
| **/s/ Robert Kirchner** | **/s/ James D. Green** |
| Robert Kirchner or Ruth Wyman | James D. Green |