UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTEL MILLER, PATRICK THOMPSON and THE VEYA FOUNDATION, a/k/a VEYA, INC., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) No. 05-2142<br>) |
| CITY OF CHAMPAIGN and ELIZABETH DOBSON, | )<br>)<br>) |
| Defendants. | ) |

**STIPULATION FOR DISMISSAL**

Plaintiffs, Martel Miller, Patrick Thompson and The Veya Foundation, a/k/a Veya, Inc., and Defendants, City of Champaign and Elizabeth Dobson, by their attorneys, hereby stipulate and agree to the dismissal of this case with prejudice, as it has been settled.

MARTEL MILLER, PATRICK THOMPSON
and THE VEYA FOUNDATION, a/k/a VEYA,
INC., Plaintiffs

 /s/   Ruth E. Wyman
Ruth E. Wyman/Kirchner Law Office
100 Trade Centre Dr., Suite 402
Champaign, IL 61820
Phone:      (217) 355-5660
Fax:            (217) 355-5675
E-mail:       rw-kirchnerlaw@sbcglobal.net

CITY OF CHAMPAIGN, Defendant

 /s/   James D. Green
James D. Green/Thomas, Mamer & Haughey
P.O. Box 560
Champaign, IL 61824-0560
Phone:      (217) 351-1500
Fax:            (217) 351-2017
E-mail:       jim@tmh-law.com

ELIZABETH DOBSON, Defendant

 /s/   Jerome P. Lyke
Jerome P. Lyke/Flynn, Palmer & Tague
402 W. Church St., P.O. Box 1517
Champaign, IL 61824-1517
Phone:      (217) 352-5181
Fax:            (217) 352-7964
E-mail:       jeromelyke@yahoo.com